Christine N. Walz
Holland & Knight LLP
31 West 52nd Street, 12th Floor
New York, NY 10019
212-513-3200
212-385-9010 (fax)
christine.walz@hklaw.com
*Attorney for Defendant Richard Pearson*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VUZIX CORPORATION, | Civil Action No. 19cv689 |
| Plaintiff, | |
| – against – | **AFFIDAVIT OF SERVICE** |
| RICARDO ANTONIO PEARSON a/k/a RICHARD PEARSON, | |
| Defendant. | |

STATE OF NEW YORK      )
                                               ) ss.:
COUNTY OF NEW YORK )

GLENN M. HUZINEC being duly sworn, deposes and says:

1. I am over the age of eighteen years, am employed with the firm of Holland & Knight LLP located at 31 West 52nd Street, NY., NY 10019, and am not a party to this action and reside in Richmond County, NY 10309.
2. On January 24, 2019, I served a true copy of the Notice of Removal, and Civil Cover Sheet upon:

> **Thomas McEvoy**
> **Sichenzia Ross Ference LLP**
> **1185 Avenue of the Americas, 37th Floor**
> **New York, NY 10036**

at the address designated above for said purpose by enclosing true copies in a sealed, postage paid envelope and depositing it into an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, County of New York.

_/s/ Glenn M. Huzinec_
Glenn M. Huzinec

Sworn to before me this
24 day January, 2019

_____
Notary Public

ELVIN RAMOS
Notary Public, State of New York
No. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2022