Thomas McEvoy, Esq. (TM-1984)
SICHENZIA ROSS FERENCE LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725
Email: tmcevoy@srf.law

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
VUZIX CORPORATION,                                : 19-cv-00689-NRB
                                                  :
                    Plaintiff,                    :
                                                  :
       - vs. -                                    : **NOTICE OF APPEARANCE**
                                                  :
RICARDO ANTONIO PEARSON a/k/a                     :
RICHARD PEARSON                                   :
                                                  :
                    Defendant.                    :
-------------------------------------------------------------------x

PLEASE TAKE NOTICE that Thomas McEvoy, Esq. of Sichenzia Ross Ference LLP hereby appears as counsel on behalf of Plaintiff Vuzix Corporation. It is respectfully submitted that all future papers and notices of electronic filing with respect to this action be forwarded to the undersigned.

Dated: New York, New York
       January 31, 2019

                                   Respectfully submitted,

                                   SICHENZIA ROSS FERENCE LLP

                                   By: _____
                                       Thomas McEvoy, Esq. (TM-1984)
                                       1185 Avenue of the Americas, 37th Floor
                                       New York, New York 10036
                                       (212) 930-9700
                                       tmcevoy@srf.law
                                       *Attorneys for Plaintiff*
                                       *Vuzix Corporation*