SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x
VUZIX CORPORATION,

                         Plaintiff,                        Index No.: 153125/2018

     -against-                                       **AFFIRMATION OF SERVICE**

RICARDO ANTONIO PEARSON a/k/a
RICHARD PEARSON,
                         Defendant.
-------------------------------------------------------------------x

        THOMAS McEVOY, an attorney duly admitted to practice law before the Courts of the State of New York, affirms the truth of the following under the penalties of perjury:

        1.     I am an associate at Sichenzia Ross Ference LLP, attorneys for the Plaintiff Vuzix Corporation ("Plaintiff" or "Vuzix") in the above-captioned case. As such, I am fully familiar with the facts and circumstances set forth herein.

        2.     On January 3, 2019, pursuant to this Court's Order Directing Manner of Service and Extending Time to Serve, dated December 3, 2018 (and entered on December 4, 2018) ("Order"), I caused to be served a copy of the Order; the Plaintiff's Summons and Verified Complaint; and the Notice of Commencement of Action Subject to Mandatory Electronic Filing, on Defendant Ricardo Antonio Pearson a/k/a Richard Pearson ("Defendant") by regular U.S. Mail, by enclosing a true and correct copy thereof in a securely sealed and post-paid wrapper with the words "PERSONAL AND CONFIDENTIAL" typed on the same envelope, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Ricardo Antonio Pearson
a/k/a Richard Pearson
c/o Seeking Alpha Inc.
52 Vanderbilt Ave
Fl 13
New York, N.Y., 10017-3837

3. On January 3, 2019, pursuant to this Court's Order, I further caused to be served a copy of the Order; the Plaintiff's Summons and Verified Complaint; and the Notice of Commencement of Action Subject to Mandatory Electronic Filing, on Defendant by Federal Express Overnight Mail, by enclosing a true and correct copy thereof in a securely sealed and post-paid wrapper with the words "PERSONAL AND CONFIDENTIAL" typed on the same envelope, and not indicating on the outside that it is from an attorney, and entrusting the same to an official employee of Federal Express, addressed as follows:

Ricardo Antonio Pearson
c/o Seeking Alpha, Inc.
52 Vanderbilt Ave
Fl 13
New York, NY 10017

4. On January 3, 2019, pursuant to this Court's Order, I further caused to be served a copy of the Order; the Plaintiff's Summons and Verified Complaint; and the Notice of Commencement of Action Subject to Mandatory Electronic Filing, on Defendant by electronic mail to rickpearson@pearsoninvestment.com and info@moxreports.com, by attaching a true and correct copy thereof with the subject line of the electronic mails stating "LEGAL PAPERS OPEN ATTACHMENT IMMEDIATELY".

Dated: New York, New York
January 8, 2019

_____
THOMAS McEVOY