# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Christine N. Walz
(212) 513-3368
christine.walz@hklaw.com

March 8, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/19

*Via E-Filing*

The Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

   Re: ***Vuzix Corp. v. Ricardo Antonio Pearson*, Case No. 1:19-cv-00689**
      **PROPOSED PLEADING SCHEDULE**

Dear Judge Buchwald:

  During our pre-motion conference call on February 27, 2019, the Court stated that it would permit Vuzix to amend its Complaint and instructed the parties to confer on a deadline for amending the Complaint and then for Richard Pearson to file his motion to dismiss the Amended Complaint. Pursuant to the Court's instruction, the parties have conferred and propose the following schedule for Vuzix to amend its Complaint and for briefing on Richard Pearson's motion to dismiss the Amended Complaint:

| | |
|---|---|
| Amended Complaint due: | March 13, 2019 |
| Response/Motion to Dismiss due: | March 27, 2019 |
| Opposition to Motion to Dismiss due: | April 22, 2019 |
| Reply in Support of Motion to Dismiss due: | May 3, 2019 |

*So Ordered:*
/s/ Naomi Reice Buchwald
USDJ
3/11/19

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s Christine N. Walz
Christine N. Walz
31 West 52nd Street
New York, NY 10019

*Counsel for Richard J. Pearson*

cc: Todd Manister
  Sichenzia Ross Ference Kesner LLP
  1185 Avenue of the Americas, 37th Floor
  New York, NY 10036

*Counsel for Vuzix Corp.*