UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VUZIX CORPORATION,<br><br>                              Plaintiff,<br><br>– against –<br><br>RICARDO ANTONIO PEARSON a/k/a RICHARD PEARSON,<br><br>                              Defendant. | Case No. 1:19-cv-00689-NRB<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE,** that upon this Notice of Motion and the accompanying Memorandum of Law and documents in support thereof, Defendant Richard Pearson hereby moves this Court before the Honorable Naomi Reice Buchwald, United States District Judge, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, at a date and time set by the Court, for an Order dismissing Plaintiff Vuzix Corporation's Amended Complaint, with prejudice.

Richard Pearson moves for such Order on grounds that (1) this Court lacks personal jurisdiction over Richard Pearson, pursuant to Fed. R. Civ. P. 12(b)(2); (2) Vuzix Corporation has failed to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6); and this case should be dismissed pursuant to California's anti-SLAPP statute, with attorneys' fees awarded to Richard Pearson.

Dated: New York, New York
           March 27, 2019

HOLLAND & KNIGHT LLP

By: /s/ Christine N. Walz
Christine N. Walz
31 West 52nd Street, 12th Floor
New York, NY 10019
212-513-3200
212-385-9010 (fax)
christine.walz@hklaw.com

Cynthia A. Gierhart
800 17th Street NW, Suite 1100
Washington, DC 20006
202-955-3000
202-955-5564 (fax)
cindy.gierhart@hklaw.com
*SDNY admission application pending*

*Attorneys for Richard J. Pearson*