Case 1:19-cv-00689-NRB   Document 27   Filed 03/27/19   Page 1 of 1

# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Christine N. Walz
(212) 513-3368
christine.walz@hklaw.com

March 26, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/19
```

*Via E-Filing*

The Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    *Vuzix Corp. v. Ricardo Antonio Pearson,* Case No. 1:19-cv-00689
            **REQUEST FOR ENLARGEMENT OF PAGE LIMIT**

Dear Judge Buchwald:

    Pursuant to Your Honor's Individual Rules and Practices, Richard Pearson requests an enlargement of the page limit for his motion to dismiss, which is due on March 27, 2019.[1]

    As set forth in his pre-motion conference letter (Dkt. 4), Richard Pearson intends to file a combined Motion to Dismiss for lack of jurisdiction and for failure to state a claim, as well as a Special Motion to Strike under California's anti-SLAPP statute. Given the breadth of the response, including procedural and substantive arguments, Richard Pearson respectfully requests an enlargement of 10 pages, for a total of 35 pages for his combined motion.

    Undersigned counsel reached out to counsel for Vuzix to determine whether they would consent to this request, but they were unable to ascertain their position prior to filing this letter motion.

*[Handwritten annotation: Denied. Naomi Reice Buchwald, USDJ 3/27/19]*

                                        Respectfully submitted,

                                        HOLLAND & KNIGHT LLP

                                        /s Christine N. Walz
                                        Christine N. Walz
                                        31 West 52nd Street
                                        New York, NY 10019
                                        212-513-3200
                                        christine.walz@hklaw.com
                                        *Counsel for Richard J. Pearson*

cc: *Counsel of Record for Vuzix Corp.*

---

[1] According to this Court's scheduling order issued March 11, 2019, Vuzix's Amended Complaint was due on March 13, 2019, and Richard Pearson's motion to dismiss is due on March 27, 2019. Vuzix did not file its Amended Complaint in this Court until March 19, 2019. Richard Pearson does not request an extension of the briefing schedule.