# EXHIBIT F



# Analyst Profile



+ Follow

**Christian Schw...**
Craig-Hallum
Wall Street Analyst

Ranked #390 out of 5,193 Analysts on TipRanks
(#478 out of 11,960 overall experts)

## Christian Schwab's Performance

**Success Rate**
62%
64 out of 103 ratings were successful

**Average Return**
+17.2%
Average return per rating

Each rating is measured over a 1 Year period, and compared to No Benchmark.

**How are Experts Ranked?**

If you copied **Christian Schwab's** ratings...
read more >

## Stock Rating Distribution

162 Ratings

64.2% Buy Ratings
32.7% Hold Ratings
3.1% Sell Ratings

## Additional Information

**Main Sector:** Technology
**Geo Coverage:** USA



**Rating Type:** Buy

**Dates:** Feb 25, 2009 - Feb 25, 2010

**Gain:** +352.3%

## Christian S... Stock Coverage

| Co... Na... | Position | Price Target | Action | Date | No. of Ratings |
|---|---|---|---|---|---|
| UCT UI... | Buy | $13.00 5.18% (Upside) | Upgraded | Last month | 12 Ratings |
| MRV M... | Hold | $19.00 -23.54% (Downsid | Maintaine | Last month | 12 Ratings |
| DY D... | Buy | $51.00 5.22% (Upside) | Reiterated | 2 months ago | 6 Ratings |
| TER Te... | Hold | $42.00 -6.27% (Downsid | Downgrad | 2 months ago | 8 Ratings |
| ACL A... | Hold | $25.00 15.37% (Upside) | Downgrad | 2 months ago | 4 Ratings |
| FOR Fo... | Hold | $17.00 -7.10% (Downsid | Downgrad | 2 months ago | 2 Ratings |
| STX Se... | Hold | $41.00 -18.81% (Downsid | Reiterated | 3 months ago | 17 Ratings |
| SAN Sa... | Buy | $44.00 36.73% (Upside) | Maintaine | 3 months ago | 9 Ratings |
| SMT S... | Buy | $9.00 158.62% (Upside) | Initiated Coverage | 3 months ago | 1 Ratings |
| WDC W... | Buy | $59.00 6.52% (Upside) | Upgraded | 4 months ago | 16 Ratings |

**Show More Ratings >**

**Disclaimer:** TipRanks collects ratings and price targets of analysts by scanning publicly available reports on financial websites and by receiving reports directly from the analysts or from our users. The information displayed might not be accurate or up to date. The displayed ratings are made entirely at the sole discretion of the analysts. TipRanks holds no liability over the analysts' information or opinions expressed on the site.



## TIPRANKS

### Top 10 Wall Street Stocks for 2019

Get your **FREE** copy of this special report highlighting 10 stock recommendations from the very best Wall Street Analysts.



Enter your email address        SUBMIT

### Are We Missing a Rating?



Send us the equity research you are getting, and become a **Power User**

**Learn More >**

### Related Links ⓘ

📈 **See Today's Analyst Ratings >**

🏅 **See the Top 25 Sell-Side Analysts >**

⭐ **Recommendations by 5-Star Analysts >**

📊 **See Trending Stocks in your Sector >**

### Get New Investment Ideas ⓘ

Receive the best investing tips & hacks from TipRanks straight to your inbox for **FREE**



Enter your email address        SUBMIT

### Insider Trading Daily Newsletter ⓘ





Learn More >



Powered by SmarterAnalyst



TipRanks is a comprehensive investing tool that allows private investors and day traders to see the measured performance of anyone who provides financial advice.

### FIND US ON

   

NEWSLETTER SUBSCRIPTION

Enter your email to receive our newsletter



| TOP STOCKS NEW | CALENDARS | ABOUT US |
|---|---|---|
| Top Smart Score Stocks | Earnings Calendar | About TipRanks |
| Analysts' Top Stocks | Dividend Calendar | Contact Us |
| Insiders' Hot Stocks | Stock Market Holidays | Reviews FAQ |
| Trending Stocks | IPO Calendar | Privacy Policy |
| Top Stocks Articles | | Terms of Use |
| | WEALTH MANAGEMENT | Jobs |
| DAILY FEEDS | Smart Portfolio | QUANT RANKS BETA |
| Daily Analyst Ratings | | Build a Quant Strategy |
| Daily Insider Transactions | PLANS | |
| | Plans & Pricing | FOR INSTITUTIONS |
| SCREENERS | | API for Institutions |
| Stock Screener | HOW TO USE TIPRANKS | |
| ETF Screener | Education Center | |
| Stock | | INTERVIEWS |



## TOP LISTS

Top Wall Street Analysts

Top Financial Bloggers

Top Corporate Insiders

Top Hedge Fund Managers

Top Performing Research Firms

NEWSLETTER

Smart Investor

**Disclaimer**: The TipRanks Smart Score performance is based on backtested results. Backtested performance is not an indicator of future actual results. The results reflect performance of a strategy not historically offered to investors and does not represent returns that any investor actually attained. Backtested results are calculated by the retroactive application of a model constructed on the basis of historical data and based on assumptions integral to the model which may or may not be testable and are subject to losses. General assumptions include: XYZ firm would have been able to purchase the securities recommended by the model and the markets were sufficiently liquid to permit all trading. Changes in these assumptions may have a material impact on the backtested returns presented. Certain assumptions have been made for modeling purposes and are unlikely to be realized. No representations and warranties are made as to the reasonableness of the assumptions. This information is provided for illustrative purposes only. Backtested performance is developed with the benefit of hindsight and has inherent limitations. Specifically, backtested results do not reflect actual trading or the effect of material economic and market factors on the decision-making process. Since trades have not actually been executed, results may have under- or over-compensated for the impact, if any, of certain market factors, such as lack of liquidity, and may not reflect the impact that certain economic or market factors may have had on the decision-making process. Further, backtesting allows the security selection methodology to be adjusted until past returns are maximized. Actual performance may differ significantly from backtested performance. Backtested results are adjusted to reflect the reinvestment of dividends and other income and, except where otherwise indicated, are presented gross-of fees and do not include the effect of backtested transaction costs, management fees, performance fees or expenses, if applicable. Please note all regulatory considerations regarding the presentation of fees must be taken into account. No cash balance or cash flow is included in the calculation.



# Analyst Profile

**Nehal Chokshi**
Maxim Group
Wall Street Analyst

★★★★½

Ranked #512 out of 5,193 Analysts on TipRanks
(#645 out of 11,960 overall experts)

## Nehal Chokshi's Performance

**Success Rate:** 58% — 115 out of 198 ratings were successful

**Average Return:** +9.6% — Average return per rating

Each rating is measured over a  1 Year ▼  period, and compared to  No Benchmark ▼ .

**How are Experts Ranked?**

If you copied **Nehal Chokshi's** ratings...
read more >

## Stock Rating Distribution

347 Ratings

- 64.3%  Buy Ratings
- 33.1%  Hold Ratings
- 2.6%   Sell Ratings

## Additional Information

**Main Sector:** Technology

**Geo Coverage:**    USA



Rating Type: Buy

Dates: May 23, 2017 - May 23, 2018

Gain: **+230.6%**

## Nehal C... Stock Coverage

| Co... Na... | Position | Price Target | Action | Date | No. of Ratings | |
|---|---|---|---|---|---|---|
| PBT P... | Buy | $11.00 107.94% (Upside) | Initiated Coverage | 8 days ago | 1 Ratings | ˅ |
| HEA T... | Buy | $26.00 124.91% (Upside) | Reiterate | 19 days ago | 5 Ratings | ˅ |
| RME R... | Hold | - | Maintained | 22 days ago | 8 Ratings | ˅ |
| AAF A... | Hold | $195.00 -4.35% (Downsi... | Maintained | 25 days ago | 28 Ratings | ˅ |
| NTN N... | Buy | $58.00 35.39% (Upside) | Maintained | Last month | 24 Ratings | ˅ |
| VUZ V... | Buy | $8.00 199.63% (Upside) | Assigned | Last month | 5 Ratings | ˅ |
| CTR C... | Buy | $31.00 78.67% (Upside) | Reiterate | Last month | 14 Ratings | ˅ |
| LOG L... | Hold | $34.00 -18.23% (Downsi... | Maintained | Last month | 3 Ratings | ˅ |
| INVI Id... | Buy | $9.00 83.67% (Upside) | Reiterate | Last month | 6 Ratings | ˅ |
| PST P... | Hold | $22.00 -3.42% (Downsi... | Maintained | 2 months ago | 13 Ratings | ˅ |

**Show More Ratings >**

**Disclaimer:** TipRanks collects ratings and price targets of analysts by scanning publicly available reports on financial websites and by receiving reports directly from the analysts or from our users. The information displayed might not be accurate or up to date. The displayed ratings are made entirely at the sole discretion of the analysts. TipRanks holds no liability over the analysts' information or opinions expressed on the site.



**TIPRANKS**

## Top 10 Wall Street Stocks for 2019

Get your **FREE** copy of this special report highlighting 10 stock recommendations from the very best Wall Street Analysts.



Enter your email address    SUBMIT

## Are We Missing a Rating?

 Send us the equity research you are getting, and become a **Power User**

**Learn More >**

## Related Links 

- See Today's Analyst Ratings >
- See the Top 25 Sell-Side Analysts >
- Recommendations by 5-Star Analysts >
- See Trending Stocks in your Sector >

## Get New Investment Ideas 

Receive the best investing tips & hacks from TipRanks straight to your inbox for **FREE** 

Enter your email address    SUBMIT

## Insider Trading Daily Newsletter





Learn More >

Powered by SmarterAnalyst



TipRanks is a comprehensive investing tool that allows private investors and day traders to see the measured performance of anyone who provides financial advice.

**FIND US ON**

   

**NEWSLETTER SUBSCRIPTION**

Enter your email to receive our newsletter

| Email address | Sign Up |



**TOP STOCKS** NEW
- Top Smart Score Stocks
- Analysts' Top Stocks
- Insiders' Hot Stocks
- Trending Stocks
- Top Stocks Articles

**DAILY FEEDS**
- Daily Analyst Ratings
- Daily Insider Transactions

**SCREENERS**
- Stock Screener
- ETF Screener
- Stock

**CALENDARS**
- Earnings Calendar
- Dividend Calendar
- Stock Market Holidays
- IPO Calendar

**WEALTH MANAGEMENT**
- Smart Portfolio

**PLANS**
- Plans & Pricing

**HOW TO USE TIPRANKS**
- Education Center

**ABOUT US**
- About TipRanks
- Contact Us
- Reviews
- FAQ
- Privacy Policy
- Terms of Use
- Jobs

**QUANT RANKS** BETA
- Build a Quant Strategy

**FOR INSTITUTIONS**
- API for Institutions

**INTERVIEWS**



**NEWSLETTER**

**TOP LISTS**

Top Wall Street Analysts

Top Financial Bloggers

Top Corporate Insiders

Top Hedge Fund Managers

Top Performing Research Firms

Smart Investor

**Disclaimer**: The TipRanks Smart Score performance is based on backtested results. Backtested performance is not an indicator of future actual results. The results reflect performance of a strategy not historically offered to investors and does not represent returns that any investor actually attained. Backtested results are calculated by the retroactive application of a model constructed on the basis of historical data and based on assumptions integral to the model which may or may not be testable and are subject to losses. General assumptions include: XYZ firm would have been able to purchase the securities recommended by the model and the markets were sufficiently liquid to permit all trading. Changes in these assumptions may have a material impact on the backtested returns presented. Certain assumptions have been made for modeling purposes and are unlikely to be realized. No representations and warranties are made as to the reasonableness of the assumptions. This information is provided for illustrative purposes only. Backtested performance is developed with the benefit of hindsight and has inherent limitations. Specifically, backtested results do not reflect actual trading or the effect of material economic and market factors on the decision-making process. Since trades have not actually been executed, results may have under- or over-compensated for the impact, if any, of certain market factors, such as lack of liquidity, and may not reflect the impact that certain economic or market factors may have had on the decision-making process. Further, backtesting allows the security selection methodology to be adjusted until past returns are maximized. Actual performance may differ significantly from backtested performance. Backtested results are adjusted to reflect the reinvestment of dividends and other income and, except where otherwise indicated, are presented gross-of fees and do not include the effect of backtested transaction costs, management fees, performance fees or expenses, if applicable. Please note all regulatory considerations regarding the presentation of fees must be taken into account. No cash balance or cash flow is included in the calculation.



# Blogger Profile

+ Follow

### Richard Pearson
Seeking Alpha
Financial Blogger

☆ ☆ ☆ ☆ ☆

Ranked #6,724 out of 6,767 Bloggers on TipRanks
(#11,810 out of 11,960 overall experts)

## Richard Pearson's Performance

**Success Rate**
**44%**
16 out of 36 ratings were successful

**Average Return**
**-24.5%**
Average return per rating

Each rating is measured over a **1 Year** ▼ period, and compared to **No Benchmark** ▼.

**How are Experts Ranked?**

If you copied **Richard Pearson's** ratings...
read more >

## Stock Rating Distribution

**36 Ratings**

88.9% Sell Ratings
11.1% Buy Ratings

## Additional Information

**Main Sector:** Healthcare

**Geo Coverage:** USA



Stock: Sungy Mobile Ltd. (GOMO)
**Rating Type:** Sell
**Dates:** Mar 03, 2014 - Mar 03, 2015
**Gain:** +82.3%

## Richard P... Stock Coverage

| Company Name | Position | Date | No. of Ratings |
|---|---|---|---|
| **GCAP** Gain C... | Buy | a year ago | 1 Ratings |
| **TCMD** Tactile ... | Sell | 2 years ago | 1 Ratings |
| **HTZ** Hertz G... | Buy | 2 years ago | 1 Ratings |
| **DDS** Dillard's | Buy | 2 years ago | 1 Ratings |
| **OSIR** Osiris ... | Sell | 2 years ago | 2 Ratings |
| **OFIX** Orthofix | Sell | 2 years ago | 1 Ratings |
| **MLNT** Melinta... | Buy | 3 years ago | 1 Ratings |
| **NYMX** Nymox... | Sell | 3 years ago | 1 Ratings |
| **OSUR** Orasur... | Sell | 3 years ago | 1 Ratings |
| **CECO** Career ... | Sell | 3 years ago | 1 Ratings |

**Show More Ratings >**

**Disclaimer:** TipRanks collects ratings of bloggers by scanning publicly available reports on financial websites and by receiving reports directly from the bloggers or from our users. The information displayed might not be accurate or up to date. The displayed ratings are made entirely at the sole discretion of the bloggers. TipRanks holds no liability over the bloggers information or opinions expressed on the site.



**TIPRANKS**

## Top 10 Wall Street Stocks for 2019

Get your **FREE** copy of this special report highlighting 10 stock recommendations from the very best Wall Street Analysts.



Enter your email address    SUBMIT

### Related Links ⓘ

🏅 **See the Top 25 Financial Bloggers >**

📅 **Search stocks on Dividend Calendar >**

📊 **Search stocks on Earnings Calendar >**

🥧 **Get free in-depth portfolio analysis >**

### Get New Investment Ideas ⓘ

Receive the best investing tips & hacks from TipRanks straight to your inbox for **FREE**



Enter your email address    SUBMIT

### Small-Cap Stocks Daily Newsletter ⓘ


SmallCapRockets


24 hour trades for small-cap stocks based on real time news analysis

**Learn More >**




Powered by **Smarter**Analyst





TipRanks is a comprehensive investing tool that allows private investors and day traders to see the measured performance of anyone who provides financial advice.

**FIND US ON**

   

**NEWSLETTER SUBSCRIPTION**

Enter your email to receive our newsletter



| TOP STOCKS NEW | CALENDARS | ABOUT US |
|---|---|---|
| Top Smart Score Stocks | Earnings Calendar | About TipRanks |
| Analysts' Top Stocks | Dividend Calendar | Contact Us |
| Insiders' Hot Stocks | Stock Market Holidays | Reviews |
| Trending Stocks | IPO Calendar | FAQ |
| Top Stocks Articles | | Privacy Policy |
| | | Terms of Use |
| | | Jobs |
| **DAILY FEEDS** | **WEALTH MANAGEMENT** | **QUANT RANKS** BETA |
| Daily Analyst Ratings | Smart Portfolio | Build a Quant Strategy |
| Daily Insider Transactions | **PLANS** | |
| | Plans & Pricing | |
| **SCREENERS** | | **FOR INSTITUTIONS** |
| Stock Screener | **HOW TO USE TIPRANKS** | API for Institutions |
| ETF Screener | Education Center | |
| Stock Comparison | | **INTERVIEWS** |
| | | CNBC |
| | **TIPRANKS NEWSLETTER** | Finovate |
| **TOP LISTS** | Smart Investor | |
| Top Wall | | |



Top Financial Bloggers

Top Corporate Insiders

Top Hedge Fund Managers

Top Performing Research Firms

**Disclaimer**: The TipRanks Smart Score performance is based on backtested results. Backtested performance is not an indicator of future actual results. The results reflect performance of a strategy not historically offered to investors and does not represent returns that any investor actually attained. Backtested results are calculated by the retroactive application of a model constructed on the basis of historical data and based on assumptions integral to the model which may or may not be testable and are subject to losses. General assumptions include: XYZ firm would have been able to purchase the securities recommended by the model and the markets were sufficiently liquid to permit all trading. Changes in these assumptions may have a material impact on the backtested returns presented. Certain assumptions have been made for modeling purposes and are unlikely to be realized. No representations and warranties are made as to the reasonableness of the assumptions. This information is provided for illustrative purposes only. Backtested performance is developed with the benefit of hindsight and has inherent limitations. Specifically, backtested results do not reflect actual trading or the effect of material economic and market factors on the decision-making process. Since trades have not actually been executed, results may have under- or over-compensated for the impact, if any, of certain market factors, such as lack of liquidity, and may not reflect the impact that certain economic or market factors may have had on the decision-making process. Further, backtesting allows the security selection methodology to be adjusted until past returns are maximized. Actual performance may differ significantly from backtested performance. Backtested results are adjusted to reflect the reinvestment of dividends and other income and, except where otherwise indicated, are presented gross-of fees and do not include the effect of backtested transaction costs, management fees, performance fees or expenses, if applicable. Please note all regulatory considerations regarding the presentation of fees must be taken into account. No cash balance or cash flow is included in the calculation.



# How are experts ranked

Financial Terms > How are experts ranked



TipRanks developed a 3 tier unique proprietary formula to rank financial experts. The three factors taken into account are the experts's success rate, the average return per transaction, and statistical significance.

**Success Rate:** This measure looks at each transaction in a binary form, as it either lost money or earned money. The average is the win-to-loss ratio. We add this to ensure that an expert does not have 10 losing transactions offset by one winning transaction with a high profit - making his or her performance unreasonably high. This measure is often referred to as the hit ratio.

**Average Return:** The average return of all transactions is the best measure of performance. We don't want to measure single lucky hits but rather the expert's overall performance. Experts in the biotech field will naturally have higher returns on their winning trades, but those will still have to compensate for higher losses on bad recommendations.



have his or her ranking scored higher than an expert with a low recommendation count (with all other things being even). In the same way an expert with 1,000% average return but one recommendation would rank very low, an expert with just 2% average return across hundreds of recommendations would rank very high.

**How do I use the star ranking in my decision making?**

The expert's star ranking does not pinpoint his or her return or hit ratio, but rather compares him or her to all experts tracked by TipRanks. Reaching a 5-star rating is extremely difficult and guarantees the expert has a **high success rate** accompanied by a **high average return** and **high transaction count**. TipRanks also dedicates a whole section to our top ranked 25 experts, which you can further filter by sector to see who you should trust!





investing tool that allows private investors and day traders to see the measured performance of anyone who provides financial advice.

FIND US ON

   

NEWSLETTER SUBSCRIPTION

Enter your email to receive our newsletter



Top Smart Score Stocks
Analysts' Top Stocks
Insiders' Hot Stocks
Trending Stocks
Top Stocks Articles

**DAILY FEEDS**
Daily Analyst Ratings
Daily Insider Transactions

**SCREENERS**
Stock Screener
ETF Screener
Stock Comparison

**TOP LISTS**
Top Wall Street Analysts
Top Financial Bloggers

Calendar
Dividend Calendar
Stock Market Holidays
IPO Calendar

**WEALTH MANAGEMENT**
Smart Portfolio

**PLANS**
Plans & Pricing

**HOW TO USE TIPRANKS**
Education Center

**TIPRANKS NEWSLETTER**
Smart Investor

TipRanks
Contact Us
Reviews
FAQ
Privacy Policy
Terms of Use
Jobs

**QUANT RANKS** BETA
Build a Quant Strategy

**FOR INSTITUTIONS**
API for Institutions

**INTERVIEWS**
CNBC
Finovate



Insiders

Top Hedge Fund Managers

Top Performing Research Firms

**Disclaimer**: The TipRanks Smart Score performance is based on backtested results. Backtested performance is not an indicator of future actual results. The results reflect performance of a strategy not historically offered to investors and does not represent returns that any investor actually attained. Backtested results are calculated by the retroactive application of a model constructed on the basis of historical data and based on assumptions integral to the model which may or may not be testable and are subject to losses. General assumptions include: XYZ firm would have been able to purchase the securities recommended by the model and the markets were sufficiently liquid to permit all trading. Changes in these assumptions may have a material impact on the backtested returns presented. Certain assumptions have been made for modeling purposes and are unlikely to be realized. No representations and warranties are made as to the reasonableness of the assumptions. This information is provided for illustrative purposes only. Backtested performance is developed with the benefit of hindsight and has inherent limitations. Specifically, backtested results do not reflect actual trading or the effect of material economic and market factors on the decision-making process. Since trades have not actually been executed, results may have under- or over-compensated for the impact, if any, of certain market factors, such as lack of liquidity, and may not reflect the impact that certain economic or market factors may have had on the decision-making process. Further, backtesting allows the security selection methodology to be adjusted until past returns are maximized. Actual performance may differ significantly from backtested performance. Backtested results are adjusted to reflect the reinvestment of dividends and other income and, except where otherwise indicated, are presented gross-of fees and do not include the effect of backtested transaction costs, management fees, performance fees or expenses, if applicable. Please note all regulatory considerations regarding the presentation of fees must be taken into account. No cash balance or cash flow is included in the calculation.