# EXHIBIT I



Press Release

## Vuzix Enters into Development Agreement with Toshiba for a Customized Smart Glasses Device

*Vuzix expects volume production to commence in Q4 of 2017*

ROCHESTER, NY, February 24, 2017 – Vuzix® Corporation (NASDAQ: VUZI), ("Vuzix" or the "Company"), a leading supplier of Smart Glasses, Augmented Reality (AR) and Virtual Reality (VR) technologies and products for the consumer and enterprise markets, is pleased to announce that the Company has signed an agreement to build a customized pair of smart glasses, for Toshiba Client Solutions Co. Ltd. (Toshiba), a wholly owned subsidiary of Toshiba Corporation. Based in Tokyo, Toshiba Corporation is a world leader and innovator in pioneering high technology, a diversified manufacturer and marketer of advanced electronic and electrical products covering consumer, enterprise, industrial and infrastructure markets. Toshiba Corporation is one of the largest electronics and technology companies in the world.

Under the terms of this agreement, Vuzix and Toshiba have embarked on a rapid development program with milestone payments totaling over one million US dollars. With development efforts well under way, Toshiba, subject to a final manufacturing agreement, expects to place additional purchase orders from Vuzix for production deliveries in the 4th quarter of 2017. Further details on the new smart glasses product will be released soon after public marketing of the product commences.

"'We are excited to enter into this partnership with Toshiba and believe it represents a strong vote of confidence in our capabilities and recognition of our leading position within the wearable technology space," said Paul Travers, President and Chief Executive Officer at Vuzix. "Additionally, the agreement demonstrates how we are leveraging and partnering our industry leading technology with top tier global partners.  We trust that this will be the first of many ongoing collaborations between the firms."

"We have selected Vuzix as our new smart glasses development and manufacturing partner because we are very impressed with Vuzix' current line of smart glasses and other technology that the Company has in development. We believe that Toshiba can leapfrog other wearable technology products with Vuzix' support and look forward to a very successful collaboration between the companies," said Carl Pinto, vice president of marketing and product development for Toshiba Client Solutions Division, Toshiba America Information Systems, Inc.

**About Vuzix Corporation**

Vuzix is a leading supplier of Smart-Glasses, Augmented Reality (AR) and Virtual Reality (VR) technologies and products for the consumer and enterprise markets. The Company's products include personal display and wearable computing devices that offer users a portable high quality viewing experience, provide solutions for mobility, wearable displays and virtual and augmented reality. Vuzix holds 49 patents and 43 additional patents pending and numerous IP licenses in the Video Eyewear field. The Company has won Consumer Electronics Show (or CES) awards for innovation for the years 2005 to 2017 and several wireless technology innovation awards among others. Founded in 1997, Vuzix is a public company (NASDAQ: VUZI) with offices in Rochester, NY; Oxford, UK; and Tokyo, Japan.

**VUZIX** View the Future®

Press Release

**Forward-Looking Statements Disclaimer**

Certain statements contained in this news release are "forward-looking statements" within the meaning of the Securities Litigation Reform Act of 1995 and applicable Canadian securities laws. Forward looking statements contained in this release relate to the new development project with Toshiba, its success and the potential of ultimate volume production, and among other things, the Company's leadership in the Video Eyewear, VR and AR display industry. They are generally identified by words such as "believes," "may," "expects," "anticipates," "should" and similar expressions. Readers should not place undue reliance on such forward-looking statements, which are based upon the Company's beliefs and assumptions as of the date of this release. The Company's actual results could differ materially due to risk factors and other items described in more detail in the "Risk Factors" section of the Company's Annual Reports and MD&A filed with the United States Securities and Exchange Commission and applicable Canadian securities regulators (copies of which may be obtained at www.sedar.com or www.sec.gov). Subsequent events and developments may cause these forward-looking statements to change. The Company specifically disclaims any obligation or intention to update or revise these forward-looking statements as a result of changed events or circumstances that occur after the date of this release, except as required by applicable law.

**For further information:**

**Media and Investor Relations Contact:**

Matt Margolis, Director of Corporate Communications and Investor Relations, Vuzix Corporation
matt_margolis@vuzix.com Tel: (585) 359-5952

Andrew Haag, Managing Partner, IRTH Communications
vuzi@irthcommunications.com Tel: (866) 976-4784

**For further sales, and product information, please visit:**

North America:
http://www.vuzix.com/contact/

Europe/UK:
https://www.vuzix.eu/contact/

Asia:
http://www.vuzix.jp/contact.html

**VUZIX**
View the Future

Press Release

## Vuzix Signs 3 Year Supply Agreement with Toshiba for Custom M300 Smart Glasses Solution

**ROCHESTER, NY, December 7, 2017** – Vuzix® Corporation (NASDAQ: VUZI), ("Vuzix" or, the "Company"), a leading supplier of Smart Glasses and Augmented Reality (AR) technologies and products for the consumer and enterprise markets, is pleased to announce that Vuzix entered into a Supply Agreement with Toshiba Information Equipment (Hangzhou) Co., Ltd. ("Toshiba"). The supply agreement set forth the general terms and conditions, including with respect to product quality, product changes, minimum order quantities and deliveries, and pricing pursuant to which the Company will sell to Toshiba and its affiliates the Company's smart glasses product that was developed pursuant to a development agreement between the Company and a Toshiba affiliate announced in February 2017. Any such sales will be made pursuant to purchase orders which Toshiba may submit in its discretion.

Pursuant to the supply agreement, the Company agreed to sell such product exclusively to Toshiba for a period of up to 12 months, subject to Toshiba's submitting a minimum of $5,000,000 of purchase orders. The product will be co-branded as a Toshiba product, powered by Vuzix and is expected to be sold on a global basis by Toshiba by their Toshiba Client Solutions group, which will bundle the smart glasses unit with a specially designed mobile edge computing system that they principally developed for this program. The supply agreement has a three year term, subject to earlier termination under certain conditions set forth therein. The Company expects production under the supply agreement to commence in the first quarter of 2018.

"'We are excited to expand our partnership with Toshiba into the volume manufacturing phase and believe that you will see this relationship transform even further as we continue to lead the way in smart glasses and Augmented Reality products," said Paul Travers, President and Chief Executive Officer at Vuzix. "Additionally, this agreement is one more step that demonstrates how Vuzix is leveraging and partnering our industry leading technology with top tier global partners.  We trust that this will be the first of many ongoing collaborations to be announced."

**About Vuzix Corporation**

Vuzix is a leading supplier of Smart-Glasses and Augmented Reality (AR) technologies and products for the consumer and enterprise markets. The Company's products include personal display and wearable computing devices that offer users a portable high-quality viewing experience, provide solutions for mobility, wearable displays and virtual and augmented reality. Vuzix holds 59 patents and 42 additional patents pending and numerous IP licenses in the Video Eyewear field. The Company has won Consumer Electronics Show (or CES) awards for innovation for the years 2005 to 2018 and several wireless technology innovation awards among others. Founded in 1997, Vuzix is a public company (NASDAQ: VUZI) with offices in Rochester, NY, Oxford, UK and Tokyo, Japan.

**VUZIX**
View the Future®

# Press Release

**Forward-Looking Statements Disclaimer**

Certain statements contained in this news release are "forward-looking statements" within the meaning of the Securities Litigation Reform Act of 1995 and applicable Canadian securities laws. Forward looking statements contained in this release relate to the Toshiba M300 product and the level of business that Vuzix expects under the Supply Agreement in its first 12 months and among other things the Company's leadership in the Video Eyewear and AR display industry. They are generally identified by words such as "believes," "may," "expects," "anticipates," "should" and similar expressions. Readers should not place undue reliance on such forward-looking statements, which are based upon the Company's beliefs and assumptions as of the date of this release. The Company's actual results could differ materially due to risk factors and other items described in more detail in the "Risk Factors" section of the Company's Annual Reports and MD&A filed with the United States Securities and Exchange Commission and applicable Canadian securities regulators (copies of which may be obtained at www.sedar.com or www.sec.gov). Subsequent events and developments may cause these forward-looking statements to change. The Company specifically disclaims any obligation or intention to update or revise these forward-looking statements as a result of changed events or circumstances that occur after the date of this release, except as required by applicable law.

**Media and Investor Relations Contact:**

Matt Margolis, Director of Corporate Communications and Investor Relations, Vuzix Corporation
matt_margolis@vuzix.com Tel: (585) 359-5952

Andrew Haag, Managing Partner, IRTH Communications
vuzi@irthcommunications.com Tel: (866) 976-4784

Vuzix Corporation, 25 Hendrix Road, Suite A, West Henrietta, NY 14586 USA,
Investor Information – IR@vuzix.com www.vuzix.com

**For further sales, and product information, please visit:**

North America:
http://www.vuzix.com/contact/

Europe/UK:
https://www.vuzix.eu/contact/

Asia:
http://www.vuzix.jp/contact.html

**VUZIX**
View the Future®

**Press Release**

# Vuzix Begins Mass Production of the World's First Windows-based Smart Glasses for Toshiba

**ROCHESTER, NY, March 12, 2018** – Vuzix® Corporation (NASDAQ: VUZI), ("Vuzix" or, the "Company"), a leading supplier of Smart Glasses and Augmented Reality (AR) technologies and products for the consumer and enterprise markets, is pleased to announce that the company has begun mass production of the world's first Windows-based smart glasses. First production shipments are expected to be delivered within approximately 30 days.

Vuzix entered into a development agreement with Toshiba in February 2017 to create a customized Window-based USB-C Type C AR smart glasses for Toshiba, which is a derivative product of the Vuzix M300 Smart Glasses. Over the past year the team at Vuzix created an entirely new Vuzix product for Toshiba, has delivered hundreds of engineering and development units and has begun volume manufacturing for Toshiba to fulfil the initial purchase order received by Toshiba as part of 3-year supply agreement, that has an expected minimum of $5,000,000 in purchases in the first 12 months, and which was previously announced by Vuzix in December 2017.

The co-branded Toshiba/Vuzix dynaEdge AR100 smart glasses "Powered by Vuzix" connect directly to Toshiba's dynaEdge DE 100 Mobile Mini PC which can be belt-worn with a USB Type-C ™ cable. The dynaEdge smart glass solution comes equipped with Vision DE Suite, a Windows 10 based remote support application developed specifically for the DE100. Workers and technicians can communicate with each other via text messages, video, audio and still images. The dynaEdge smart glass solution enable users run Windows applications to browse PDFs, movies and photos as well as the ability to shoot photos and movies with sound. Additionally, the Vision DE Suite from Toshiba also comes equipped with Microsoft's Skype for Business. For further details please see Toshiba's press release on their new product here.

"Over the past year the team at Vuzix has done a remarkable job at executing against an aggressive project timeline for Toshiba to bring to market the world's first Windows-based smart glasses. In just over a year we have successfully gone from design on a paper napkin to commencing volume production. Our shift into high volume manufacturing and deliveries of our Vuzix co-branded AR smart glasses product for Toshiba represents a strong vote of confidence in our capabilities and recognition of our leadership position within the wearable technology space," said Paul Travers, President and Chief Executive Officer at Vuzix.

"Vuzix' ability to develop and manufacture a new class of smart glasses for Toshiba within an aggressive set of timelines was remarkable. We are also very impressed with Vuzix' line of smart glasses and other technology that the Company has in development and look forward to continued collaboration between the companies," said Carl Pinto, vice president of marketing and product development for Toshiba Client Solutions Division, Toshiba America Information Systems, Inc.

**Press Release**

### About Vuzix Corporation

Vuzix is a leading supplier of Smart-Glasses and Augmented Reality (AR) technologies and products for the consumer and enterprise markets. The Company's products include personal display and wearable computing devices that offer users a portable high-quality viewing experience, provide solutions for mobility, wearable displays and augmented reality. Vuzix holds 66 patents and 43 additional patents pending and numerous IP licenses in the Video Eyewear field. The Company has won Consumer Electronics Show (or CES) awards for innovation for the years 2005 to 2018 and several wireless technology innovation awards among others. Founded in 1997, Vuzix is a public company (NASDAQ: VUZI) with offices in Rochester, NY, Oxford, UK and Tokyo, Japan.

### Forward-Looking Statements Disclaimer

Certain statements contained in this news release are "forward-looking statements" within the meaning of the Securities Litigation Reform Act of 1995 and applicable Canadian securities laws. Forward looking statements contained in this release relate to Toshiba as well as the Company's leadership in the Video Eyewear, VR and AR display industry. They are generally identified by words such as "believes," "may," "expects," "anticipates," "should" and similar expressions. Readers should not place undue reliance on such forward-looking statements, which are based upon the Company's beliefs and assumptions as of the date of this release. The Company's actual results could differ materially due to risk factors and other items described in more detail in the "Risk Factors" section of the Company's Annual Reports and MD&A filed with the United States Securities and Exchange Commission and applicable Canadian securities regulators (copies of which may be obtained at www.sedar.com or www.sec.gov). Subsequent events and developments may cause these forward-looking statements to change. The Company specifically disclaims any obligation or intention to update or revise these forward-looking statements as a result of changed events or circumstances that occur after the date of this release, except as required by applicable law.

### Media and Investor Relations Contact:

Matt Margolis, Director of Corporate Communications and Investor Relations, Vuzix Corporation
matt_margolis@vuzix.com Tel: (585) 359-5952

Andrew Haag, Managing Partner, IRTH Communications
vuzi@irthcommunications.com Tel: (866) 976-4784

Vuzix Corporation, 25 Hendrix Road, Suite A, West Henrietta, NY 14586 USA,
Investor Information – IR@vuzix.com www.vuzix.com

### For further sales, and product information, please visit:

North America:
http://www.vuzix.com/contact/

Europe/UK:
https://www.vuzix.eu/contact/

Press Release

Asia:
http://www.vuzix.jp/contact.html

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

**FORM 8-K**

CURRENT REPORT

PURSUANT TO SECTION 13 OR 15(D) OF THE
SECURITIES EXCHANGE ACT OF 1934

Date of Report (Date of earliest event reported) March 12, 2018

# VUZIX CORPORATION
(Exact name of registrant as specified in its charter)

**Delaware**
(State or Other Jurisdiction of Incorporation)

| **001-35955** | **04-3392453** |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

**25 Hendrix Road, Suite A, West Henrietta, New York 14586**
(Address of principal executive offices)(Zipcode)

**(585) 359-5900**
(Registrant's Telephone Number, Including Area Code)

Copies to:
Gregory Sichenzia, Esq.
Jeff Cahlon, Esq.
Sichenzia Ross Ference Kesner LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Phone: (212) 930-9700
Fax: (212) 930-9725

**Not Applicable**
(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 8.01**   **Other Events.**

On March 12, 2018, Vuzix Corporation ("Company") issued a press release announcing that it had placed into volume production the AR smart glasses that it had developed over the past year with Toshiba Client Solutions Co. Ltd. ("TCS"), pursuant to a development agreement the Company announced in February 2017. The Company has received its first purchase order totaling $1,068,000 pursuant to its supply agreement with Toshiba Information Equipment (Hangzhou) Co., Ltd. ("Toshiba"), an affiliate of TCS. The product will be built and delivered by the Company pursuant to the supply agreement. This was the first order under the 3-year supply agreement under which the Company agreed to sell the developed product exclusively to Toshiba for a period of up to 12 months, subject to Toshiba's submitting a minimum of $5,000,000 of purchase orders. A copy of the press release is filed as Exhibit 99.1 hereto.

**Item 9.01**   **Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release |

2

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: March 13, 2018

**VUZIX CORPORATION**

By: /s/ Grant Russell
    Grant Russell
    Chief Financial Officer

3

March 11, 2019



# Vuzix Announces Follow-on OEM Enterprise Smart Glasses Order

ROCHESTER, N.Y., March 11, 2019 /PRNewswire/ -- Vuzix® Corporation (NASDAQ: VUZI), ("Vuzix" or, the "Company"), a leading supplier of Smart Glasses and Augmented Reality (AR) technology and products, is pleased to announce that the Company has received a follow-on OEM purchase order. This order is for approximately $1 million in M300C smart glasses. The follow-on smart glasses order falls under the 3-year supply agreement between the Company and its existing OEM partner.



"We are excited to see this relationship move forward and develop as originally expected," said Paul Travers, President and Chief Executive Officer at Vuzix. "The enterprise smart glasses market continues to move towards large scale adoption as smart glasses become a mainstream device helping to increase employee productivity. The global smart glasses market is expected to grow by 43% annually through 2022 (Research and Markets), reaching about $20 billion (ReportLinker), and this order represents one of what we expect to be many more proof points seen over the balance of this year."

**About Vuzix Corporation**

Vuzix is a leading supplier of Smart-Glasses and Augmented Reality (AR) technologies and products for the consumer and enterprise markets. The Company's products include personal display and wearable computing devices that offer users a portable high-quality viewing experience, provide solutions for mobility, wearable displays and augmented reality. Vuzix holds 144 patents and patents pending and numerous IP licenses in the

Video Eyewear field. The Company has won Consumer Electronics Show (or CES) awards for innovation for the years 2005 to 2019 and several wireless technology innovation awards among others. Founded in 1997, Vuzix is a public company (NASDAQ: VUZI) with offices in Rochester, NY, Oxford, UK, Barcelona, Spain and Tokyo, Japan.  For more information, visit Vuzix website,  Twitter and Facebook pages.

**Forward-Looking Statements Disclaimer**

Certain statements contained in this news release are "forward-looking statements" within the meaning of the Securities Litigation Reform Act of 1995 and applicable Canadian securities laws. Forward looking statements contained in this release relate to our business relationship with our OEM partner, future business and overall smart glasses market opportunities, and among other things the Company's leadership in the Smart Glasses and AR display industry. They are generally identified by words such as "believes," "may," "expects," "anticipates," "should" and similar expressions. Readers should not place undue reliance on such forward-looking statements, which are based upon the Company's beliefs and assumptions as of the date of this release. The Company's actual results could differ materially due to risk factors and other items described in more detail in the "Risk Factors" section of the Company's Annual Reports and MD&A filed with the United States Securities and Exchange Commission and applicable Canadian securities regulators (copies of which may be obtained at www.sedar.com or www.sec.gov). Subsequent events and developments may cause these forward-looking statements to change. The Company specifically disclaims any obligation or intention to update or revise these forward-looking statements as a result of changed events or circumstances that occur after the date of this release, except as required by applicable law.

**Media and Investor Relations Contact:**
Ed McGregor, Director of Investor Relations, Vuzix Corporation
ed_mcgregor@vuzix.com Tel: (585) 359-5985

Vuzix Corporation, 25 Hendrix Road, Suite A, West Henrietta, NY 14586 USA,
Investor Information – IR@vuzix.com www.vuzix.com



C View original content to download multimedia:http://www.prnewswire.com/news-releases/vuzix-announces-follow-on-oem-enterprise-smart-glasses-order-300810129.html

SOURCE Vuzix Corporation