# EXHIBIT K

THE SOURCE FOR TECH BUYING ADVICE

TRENDING   Buying Guides   Apple AirPods   Best Laptops   Best Phones   Best TVs                     BRANDS   Samsu

Laptops & portable PCs

# Vuzix Blade hands on review

The Google Glass dream made real again, but with Alexa

★★★★★ Not yet rated   By Joe Osborne

January 12, 2018

What is a hands on review?



**EARLY VERDICT**

The Vuzix Blade sunglasses are excruciatingly close to achieving what Google set out to master years ago, and what Vuzix has been clawing at for even longer: truly augmented reality that not only keeps you connected but tells you more about the world around you. It's time to get psyched about AR again.

 **FOR**

Lightweight and snappy
Fun and practical functions
Prescription lens options
Absolutely feature-packed

 **AGAINST**

Could be comfier
Fashion factor isn't there yet
Display portion should be off-center
Likely to be pricey

At CES 2018, we've learned that we're closer than ever to the type of augmented reality (AR) that we've long dreamed of since the dawn of sci-fi and, more recently, Google Glass. It's all thanks to the Vuzix Blade AR sunglasses, which debuted at the show in Las Vegas.

Vuzix Blade is a culmination of Vuzix's 20 years of work in the AR field for professionals married with Amazon's first baby, Alexa. The two come together to deliver an AR platform – and product – that's both fun and useful as well as awfully close to the ultimate AR dream: Terminator Vision (i.e. data about what's right in front of our faces presented directly to our eyeballs).

## Price and availability

Vuzix hasn't revealed the final consumer-ready price and release date for the Blade, but we do know that a developer kit (what we tested on the show floor) costs a huge $1,997 (about £1,479, AU$2,539), including a deposit of $495. Developer kits ship early 2018.

Vuzix has said that it wants to target a $1,000 (about £739, AU$1,499) price point and get the final version of the product out before early next year.

**RECOMMENDED VIDEOS FOR YOU...**                                                                techradar.

00:00 / 02:50

Unfortunately, that price is going to keep this technology out of the hands of a lot of people. Then again, most emergent technologies start out this way. Just look at how quickly virtual reality headsets started out exorbitantly and plummeted down to us common folk.



## Design and feel

Vuzix has clearly designed the Blade to be as accessible and comfortable as possible, but it still has a ways to go before this editor would readily wear the Blade regularly. And, no, it has nothing to do with the fact that I already wear glasses.

In fact, Vuzix will offer prescription options when the product is available for all to buy – a massive plus.

What we found a bit uncomfortable were the nose pads in use on the developer kit: they were a bit too sharp for our liking, though we generally prefer glasses (and sunglasses) that just have the bridge rest on our nose.

At any rate, the Vuzix Blade currently come in an all-black, plastic frame that doesn't feel much heavier than a normal pair of glasses. That said, the design is a bit too, shall we say, professional? As sunglasses are almost as much about fashion as they are function, it's going to be tough for most people to jive with this look.

But, again, this is the developer kit version. Lots can change between now and a final release, and what's important right now is that Vuzix has the lightweight feel down pat.



## Performance

Now, for the good stuff: we're excited to report that the Vuzix Blade performs admirably even in its early state that only the press and developers will get their hands on.

Running on Android 5.0 (Lollipop) with Amazon's Alexa digital assistant embedded, the Vuzix Blade is powered by an undisclosed, quad-core ARM processor. The glasses feature waveguide-based, see-through optics driven by a Cobra II DLP-based display that's projected onto the glass.

Supporting all that is an 8-megapixel camera for image capture and sharing directly through the Blade interface.

As for inputs, the right side of the glasses is a capacitive touch surface, operating much in the same way Google Glass does: swipe backward and forward to navigate and tap to select items.

The glasses also house motion sensors to maintain the image properly and haptic motors for vibrating alerts. Finally, noise-cancelling microphones allow for voice control as well.

Of course, the Vuzix Blade gets its information from a Bluetooth connection to your phone, mediated by a free remote-control app, and has a Wi-Fi radio as well as a microUSB port for charging and a microSD card slot for storage.

All of these come together to display a card-based interface in the center of your visual range that displays information and graphics that are just translucent enough so as not to overtake your vision. When connected to your phone, the interface can display emails, text messages, social media and even turn-by-turn directions right into your field of view.

Swiping through the various options and notifications is super slick and intuitive, but we wish the visuals didn't appear dead center in our field of view, or at least could be moved within the interface settings. Luckily, there's plenty of time to improve this piece of the offering.

That said, the most powerful part of Vuzix Blade is Amazon's Alexa digital assistant. Accessible via voice when a phone is connected (or when Blade is on a Wi-Fi network), the visual Alexa interface first seen in Amazon Echo Show is presented here whole cloth.

Ask Alexa when your next appointment is, and an Alexa Display Card will appear along with her voice transmitted through either headphones or a speaker connected to the Blade via Bluetooth. Running on Android, directions come in via Google Maps, while everything else comes in via your phone's default apps for calendar, message and email notifications.

The voice response is as snappy as we've seen on other Alexa-integrated products, and brings a lot of important functionality to such a device.

Now, what Vuzix needs to do is bridge the gap between the camera and the Alexa platform to fully achieve the dream that Google Glass started. Then again, that's Amazon's problem as much as it is Vuzix's – perhaps even more so.

Of course, the Vuzix Blade contains rechargeable, lithium-polymer batteries, but the company isn't yet prepared to drop a figure when it comes to lasting power.



**Simplicity of a spreadsheet, flexibility of a database. Calendar, forms, 8**

Airtable

VISIT SITE  Finally, a product management tool that teams actually want to use!



# Early verdict

The Vuzix Blade sunglasses are excruciatingly close to achieving what Google set out to master years ago, and what Vuzix has been clawing at for even longer: truly augmented reality that not only keeps you connected but tells you more about the world around you. All that's left is for Vuzix and Amazon to expand Alexa's computer vision capabilities already at work in the Amazon Echo Look.

For now, the Vuzix Blade is all but 1:1 to Google Glass, if not better. Yes, the device itself could a bit more comfortable and more fashionable, and hopefully it will be possible to reposition the display portion of the Blade. Those are all fixable problems.

What's important is to recognize just how very painfully close we are to fully functional AR that not only keeps us plugged in more easily but gives us information about what's right in front of our faces. That's now thanks in a huge part to Vuzix Blade.

### WHAT IS A HANDS ON REVIEW?

Hands on reviews' are a journalist's first impressions of a piece of kit based on spending some time with it. It may be just a few moments, or a few hours. The important thing is we have been able to play with it ourselves and can give you some sense of what it's like to use, even if it's only an embryonic view. For more information, see **TechRadar's Reviews Guarantee**.

MORE ABOUT WEARABLES



**Get the Apple Watch on sale for only $199 at Walmart** ▶

SEE MORE RELATED

LATEST



**Apple reportedly planning big upgrades to the cameras on the iPhone 11** ▶

SEE MORE LATEST ▶

### Get the Apple Watch on sale for only $199 at Walmart
For a limited time, Walmart has the Apple Watch Series 3 on sale for $199.
TechRadar

### Before you renew Amazon Prime, read this
Wikibuy | Sponsored

### You're Probably Overpaying at Amazon — This Genius Trick Will Fix That
Honey | Sponsored

### 9 Reasons This Electric Toothbrush is Worth All The Hype
quip | Sponsored

### Vision The King
Abhishek Sharma | Sponsored

### Switch and save an average of $699. Savings make me smile.
Progressive | Sponsored

### Don't Do It Yourself - Hire a Handyman from Mineola for Your Home Projects
HomeAdvisor | Sponsored

### ROKiT IO Pro 3D review
TechRadar

Newly leaked Pixel 3a renders apparently confirm a May launch date
TechRadar

New Golf Driver Is Changing The Game For Everyone
GX7 Golf | Sponsored

You Will Not Believe Macy's Deals for Saturday
Macy's | Sponsored

iPad Pro 12.9 (2018) review
Perhaps the iPad Pro 12.9's biggest weakness is its battery life – that should come as no surprise to iPhone fans, as Apple's phone batteries have always been on the small side, but it's rather annoying in a device that's intended to be used as a productivity tool. It's a 9720mAh …
TechRadar

10 Best Used Trucks Under $10,000
Kelley Blue Book | Sponsored

Trending Petite Styles for Spring Are Here! No Tailor Needed
White House Black Market | Sponsored

Only a week left to get a free Google Home with BT fibre broadband deals
TechRadar

Amazon closing Chinese marketplace
TechRadar

Use This Writing Tool for One Day—You'll Rave About It Too
Grammarly | Sponsored

Slick hearing aids for people who don't want hearing aids
Eargo | Sponsored

MOST POPULAR

# Best smartwatch 2019: the top wearables you can buy today

By James Peckham April 18, 2019

READ MORE ▶

### Android Pie update, features, release date and phones list
By Matt Swider April 17, 2019

READ MORE ▶

### Android Q release date, features and rumors
By David Lumb, Matt Swider April 17, 2019

READ MORE ▶

### Samsung Galaxy Watch Active review
By James Peckham April 17, 2019

READ MORE ▶

### PlayStation VR 2: all the latest PSVR 2 rumors
By Michael Hicks, Vic Hood April 17, 2019

READ MORE ▶

### Fitbit sale at Amazon: save on the Fitbit Alta and Charge 2 activity tracker
By Mackenzie Frazier April 16, 2019

READ MORE ▶

### The best Samsung Galaxy Watch Active prices and deals in April 2019
By Mackenzie Frazier April 16, 2019

READ MORE ▶

### PS5 will support your existing PlayStation VR

By James Peckham April 16, 2019

READ MORE ▶

### The best Apple Watch apps we've used in 2019

By Carrie Marshall April 16, 2019

READ MORE ▶

### How to change the time on your Fitbit

By James Peckham April 15, 2019

READ MORE ▶

### Oculus Touch controllers have hidden messages, including Big Brother reference

By Darren Allan April 15, 2019

READ MORE ▶

### Fitbit Versa vs Fitbit Versa Lite: do you lose much by getting the cheaper edition?

By James Rogerson April 13, 2019

READ MORE ▶

## Xiaomi Mi Band 4 release date, price, news and leaks

By James Peckham April 12, 2019

READ MORE ▶

Advertisement



TECH DEALS, PRIZES AND
LATEST NEWS

Get the best tech deals, reviews, product advice, competitions, unmissable tech news and more!

Your email address

LEARN MORE ▶

No spam, we promise. You can unsubscribe at any time and we'll never share your details without your permission.

Advertisement

MOST POPULAR                                                                MOST SHARED



1  Ubisoft offers Assassin's Creed Unity for free so you can see Notre Dame Cathedral

2  **Samsung Galaxy Watch Active review**

3  **PS5: All the games, specs, news, and rumors for Sony's Playstation 5**

4  Best mobile phone deals in April 2019

5  New iPhone 11 release date, price, news and leaks

Advertisement

? ABOUT OUR DEALS

We sort through thousands of deals to offer the best prices from the most trustworthy retailers. You can support us by clicking these independently selected links, as we may earn a commission on any purchase you make, at no extra cost to you.

Contact us if you have any questions or have found a better price

Do you find our price comparison useful?

Yes 👍    No 👎

TechRadar is part of Future US Inc, an international media group and leading digital publisher. **Visit our corporate site**.

About Us

Terms and conditions

Privacy policy

Cookies policy

Advertise with us

Future US, Inc. 11 West 42nd Street, 15th Floor