# EXHIBIT L

Robots Are Everywhere at the Year's Biggest Tech Show | Bloomberg

Menu    Search     **Bloomberg**     Sign In    **Subscribe**

# Robots Are Everywhere at the Year's Biggest Tech Show

Augmented reality, autonomous vehicles and more from CES 2018.

Bloomberg News

January 8, 2018, 8:47 PM EST
*Updated on* January 10, 2018, 7:59 AM EST

Electric and driverless are playing a big part at this year's CES, as makers of high-tech cameras, batteries and artificial intelligence software vie to climb into automakers' dashboards.



You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**



An Ubtech Lynx humanoid robot performs a dance.
Photographer: David Paul Morris/Bloomberg

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**Subscribe for unlimited access.**

View Offers    Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**



Toyota's Concept-i, left, and Concept-i Ride, right.
Photographer: David Paul Morris/Bloomberg



You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**Subscribe for unlimited access.**

View Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**

Photographer: David Paul Morris/Bloomberg



You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**Subscribe for unlimited access.**

View Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**

An attendee wearing a Samsung Electronics Gear virtual reality headset rides the Flying Duo simulator.

Photographer: David Paul Morris/Bloomberg



You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers   Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Offers   Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**



The steering wheel of the Byton electric concept vehicle.
Photographer: David Paul Morris/Bloomberg

SmartCompaniesKnow.com   Collective Health

An attendee wears a Lenovo augmented reality Headset while playing a Star Wars Jedi Challenges game.
Photographer: Patrick T. Fallon/Bloomberg

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers   Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**Subscribe for unlimited access.**

View Offers   Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**



The Lenovo Mirage Solo VR headset with Google Daydream and Mirage Camera.
Photographer: Patrick T. Fallon/Bloomberg



You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**

SmartCompaniesKnow.com  Collective Health

Richard Yu, chief executive officer of Huawei Technologies Co., holds the Mate 10 Pro smartphone while speaking during the company's keynote event.

Photographer: David Paul Morris/Bloomberg

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Offers    Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **View Offers**



A Forward X Robotics CX-1 self-driving, intelligent, carry-on suitcase moves among attendees.
Photographer: Grant Paul Moran/Bloomberg

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    **Sign in**

☐☐ Bloomberg Anywhere
clients get **free access**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Offers    **Sign in**

☐☐ Bloomberg Anywhere
clients get **free access**

You have **2** free articles remaining.
**View Offers**



Spartan SA's radiation-blocking boxer briefs worn by attendees.

Photographer: Patrick T. Fallon/Bloomberg

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **View Offers**



Jen-Hsun Huang, president and chief executive officer of Nvidia Corp., holds the Nvidia Drive Pegasus RoboTaxi AI computer during an event.
Photographer: David Paul Morris/Bloomberg

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    Sign in

☐☐ Bloomberg Anywhere
clients get **free access**

You have **2** free articles remaining.
**Subscribe for unlimited access.**

View Offers    Sign in

☐☐ Bloomberg Anywhere
clients get **free access**

You have **2** free articles remaining.
**View Offers**



SmartCompaniesKnow.com     Collective Health



A Mira Fertility personalized ovulation-monitoring system.
Photographer: Patrick T. Fallon/Bloomberg

You have **2** free articles remaining. **Subscribe for unlimited access.**    View Subscription Offers    Sign in    Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**Subscribe for unlimited access.**    View Offers    Sign in    Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**



An attendee tries a FoldiMate for a no-hands laundry-folding machine.

Photographer: Patrick T. Fallon/Bloomberg

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    Sign in

☐☐ Bloomberg Anywhere
clients get **free access**

You have **2** free articles remaining.
**Subscribe for unlimited access.**

View Offers    Sign in

☐☐ Bloomberg Anywhere
clients get **free access**

You have **2** free articles remaining.
**View Offers**



The Cocoon Cam Clarity baby vital-signs monitor and app are displayed over a crib.
Photographer: Patrick T. Fallon and David Paul Morris/Bloomberg

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**Subscribe for unlimited access.**

View Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**



The LG Electronics Inc. CLOi serving Robot (left), Porter Robot (center) and Shopping Cart Robot.
Photographer: Patrick T. Fallon/Bloomberg

MULTI-PURPOSE MOVING SPACE

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers · Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Offers · Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**



Attendees take photographs of the Sony Corp. Aibo dog at the company's booth.

Photographer: Patrick T. Fallon/Bloomberg

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**Subscribe for unlimited access.**

View Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**



An attendee wears a Sony Corp. PlayStation 4 virtual reality (VR) headset.

Photographer: Patrick T. Fallon/Bloomberg

Attendees take photographs of the Samsung Electronics Co. Family Hub stainless steel smart refrigerator.

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **View Offers**



An attendee wears Vuzix Corp. Blade augmented reality (AR) glasses enabled with Amazon.com Inc. Alexa voice assistant, during the Pepcom Digital Experience event.

Photographer: Patrick T. Fallon/Bloomberg

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Offers    Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **View Offers**



Grains move across the surface of a bravia-brand organic light-emitting diode (OLED) television screen as Acoustic Surface technology is demonstrated at the Sony Corp. booth.

Photographer: Patrick T. Fallon/Bloomberg

Turn the Dial, See the Dynamic Sound

Touch the screen to feel the vibration

A representative demonstrates the Lenovo Group Ltd. Smart Display with Google Assistant.

You have **2** free articles remaining. **Subscribe for unlimited access.**

| View Subscription Offers | **Sign in** |

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**Subscribe for unlimited access.**

| View Offers | **Sign in** |

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**



A Dell Inc. XPS 15" XPS 2-in-1 laptop computer is displayed before the company's press conference.
Photographer: Patrick T. Fallon/Bloomberg

## Bloomberg Technology

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**Subscribe for unlimited access.**

View Offers    Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**

**Technology**
**Lobbying Over Car Sharing Is Exhausting State Lawmakers**

**Ma**
**Apple's Qualcomm Settlement Is Good News for Tons of Chip Stocks**

**Politics**
**Foxconn's Gou Runs for Taiwan President, Citing Message From Sea Goddess**

**Highlights**
**Worrisome 'Competitive Dynamics'**

19 minutes ago

**Technology**
**British Steel's Brexit Carbon Trouble Heralds Wider Problem**

updated 24 minutes ago

**Business**
**Africa's Amazon Is Set for a New York IPO as Online Retail Takes Off**



**Technology**
**Qualcomm Soars on Apple Pact, and Analysts See More Room to Run**



**Technology**
**Cathay Earmarks A321neo Aircraft for China Route Expansion**



**Technology**
**Roche's New Cancer, MS Drugs Pay Off With a Forecast Boost**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers　　Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Offers　　Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**

## What to Watch

### Apple, Qualcomm End Legal Battle

The race for 5G has forced Apple to end a long-running legal battle with Qualcomm. The iPhone maker had planned to use Intel chips to deliver the next generation wireless technology, but recently it decided to go to the company it was fighting with, Qualcomm. Bloomberg Intelligence's Matthew Bloxham discusses the situation on "Bloomberg Markets: European Open." (Source: Bloomberg)

### China's NIO Still Sees Growth in EV Sector



You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.

**View Offers**

Robots Are Everywhere at the Year's Biggest Tech Show - Bloomberg

Netflix, Disney to Be Complementary, TECHnalysis Research Says

# Startups

**Technology**
**Amazon Finds It's Hard to Run a Real Sweepstakes in the Robocall Era**

**Deals**
**Uber Has a New Growth Story, Just Not a Profitable One**

**Technology**
**Uber Warns in IPO Filing That Its Drivers Will Be Even Less Happy**

**Technology**
**Uber CEO's Message in His IPO Letter: 'I Won't Be Perfect'**

# Cybersecurity

   

**Cybersecurity**
**Hacker Accused of JPMorgan Breach Is in 'Fruitful' Negotiations With Prosecutors**

**Technology**
**Facebook Is Expanding Efforts to Block False Information**

**Cybersecurity**
**Hackers Go For Smaller Amounts Three Years After $100 Million Heist**

**Technology**
**AirTrunk Raises S$450 Million to Build Singapore Data Center**

# Amazon

**Technology**
**Amazon Finds It's Hard to Run a Real Sweepstakes in the Robocall Era**

**Deals**
**Jumia Surges on U.S. Debut as Africa's Amazon Goes Public**

**Technology**
**Amazon Japan Raises Prime Membership Price for First Time in 11 Years**

**Technology**
**Amazon Workers Are Listening to What You Tell Alexa**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**Subscribe for unlimited access.**

View Offers    Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**

Technology

**Jack Ma Again Endorses Extreme Overtime as Furor Rages On**

New Economy Forum

**The U.S. Is Losing a Major Front to China in the New Cold War**

Technology

**Jack Ma Draws Controversy by Lauding Overtime Work Culture**

Hyperdrive

**Tesla, Panasonic Temper Expansion Plans for Battery Factory**

# Commentary

Technology & Ideas

**The Terrible Timing of YouTube's Notre-Dame Snafu**

Google's automated tools displayed content about the fire that a human never would have allowed. This is catnip to regulators.

an hour ago

Technology & Ideas

**Why Israel Won't Give Up On a Moon Landing**

Israel's space program delivers benefits to education, the tech sector and security. It's central to the country's vision of itself.

Technology & Ideas

**Qualcomm's Apple Settlement Doesn't End Risk to Its Business Model**

Litigation was never about principle. It was always about the money.

Technology & Ideas

**Why Vivendi Investors Let the Bollore Show Continue**

Under the patriarch's chairmanship the company has outperformed peers on a total return basis. Why not keep it in the family?

# Crypto

Cryptocurrencies

**'Flash Boys' Trading Bots Are Running Wild on Crypto Exchanges**

Cryptocurrencies

**Bitcoin Offshoot Slumps After Crypto Exchange Delisting**

Cryptocurrencies

**Harvard Takes the Plunge Into Crypto With a Token Sale Investment**

MORE ON CRYPTO

# Hyperdrive









Hyperdrive

**Jet-Powered Flying Taxi Startup Seeks Safety**

Hyperdrive

**Carmakers Look to Beijing to Revive China's**

Hyperdrive

**Bezos May Come After the Auto Industry, Volvo**

Hyperdrive

**Daimler Places Bet on Next-Generation Battery**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining. **Subscribe for unlimited access.**

View Offers    **Sign in**

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**



## Intel Gives Up on Failed Quest to Break Into Mobile Market
by Ian King |



## BMW, Qualcomm Battle Against VW, Renault on Connected Car Rules
by Natalia Drozdiak and Niclas Rolander |



## T-Mobile CEO Says Premise of Report on Merger Trouble Is 'Untrue'
by Rita Devlin Marier |



## Student Sues JD.com and CEO Liu for Damages Over Alleged Rape
by Selina Wang |



## Bezos May Come After the Auto Industry, Volvo CEO Warns Dealers
by Gabrielle Coppola |





You have **2** free articles remaining. **Subscribe for unlimited access.**

View Subscription Offers   Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**Subscribe for unlimited access.**

View Offers   Sign in

Bloomberg Anywhere clients get **free access**

You have **2** free articles remaining.
**View Offers**

Home / Technology

# CEO Behind Amazon Alexa-Enabled Wearable: Why Smart Glasses Have Failed so Far

*Vuzix CEO Paul Travers discusses the wearable company's new Blade glasses, how the Amazon partnership came about and the state of the AR-powered wearable market.*

By Annie Palmer
Updated: Jan 10, 2018 3:06 PM EST

READ AS SINGLE PAGE

 **TheStreet Video**

If there's one prevailing trend at CES 2018 this year, it's that Amazon's (AMZN - Get Report) Alexa voice assistant is showing up in a lot more places than just your smart speaker.

Plenty of devices are being taken over by Alexa, including light switches, TVs, refrigerators, mirrors and cars, but perhaps one of the most exciting additions involves the first-ever, Alexa-powered smart glasses. Enterprise-focused wearable maker Vuzix Corp. (VUZI - Get Report) is the company behind the glasses, called the Blade, that aims to bring Alexa right in front of your eyes. The $1,000 glasses are on display at CES in Las Vegas this week, but aren't expected to ship until the second quarter.

Vuzix, founded in 1997, may have built a pair of augmented reality glasses that can finally help bring the technology to the masses. Prior attempts, such as Alphabet's (GOOGL - Get Report) memorable Google Glass, never took off, while others such as Magic Leap's mixed reality goggles or Microsoft's (MSFT - Get Report) HoloLens, have yet to be widely released. The $1,000 Blade isn't as cheap as Snap's (SNAP -

Get Report) $130 Spectacles, but Vuzix expects to slash the price to less than $500 over time.



The $1,000 Vuzix Blade is equipped with Amazon's Alexa voice assistant.

The Blade connects to the internet using WiFi or via Bluetooth to an iPhone or Android device, which mirrors notifications and other activity on the Blade's lens via a small, floating screen in the corner of the wearer's field of vision. A Vuzix spokesperson noted that the Blade can handle just about any Alexa skill, and the glasses also work with other apps, like Google's Waze, to serve up step-by-step directions right on the screen.

The Blade's design and interface try to remove a lot of the shortcomings of previous and current AR glasses. Unlike the Google Glass, which had intimidating glass and metal hardware, the Vuzix Blade is designed to look like a pair of Oakley sunglasses, with a convenient touchpad on the side of the frame that lets users take photos and swipe through and select notifications for incoming phone calls and text messages. It also weighs just three ounces, compared to Microsoft's 1.2 lb HoloLens, a detail that Vuzix CEO Paul Travers said was crucial in order for the Blade to be fit for everyday use.

"We have the philosophy that if you make something that people don't want to wear, you've already failed," Travers said in a phone interview.



Wall Street already seems to be optimistic about the Blade's future. Shares of Vuzix have skyrocketed more than 44% over the last five days since the Alexa-equipped glasses were announced on Friday. The stock continued to climb this week, with shares rising 2.9% to $9.00 on Wednesday early afternoon, bringing its market cap to about $218 million.

*TheStreet* sat down with Travers this week to talk about the Vuzix Blade, how the Amazon partnership came about and the state of the AR-powered wearable market. Below is a condensed version of the conversation, which has been lightly edited for length and clarity.

**TheStreet:** *What's your assessment of the AR glasses market?*

**Travers:** In our opinion, most of our competitors today are using optics from the days of Copernicus. It's stuff that's refractive and reflective, lenses you might find in a telescope. If you look at Google, they realized they couldn't make the glasses look good while keeping the high quality images. Or you get Facebook's (FB - Get Report) Oculus with the big, big displays and big lenses, but you end up having your head in a bucket. There are few companies that have the optics to make these things look trim.

Companies are trying to make a tour de force piece of technology. They load it up with stuff so that it's big and heavy. It all sits on the bridge of your nose and it feels like two Campbell's soup cans.

**TheStreet:** *How is the Vuzix Blade different from everything else that's out there?*

**Travers:** One of the unique things about the Blade is that it's three ounces and it gives you a field of view. It's got so much information on it but you can still interact with the real world. We haven't seen anyone else do that. Until you can solve that big, bulky, heavy, stupid look, it'll never be adopted by the mass market. HoloLens is cool, you can bolt a picture up on the wall, but give that to an employee on the plant floor and he'll laugh at you. So you'll find there's lots of research, but no real deployments happening.



The Blade can serve up turn-by-turn directions from navigation apps like Waze on the glasses' lenses.

**TheStreet:** *You didn't mention Snap's Spectacles when you mentioned AR glasses. Why is that?*

**Travers:** I never really thought of Snap's glasses as an AR device. It took a custom formatted picture and it only ran for 10 seconds. It had all kinds of technical issues going back and forth with the phone. And it kind of failed too.

**TheStreet:** *When you talk about smart glasses hitting the mass market, another important factor is obviously price. How was that factored into the process with the Blade?*

**Travers:** There's an ecosystem in everything around the Blade. As that grows, as the apps grow, the more it becomes a mass market product. But right now, we're seeing amazing market opportunity in the enterprise. We didn't want to come out with a price point that's consumer-oriented when we know that the enterprise market will easily pay $1,000.

That said, we have a pile of companies that have consumer applications for it, so as that grows and as volume grows, we'll end up coming out with a second generation product. When we do, the price for the first generation device will come down.

**TheStreet:** *How did the partnernship with Amazon come together?*

**Travers:** We've known the folks at Amazon for quite some time and have worked with them on enterprise applications, like their artificial intelligence engine. Some [Amazon] folks joined Vuzix in the last year, so through those connections, it was relatively easy to open the door and make the connection for Vuzix and our smartglasses.



Until now, Amazon's Alexa voice assistant has been restricted to its smart speaker and some internet of things devices.

You can imagine a lot of applications down the road that are beyond what Alexa can do now. You could stand in front of a concert poster and tell Alexa to buy tickets. Then, Alexa could come back and serve up an image on the Blade that shows you which seats are available. Alexa could then buy the tickets for you. Those are things you can't do with Alexa today.

**TheStreet:** *The Blade has generated a lot of excitement around Vuzix. Is M&A a possibility for you right now?*

**Travers:** There's lots of ways for value growth for shareholders and our focus is on building that value of Vuzix. In our opinion, we're really undervalued. If you look at companies like Magic Leap, they're worth billions of dollars. We're talking about a market that Apple (AAPL - Get Report) has said is worth billions of dollars. So we're focused on growing the value.

Who knows, though, if someone steps up to buy us for a billion. But we're not shopping and we're not looking to sell.

*__Facebook, Microsoft, Apple__ and __Alphabet__ are holdings in Jim Cramer's Action Alerts PLUS Charitable Trust Portfolio. __Want to be alerted before Cramer buys or sells FB, MSFT, AAPL or GOOGL__? Learn more now.*

**More of What's Trending on** TheStreet**:**

- Warren Buffett's Berkshire Hathaway Adds to Board in Possible Succession Hint
- When's the Tax Break Party for Retailers?
- Fisker Debuts $129,000 Tesla Killer at CES 2018
- Nelson Peltz on Amazon, Apple, Cryptocurrencies and His Battle at P&G

**Recommended for you:**

Jim Cramer Breaks Down Qualcomm, Netflix, and Abbott

Intel Rises After Saying It Will Drop Out of 5G Smartphone Modem Business

Netflix Q1 Earnings Report-- Live Blog

**Continue Reading** →

(Page 1 of 2)

<span style="float:right">READ AS SINGLE PAGE</span>

Technology    Software & Services

# Today's Highest Yield Savings Accounts ⓘ

Ask a Financial

Initial Deposit

$ 25,000

Location

Mineola, NY

Account Type

Savings & MM...

| INSTITUTION | APY | Min. Balance for APY | |
|---|---|---|---|
| BBVA Compass - Money Market | | | Sponsored |
| **BBVA** Compass | 2.40% | $25 | Get Details |
| Reach your goals faster with a 2.40% APY Money Market account from BBVA Compass. Rate: 2.37% • Fees: N/A • FDIC Insured | | | |
| CIBC Agility™ - Online Savings Account | | | Sponsored |
| CIBC Agility | 2.39% | $1 | Get Details |
| Great Rates. Easy online access. No account maintenance fee Rate: 2.39% • Fees: N/A • FDIC Insured | | | |
| Quontic Bank - Savings | | | Sponsored |
| QUONTIC | 2.35% | $5,000 | Get Details |
| High APY Interest Rates, No Monthly Fees, Access Your Money Easily Rate: 2.32% • Fees: N/A • FDIC Insured | | | |
| Ally Bank - Savings | | | Sponsored |
| ally. | 2.20% | $0 | Get Details |
| Ad Disclosure | | | As of: 04/17/201 |

SMARTASSET.COM

# DO YOU UNDERSTAND YOUR PORTFOLIO?

TheStreet's Fundamentals of Investing Course will teach you the keys to making the right decisions in any market.

START LEARNING

©1996-2019 TheStreet, Inc. All rights reserved.Action Alerts PLUS is a registered trademark of TheStreet, Inc.

# Henrietta company Vuzix in spotlight at national tech show

Edward C. Baig, USA TODAY    Published 10:16 a.m. ET Jan. 9, 2018 | Updated 7:23 a.m. ET Jan. 10, 2018



Buy Photo

*(Photo: SHAWN DOWD/@sdowdphoto/2012 file photo)*

"Alexa, what is it I'm looking at?"

You're used to summoning help from Amazon Alexa, the voice inside Amazon's Echo smart speaker, in your kitchen or by your bed.

If Amazon has its way, the artificial intelligence-infused Alexa digital assistant will be pretty much at your beck and call everywhere, and that means the bathroom, your computer and even in a product such as the see-through augmented reality glasses that Henrietta-based Vuzix will be showcasing this week during the mammoth CES tech show in Las Vegas.

**More:** 6 coolest gadgets from CES you'll likely see in your house this year (/story/tech/columnist/2018/01/09/ces-2018-6-coolest-gadgets-ces-youll-likely-see-your-house-year/1016072001/)

One of the most intriguing products to watch with Alexa will be the Vuzix Blade AR Smart Glasses (https://d2iankuf53zudv.cloudfront.net/Content/Upload/PDFs/01_05_2018_Vuzix_Blade_Video_Launch_Final.pdf) that just might give life to a smart-glasses product category that — with Google Glass — garnered attention a few years back but has failed to get anywhere with consumers. Google Glass itself may make a return of sorts in the enterprise market.

**More:** Vuzix Corp. sees future in augmented reality (/story/money/business/2015/11/27/vuzix-corp-sees-future-augmented-reality/75954168/)

**More:** Google Glass reborn for the enterprise market (/story/tech/talkingtech/2017/07/18/google-glass-reborn-enterprise-market/488684001/)

The business, or at least so-called prosumer market, might be where we first see the Vuzix glasses. The idea behind the specs, which resemble sunglasses, is that you'll pair them with a smartphone you can leave in your pocket and purse. Then, with Alexa's help, you can have the glasses project directions, menus, weather reports, stock quotes, sports scores, social feeds other hands-free alerts, on an image that appears in front of your eyes.

And yes, you'll still be able to see your real life physical surroundings at the same time. The glasses weigh less than 3-ounces, but at around $1,000 they'll weigh heavily on your wallet.

Vuzix is no newcomer, having taken home more than a dozen CES awards in recent years, most recently winning four awards for its Vuzix Blade. The company, founded in 1997, also has offices in the United Kingdom and Japan.

Spreading Alexa's voice has been Amazon's vision for some time, and was a major theme at last year's CES, too, with Alexa starting to infiltrate cars, fridges and other household appliances. This year, Amazon and its partners are taking Alexa even further, which seems critical since rival Google has similar ambitions for its own Google Assistant, the voice inside Android phones and Google Home speakers.

ADVERTISEMENT

**9** free articles left. Only $5 for 3 months.

**Support local journalism today**

**$5 for 3 months. Save 83%.**

(https://subscribe.democratandchronicle.com/?
gps-        Subscribe Now          (/)
source=CPCAMBARD&utm_campaign=2019SLJ&utm_content=freearticlesleft&utm_medium=ONSITE&utm_source=CPCAMBARD&onSu
company-vuzix-
spotlight-ces-las-
vegas%2F1016104001%2F)

At CES this time around, Amazon partners HP, Acer and Asus announced that Alexa will be coming to select Microsoft Windows 10 computers in 2018.

**More:** CES 2018: Get ready for yet more (yes more) smart devices (/story/tech/columnist/baig/2018/01/05/ces-2018-get-ready-yet-more-yes-more-smart-devices/999423001/)

**More:** CES fail: No women keynote addresses triggers backlash (/story/tech/2018/01/05/ces-women-diversity-keynote-speakers/1005021001/)

**More:** You can't miss Google at tech's largest trade show this year (/story/tech/talkingtech/2018/01/05/google-joins-ces-crowds-big-tech-jostles-dominate-smart-devices/1003939001/)

Adding a digital assistant to a computer is nothing new and how often Alexa, and in what capacity, you'll call upon Alexa on such machines remains to be seen. Apple's own vocal assistant Siri is a staple feature on Macs, while Windows 10 PCs sport Microsoft's counterpart Cortana. Among its own capabilities, Cortana can chime in to help you set up a brand new Windows 10 PC.

One place you might find Alexa is in the bathroom, with Kohler for example adding Amazon's assistant to what it calls the Verdera Voice Lighted Mirror. You can control the lights with your voice. Or you ask Alexa, among its numerous other skills, to catch you up on the news, weather, and traffic while you're shaving, say. The smart mirror will cost $999 on up and become available in late March.

**More:** 5 coolest things we've seen at CES so far (/story/tech/talkingtech/2018/01/08/ces-2018-5-coolest-things/1012114001/)

But Amazon wants Alexa nearby when you're out of the house, and not just on your phone or in the car or on a laptop. Just ahead of CES on Friday, Amazon announced the Alexa Mobile Accessory Kit toolkit. It's for device makers and manufacturers to bring Alexa to a gaggle of on-the-go products, including so-called hearables, headphones, smart watches, fitness devices, and the like. The kit will be made available to manufacturers later this year.

ADVERTISING



Amazon has already said that Bose, Jabra, iHome, Beyerdynamic, Bowers & Wilkins, among others, plan on adding Alexa to various Bluetooth audio devices in the coming months.

I briefly got to see the Jabra Only 45  be Amazon snap a picture, though I couldn't yet try the Alexa integration.

Meanwhile, I'm sure all the other artificial intelligence that Amazon, Google and others trot out this week at tech's biggest trade show.

## Support local journalism today.

## $5 for 3 months. Save 83%.

*EBAIG@usatoday.com*

(https://subscribe.democratandchronicle.com/?
gps- Subscribe Now *(/)*
source=CPCAMBARD&utm_campaign=2019SLJ&utm_content=freearticlesleft&utm_medium=ONSITE&utm_source=CPCAMBARD&onSu

Read or Share this story: http://on.rocne.ws/2mfg2HE
company-vuzix-
spotlight-ces-las-
vegas%2F1016104001%2F)

**9** free articles left. Only $5 for 3 months.

**Support local journalism today**

## $5 for 3 months. Save 83%.

(https://subscribe.democratandchronicle.com/?
gps- Subscribe Now    (/)
source=CPCAMBARD&utm_campaign=2019SLJ&utm_content=freearticlesleft&utm_medium=ONSITE&utm_source=CPCAMBARD&onSu
company-vuzix-
spotlight-ces-las-
vegas%2F1016104001%2F)



**9** free articles left. Only $5 for 3 months.

Login    Watch TV

CES · **Published** January 12, 2018

# CES 2018: The best of this year's show

By **Brooke Crothers**, | **Fox News**



**Vuzix Blade Smart Sunglasses. (Credit: Vuzix)**

This year's CES had a lot of interesting and exciting new gadgets, but there were a few that stood out from the crowd.

Fox News has compiled a list of five categories and the offerings that stood out from the competition.

A Message from **Brilliant Earth**

# 18K White Gold Selene Diamond Ring

Enjoy Free Shipping & Returns

▷

## CES 2018: 5 COOLEST THINGS WE'VE SEEN SO FAR

### Best wearable: Smart glasses used Amazon's Alexa

Vuzix Blade Smart Sunglasses made a lot of "best of" lists this year at CES and for good reason – Vuzix could achieve what Google Glass didn't. It allows you to keep your head up while interacting with your device.

The Vuzix glasses have a couple of standout features, including the ability to query Alexa, Amazon's voice-enabled intelligent personal assistant.

Another is augmented reality, which lets you interact with objects floating in front of the device. Vuzix COO Paul Boris gave an example of a Harvard Business Review Android app downloaded to

the glasses. On top of the HBR static page, the glasses generate a moving 3D image (in this case robots making paper airplanes).



In a Vuzix video released this week, a jogger is shown getting a phone call on the glasses and seeing directions for the running course floating in front of him as he jogs.



Vuzix will target enterprise customers first, then consumers.

The glasses, which run Android, will initially be priced at $1,000 but that price will likely come down later. The company is targeting the second-quarter for a consumer version.

**Best gaming PC: Digital Storm Project Spark**

The gaming PC company launched what it called its "smallest high performance PC ever."




**Digital Storm**
@DigitalStormPC

We're taking CES 2018 by storm! This year we launch a tidal wave of exciting new PCs including SPARK, our smallest high performance PC ever!

Check out our live Twitch stream this Thursday at 3pm to find out all the details on our amazing new systems!
twitch.tv/digitalstormpc

54   9:27 PM - Jan 9, 2018

17 people are talking about this

The gaming rig is only 12 inches tall and 4 inches wide but "filled with enthusiast-level components as well as custom liquid-cooling piping," according to PC Mag.

Pricing starts at $1,299 but you can max it out with high-end components like an Nvidia GeForce GTX 1080 and an Intel Core i7-8700K processor.

**CES 2018: NEW TECH YOU CAN USE THIS YEAR**

**Best concept car: Byton**



(Byton concept electric vehicle. Credit: Byton)

The Chinese brand is trying to take the computer-on-wheels proposition (a Tesla hallmark) to the next level.

Multiple modems and integrated flat antennas provide a bandwidth of up to 1,000 megabits per second, the company claims. The roomy infotainment system display – with an extra-wide screen – is controlled by gestures. The car will be designed to offer autonomous driving – the direction all major EV platforms are headed.

The concept is slated to have a range of up to 325 miles.

**Best smartphone-laptop combination: Razer Project Linda**



**(Razer Project Linda. Credit: Razer)**

It's not the first time this has been tried but Razer's is certainly one of the most innovative.



Essentially, it takes a Razer smartphone and docks it where the laptop's trackpad should be. And, you guessed it, the smartphone display becomes a trackpad. And it can also serve as a second

touch screen, in addition to the laptop's display.

## 5 OVERLOOKED CES ANNOUNCEMENTS THAT ACTUALLY MATTER

### Best new smartphone: Honor View10

A sub-brand of Chinese device maker Huawei, Honor specializes in offering phones with higher-end specs at a relatively low price.

And the specs of the View10 are pretty impressive: a Huawei Kirin 970 AI processor, 6GB of RAM, 20MP+16MP dual-lens camera, a 6-inch display, and Android 8.0 – all for less than $500.



Daily Shows &
Exclusive Specials
For Members only

START YOUR FREE TRIAL >



## U.S.

Crime

Military

Education

Terror

Immigration

Economy

Personal Freedoms

Fox News Investigates

## World

U.N.

Conflicts

Terrorism

Disasters

Global Economy

Environment

Religion

Scandals

## Opinion

## Politics

Executive

Senate

House

Judiciary

Foreign policy

Polls

Elections

## Entertainment

Celebrity News

Movies

TV News

Music News

Style News

Entertainment Video

## Business

Markets

Politics

Technology

Features

Business Leaders

## Lifestyle

Food + Drink

Cars + Trucks

Travel + Outdoors

House + Home

Fitness + Well-being

Style + Beauty

Family

## Science

Archaeology

Air & Space

Planet Earth

Wild Nature

Natural Science

Dinosaurs

## Tech

Security
Innovation
Drones
Computers
Video Games
Military Tech

## Health

Healthy Living
Medical Research
Mental Health
Cancer
Heart Health
Children's Health

## TV

Shows
Personalities
Watch Live
Full Episodes
Show Clips
News Clips

## About

Contact Us
College Students
Fox Around the World
Advertise With Us
Ad Choices
Media Relations
Compliance

## Other

Fox Nation
Fox News Shop
Fox News Go
Fox News Radio
Fox News Insider
Newsletters
Alerts
Podcasts
Apps & Products

Terms of Use     Updated Privacy Policy (What's Changed)     Closed Captioning Policy     Help     Contact Us

This material may not be published, broadcast, rewritten, or redistributed. ©2019 FOX News Network, LLC. All rights reserved. All market data delayed 20 minutes.

# INVESTOR'S BUSINESS DAILY®

## TECHNOLOGY

# AR Glasses: Coming Soon To A Face Near You



An attendee wears Vuzix Blade augmented reality glasses at the CES tech trade
show in Las Vegas. (Bloomberg)

   ✉

**PATRICK SEITZ** | 1/12/2018

O n business trips, Pete Jameson gets odd looks from fellow airplane passengers
when he's in his seat typing on a keyboard with no screen to be seen.

But Jameson is looking at a jumbo-size display, thanks to augmented reality glasses that project images for his eyes only. His headset looks like slightly oversized sunglasses and what he sees is not visible to others.

Jameson is chief operating officer of ODG, one of a host of companies pursuing the emerging market of augmented reality, or AR, glasses.

"I travel all the time and one of the cool-use cases for me personally is the ability to slip on a pair of glasses and wear my tablet," Jameson told Investor's Business Daily. "I can work on a plane with a rollout Bluetooth keyboard and get on Wi-Fi on a plane. Now I have a 100-inch screen that behaves just like my tablet does, that's totally private. Nobody can see what I'm doing."

Today we have information at our fingertips, but tomorrow it could be right at our eyeballs.

That's the promise of augmented reality. Instead of looking back and forth at your smartphone screen for navigation and other situational data, the information would be displayed in your field of vision using AR glasses.

Tech companies big and small are racing to take the lead in this new market, which is poised to be the next generation of mobile computing. **Apple** (**AAPL**), **Microsoft** (**MSFT**) and Google parent **Alphabet** (**GOOGL**) are among the tech heavyweights developing products for this new computing paradigm.

The market for augmented reality glasses currently is focused on niche industrial and enterprise applications. Those applications usually have a compelling return on investment, making the purchase of headsets that cost a few thousand dollars each worthwhile.

## AR Glasses: Privacy And Productivity

Commuter privacy and productivity likely will be one of the early consumer uses of AR glasses, said Jameson.

"How many times have you been traveling on a plane and you're trying to hold your mobile phone to see this little thing or you've got a tablet or a laptop and the person next to you looks at what you're doing or watching?" he said.

The nice part about the experience is that the AR glasses wearer is not disconnected from the environment as they would be with virtual reality goggles. With AR headsets, you can still see and hear what's happening around you, he said.

Jameson elicits some raised eyebrows when he's using a wireless keyboard with his AR glasses.

"The looks I get are like, 'Dude, what are you doing?' " he said.

For now though, Apple and Google are taking baby steps in the market by developing AR applications for their mobile operating systems for smartphones and tablets. Instead of overlaying digital information on a person's field of view with glasses, the information is presented over what the smartphone camera sees and is shown on the device's display.

To spur the market, Apple has come out with augmented reality software development tools called ARKit for the iPhone. Google has followed suit with ARCore for Android smartphones.

## Adoption Still Low

Still, PricewaterhouseCoopers recently published survey data indicating that AR adoption among enterprises is relatively low at 10%. But 24% of enterprises report interest in investing in AR over the next three years.

By industrial market, automotive shows the most AR interest with 18% reporting investment in the technology today, and 31% planning over the next three years. Health care is another industry interested in AR glasses. Auto industry apps include AR-guided assembly and maintenance, while health care is using AR for graphical overlays in surgery.

Most of the current AR headset makers, including Daqri, Meta, ODG and **Vuzix** (**VUZI**), are focused on enterprise markets because the hardware is expensive, as are the software and services, IDC analyst Tom Mainelli said.

"They can see a clear path forward because companies will pay for this," he told IBD.

Augmented reality was a hot topic of discussion at the CES consumer electronics show, which ran Jan. 9-12 in Las Vegas. Companies like Vuzix, ThirdEye Gen, Skully Technologies and Solos Smart Glasses exhibited AR products at the massive trade show.

One company not at CES was closely watched startup Magic Leap. In December, it previewed its long-awaited AR smart glasses, called Magic Leap One. It expects to begin selling the hardware later this year, but hasn't announced pricing or a release date.

Research firm ARtillry Intelligence predicts that the enterprise market for AR will mushroom from $829 million in 2016 to $47.7 billion in 2021. It sees the consumer AR market surging from $975 million in 2016 to $15.8 billion in 2021.

The enterprise AR market will be fueled by headsets capable of all-day use with a quantifiable return on investment, ARtillry analyst Mike Boland said. He adds consumer AR will be driven by smartphone applications in the near term, then the rumored 2020 launch of Apple's smart glasses could shift the story to headsets.

There will be 505 million AR-compatible smartphones by the end of 2017 and 4.2 billion by 2020, ARtillry predicts. AR apps will help seed the market for the eventual introduction of smart glasses.

### 'Tweener Tech'

Some useful AR apps for smartphones have emerged such as software for visualizing how furniture would look in your room before you buy it, IDC's Mainelli said.

Still, AR on smartphones is a "tweener tech," he said. "It's not optimum, but it will prove the use case."

Apple CEO Tim Cook told a U.K. newspaper in October that he doesn't think the technology for AR glasses is ready yet. For instance, the field of view for the displays isn't big enough or of good enough quality, he said.

By putting AR capabilities into the iPhone, Apple has created a large addressable market for software developers today, Cook says.

"AR is going to change the way we use technology forever," Cook said on a Nov. 3 conference call with Wall Street analysts. "We're already seeing things that will transform the way you work, play, connect and learn."

For example, AR apps for education let students interact with virtual 3D models of the human body and solar system, he said. In addition to field of view, other challenges for consumer AR glasses include styling, battery life and the user interface.

In work settings, people aren't concerned about what AR glasses look like as long as they help them do their job better, Mainelli said. Commercial users also don't mind hooking their headsets up to an external battery pack or even a notebook computer, he said.

"Style is a big issue," Boland told IBD. "When you are asking someone to put something on their face, it's a large barrier to cross. AR glasses aren't there yet in terms of being small enough and sleek enough."

## Google's Difficulties

Google experienced significant pushback several years ago when it introduced its Google Glass wearable heads-up display. The complaint was that Google Glass made people look like cyborgs.

Apple probably will spend the most time on the user interface, which could include voice commands, gestures and wireless hand controllers, Mainelli said.

The first iterations of Apple's AR glasses likely would be sold as peripherals to the iPhone. The glasses would offload processing and cellular connectivity to the iPhone to conserve battery life on the glasses and allow for smaller, lighter frames, Mainelli said.

IDC predicts that shipments of AR headsets will reach 24.6 million units in 2021, up from a mere 162,000 units in 2016. In 2021, 83% of AR headsets will be for commercial applications, with the rest for consumer use, it said.

Enterprise customers are interested in devices that can save them time and money, ODG's Jameson said.

The application getting the most traction now is telepresence, he said. In this application, a worker in the field live-streams video from a camera built into the AR glasses to a remote expert who can help identify and solve problems with equipment. The expert can guide the worker verbally and by using visuals put in the worker's field of view.

Another major enterprise application of AR glasses is assistance. A worker with a pair of AR glasses can identify a piece of equipment using a bar code or wireless beacon and call up maintenance checklists and step-by-step repair instructions and videos.

When AR glasses make the leap to the consumer market, it is doubtful that people will wear them all the time, Jameson said.

"What we're likely to see in the consumer market in the beginning are very purposeful use cases," he said. That includes the commuter privacy example as well as cyclists who want hands-free turn-by-turn directions and other information about what's around them, such as coffee shops, restaurants and ATMs, he added.

"Certainly this is going to be a major category in the next three to five years from a consumer perspective," Jameson said.

**RELATED:**

**Apple Readying Augmented-Reality Glasses For 2020 Launch: Report**

**Apple Kicks Off Augmented-Reality Era With New iPhones**

# INVESTOR'S BUSINESS DAILY®

New to Investors.com?   Start here!

**CLICK**

# Augmented Reality Glasses Still 2-3 Years From Consumer Market

  

**PATRICK SEITZ** | 1/29/2018

Augmented reality will be a bigger deal than virtual reality eventually, but not for at least another eight years, according to Goldman Sachs.

In a new report, the investment bank said it sees augmented reality hardware and software sales rising to $48.2 billion in 2025 from $2.4 billion in 2018. Meanwhile, virtual reality hardware and software spending is forecast to reach $59.1 billion in 2025, up from $8 billion this year.

"While the current revenue opportunity represented by VR is several factors larger than that of AR, we expect that AR will ultimately become a larger market than VR given the potential of the technology to impact a broad spectrum of end markets, particularly both in the enterprise and consumer settings," Goldman Sachs said in a report to clients, titled "Extended Reality."

Key players in the mobile augmented reality market today include **Alphabet**'s (**GOOGL**) Google, **Apple (AAPL)**, **Snap (SNAP)** and **Facebook (FB)**. Google and Apple are adding augmented reality capabilities to their smartphone platforms, while Snap and Facebook are creating AR software applications.

Augmented reality overlays digitally created content onto a user's real-world environment either using special eyeglasses or a smartphone's display and camera. By contrast, virtual reality headsets block out the real world with digital imagery and sound to simulate being somewhere else.

Companies making augmented reality headsets today are focused on enterprise applications for their devices. Those companies include Daqri, Magic Leap, Meta, ODG and **Vuzix (VUZI)**. Alphabet is participating in the market with an enterprise version of its Google Glass headset and **Microsoft (MSFT)** is developing its HoloLens headset.

**IBD'S TAKE:** *To find stocks for your watch list, check out the screener tools at MarketSmith. You can filter recent breakouts, stocks hitting new highs, tight trading action and more.*

"To date, shipped units of AR glasses have largely been sold to developers, rather than consumers, given the nascent state of the ecosystem," Goldman Sachs said. It noted that enterprise adoption has been happening at a "gradual pace."

**Trimble (TRMB)** is another company developing AR applications for engineering and industrial customers. It has partnered with AR headset makers Microsoft, Daqri, Meta and others.

Consumer AR glasses are years from hitting the market because of technological limitations of the displays, processors and batteries required for a small headset.

"AR glasses are more likely to be 4-5 years out for Apple with others moving to deliver consumer attainable products in 2-3 years," Goldman Sachs said.

Bloomberg **reported in November** that Apple was targeting a 2020 release date for its first set of AR glasses.

Goldman Sachs thinks a release in 2022 or 2023 is more likely for Apple's smartglasses.

**RELATED:**

**AR Glasses: Coming Soon To A Face Near You**

**Augmented Reality To Get Bigger Stage At CES 2018**

---

## TECHNOLOGY

# Cloud Computing: Find Top Cloud Stocks And Track Industry Trends



**IBD STAFF** | 10:21 AM ET

Cloud computing offers investors a wide range of opportunities that span internet infrastructure, as well as consumer and business services delivered via fast connections to the web. The industry leaders and top cloud stocks cover a similarly wide range, from **Amazon.com** (**AMZN**) and Google parent **Alphabet** (**GOOGL**) to **Microsoft** (**MSFT**), **Alibaba** (**BABA**) and **Oracle** (**ORCL**).



To visualize the internet cloud, think of warehouse-sized data centers packed with computer servers and data storage systems. Then think of the cloud supply chain.

Companies such as **Intel** (**INTC**), **artificial intelligence (AI) leader Nvidia** (**NVDA**) and **Micron Technology** (**MU**) sell chips built into servers. Fiber-optic device makers sell parts for high-speed communications networks. Seagate Technology sells solid-state data storage systems. **Arista Networks** (**ANET**) and **Cisco Systems** (**CSCO**) sell specialized network switches and routers that make the cloud superfast.

## UNLOCK IBD 50 TODAY!

IBD's flagship screen of leading growth stocks gives you 50 companies showing strong relative price strength and top-notch fundamentals.

TRY PREMIUM FOR $5!

## Cloud Computing And Top Cloud Stocks



# 5G Stocks To Invest In Span Chipmaker Qualcomm, Xilinx, Corning, Verizon

What 5G stocks will get an early boost? Look for management commentary on company earnings calls regarding traction. Telecom companies are in the early stages of building out 5G networks. Some 5G... Read More



# Software Stocks To Buy And Watch; Valuations Of SaaS Companies Soar

Software stocks jumped in the first quarter of 2019, repeating a pattern from the prior two years. According to UBS, the "average software stock" is up 146% since the beginning of 2017. That... Read More



# Netflix Dominates Stock Market News Ahead Of Quarterly Results

The Nasdaq composite outperformed in afternoon trading Tuesday, helped by a rally in semiconductor stocks. In other stock market news today, Netflix stock was in rally mode ahead of its earnings report... Read More



# When To Sell Growth Stocks: Is It Time To Dump This Hot Software Stock?

Is it time to bag gains in Veeva Systems? Based on IBD's collection of key sell rules for growth stocks, one can justifiably answer both yes and no to the question for... Read More



# Netflix Leads The Way As Earnings Season Kicks Into Gear: Action Plan

Here's your Investing Action Plan for Tuesday: what you need to know as an investor for the coming day. A host of top stocks are reporting as earnings season shifts into top... Read More

## View More Cloud Computing Articles

## Cloud Computing Services

The biggest buyers of data center infrastructure are Amazon Web Services, Microsoft's Azure and Alphabet's Google, as well as consumer-facing companies like **Apple** (**AAPL**) and **Facebook** (**FB**).

Cloud computing services are new growth engines for AWS, Microsoft and Google. Companies rent their powerful computers and software platforms to process business workloads remotely via the web. Apple relies on cloud infrastructure for its fast-growing services business, whisking music and other content to iPhones.

Companies like **Salesforce.com** (**CRM**) that offer subscription-based software-as-a-services (SaaS) arrived before the term cloud computing was coined. Many SaaS companies are now working with AWS and other cloud vendors to reach new markets.

*Get instant access to more trading ideas, exclusive stock lists and IBD proprietary ratings for only $5.*

**YOU MAY ALSO LIKE:**

**AI News: Artificial Intelligence Trends And Top AI Stocks**

**FANG Stocks News: Facebook, Amazon, Netflix, Google**

**Best Stocks To Buy And Watch**

---

**TECHNOLOGY**

# Biotech Stocks To Watch And Pharma Industry News

   

O ne minute **Dow Jones industrial average** component **Merck** (**MRK**) might be doing battle with fellow drugmaker **Bristol-Myers Squibb** (**BMY**) over drugs that can ward off cancer.

▶

The next, biotech giants like **Amgen** (**AMGN**) and **Sanofi** (**SNY**) are tussling in court over the fate of cholesterol-busting drugs. Meanwhile, a company like **Gilead Sciences** (**GILD**) might be raked over the coals in Congress for charging $1,000 a day to treat hepatitis.

It's a brave — and contentious — new world for pharmaceutical and biotechnology companies. It's a realm where science is trying to develop landmark medicines that cure cancer, hepatitis and other life-threatening illnesses.

All the while it does a delicate dance with Wall Street and regulators — balancing public health issues with the demands of shareholders. Investors will find it tricky to navigate the sector, as companies can rise and fall at the drop of a hat.