

# First Amazon Alexa-enabled digital glasses to debut at CES

**TECH NEWS**

Monday, 8 Jan 2018   3:36 PM MYT



Vuzix Corp will show off a pair of smart glasses that can talk to Amazon.com Inc's voice-activated digital assistant and display information to the wearer's field of view, Vuzix's CEO said. — Bloomberg

The first augmented-reality glasses with Amazon's Alexa voice assistant will be shown at CES in Las Vegas – manufactured by a 75-employee company rather than the e-commerce giant's growing devices division.

Vuzix Corp will show off a pair of smart glasses that can talk to Amazon.com Inc's voice-activated digital assistant and display information to the wearer's field of view, Vuzix chief executive officer Paul Travers said in an interview. Vuzix's Alexa integration is part of an Amazon programme that allows third-party hardware manufacturers to put the digital assistant into their products. In October, Sonos Inc unveiled a smart speaker with Alexa's system for controlling music playback. The strategy is designed to put Amazon's service, which generates revenue for the company, in as many places as possible to sell more products.

Amazon confirmed that Rochester, New York-based Vuzix's device will be the first smart glasses with Alexa. The company is "excited about the potential of the glasses and the ability to bring Alexa to customers in a new way," a company spokeswoman said. Vuzix's shares gained 8.5% to US$7 (RM28) at 2.04pm in New York after jumping as much as 16% on the news.

Voice assistants and augmented-reality products will be highlighted at next week's CES consumer electronics show. Executives from Amazon's Alexa and Google's Assistant will be seeking new partners and other big technology companies, including Apple Inc and Facebook Inc's Oculus division, will be at the show behind the scenes as they ramp up their virtual-reality and augmented-reality products. AR is a technology that superimposes digital information such as maps, text messages and more onto a person's view of the real world, while VR submerses a user into a completely different digitally created world.

Vuzix will release its AR glasses by the second quarter at a cost of about US$1,000 (RM3,987), Travers said. While it's a "high price point," he said, "the ultimate goal is to have it under US$500 (RM1,993), and we'll be able to do that" by 2019. Wearers, who must be Amazon customers or become Amazon customers to enable Alexa's capabilities, could for example ask the digital assistant to pull up a map or display sports scores on the glasses.

Amazon hasn't said whether it will release its own branded smart glasses with Alexa, but Travers expects it to happen. "I think everyone is going to come out with glasses sooner or later," he said.

Apple is aiming to have the technology ready for its own augmented reality glasses by 2019 so that it can release a device by 2020, Bloomberg News reported last year. Oculus said it would release a US$200 (RM797.50) standalone VR headset called the Oculus Go this year that doesn't require connectivity to a PC or smartphone. Google was an early player in the AR glasses world, launching the Google Glass prototype before pulling back and focusing on adding AR features to its Pixel smartphone and releasing an enterprise-oriented headset.

Amazon's first Alexa device launch was the Echo voice speaker in 2014, but the company has since released speakers with screens, tablets, and TV set-top boxes. — Bloomberg

Copyright © 1995-2019 Star Media Group Berhad (ROC 10894D)
Best viewed on Chrome browsers.

First Amazon Alexa-enabled digital glasses to debut at CES - Tech News | The Star Online

AMAZON INNOVATIONS

# Alexa-Friendly Glasses Debut At CES

By PYMNTS 🐦 ✉

Posted on January 8, 2018



f SHARE   🐦 TWEET   in SHARE   ♫ SHARE   🖨 PRINT   ✉ EMAIL

Amazon Alexa has been finding its way into all sorts of devices – and at the **Consumer Electronics Show** (CES), the annual tech conference held in Las Vegas in early January, Alexa is showing up in a pair of augmented reality glasses.

According to a report in **Bloomberg**, the glasses are made by Vuzix, a small startup that is gearing up to display a pair of glasses that can accept commands from **Alexa**, Amazon's digital voice-activated assistant. The glasses can also display information about what's in the wearer's view, noted the report.

Paul Travers, chief executive of Vuzix, said the Alexa integration was made possible by an Amazon program that enables third-party hardware manufacturers to integrate Alexa into their devices. For example, Sonos came out with a smart speaker with built-in **Alexa** this past October. The goal is to get Alexa in as many devices as possible in order to boost revenue for Amazon, noted the report.

**Consumer Intelligence Research Partners** just reported that customers who buy Amazon's Echo smart speakers spend an average of $1,700 each year on Amazon, higher than the $1,300 that Amazon Prime customers spend annually. What's more, the figure is 66 percent higher than the average spending rate of all Amazon customers around the globe.

An Amazon spokeswoman said the eCommerce giant is excited about the potential of glasses integrated with Alexa. The Vuzix glasses are slated to hit the market in the second quarter and will initially sell for around $1,000, with the goal of ultimately lowering the price to under $500, which the CEO predicts will happen by 2019.

Vuzix isn't the only company expected to roll out augmented reality products with built-in voice assistants at CES 2018. Bloomberg noted that Amazon Alexa and Google Assistant executives will be on the lookout to forge other new partnerships for their voice-activated virtual assistants.

———————————

**Latest Insights:**

Our data and analytics team has developed a number of creative methodologies and frameworks that measure and benchmark the innovation that's reshaping the payments and commerce ecosystem. **Check out our April 2019 Unattended Retail Report.**



RELATED ITEMS: ALEXA, AMAZON, AUGMENTED REALITY, CES, NEWS, SMART GLASSES, VUZIX, WHAT'S HOT

f SHARE     y TWEET     in SHARE     Ju SHARE     🖨 PRINT     ✉ EMAIL

INTELLIGENCE OF THINGS

# NEW REPORT: Connected Cars Drive $212B Annually In Commerce Spend

By PYMNTS  y  ✉

Posted on January 8, 2018



f  SHARE        TWEET     in SHARE     SHARE     PRINT     EMAIL

The right connections can open up plenty of opportunities. And, in the automotive world, connectivity is helping automakers find new opportunities to rev up in-vehicle purchases among motorists.

Every weekday morning, 135 million U.S. adults drive a car to work, with commutes ranging from as little as 15 minutes to over an hour. During this daily grind, motorists are driving $212 billion in commerce as they drive to and from their workplaces and homes.

Forty percent of these commuters spend over $18.7 billion getting their daily caffeine fix, while 54 percent **order ahead** and pay for food, influencing $47.3 billion in commerce every year.

While much of today's commuter commerce is powered by mobile devices, PYMNTS research indicates that offering these commuters in-vehicle connectivity could quickly shift their shopping activities into overdrive. The new Digital Drive Report, a PYMNTS.com/**Visa** collaboration, asked 2,000 commuters about what connected commerce activities they engage in during their daily commutes – and what other types of purchasing decisions they would likely make if connectivity was built into their vehicle.

But in-vehicle technology is not the only automotive development that could accelerate consumer interest in shopping during the daily commute. **Autonomous and self-driving vehicles** are one of the most highly anticipated developments in the automotive industry. Not only could this technology dramatically change the way consumers and motorists think about driving and mobility, it could also significantly increase the rate of purchases made during the daily commute. According to PYMNTS findings, over 75 percent of smartphone users who spend more than 30 minutes in traffic traveling to and from work would order ahead more often if their vehicle was both autonomous and connected.

**Millennials** are also literally making their voices heard when it comes to making in-vehicle purchases. PYMNTS found that 82 percent of millennials would shop more during their commute if voice-activated technology was available. That was more than twice the rate of other commuters.

**Other key takeaways include:**

- **66 percent** of commuters who make mobile order-ahead purchases today would do so more often if in-vehicle commerce was available in their vehicles.
- **21 percent** of commuters who do not currently connect to the internet while commuting would be interested in owning a self-driving car.
- Only **11 percent** of commuters are using voice-activated systems to connect to the internet during their drives.
- About **40 percent** of commuters use their smartphone and apps to look for gas while driving.

PYMNTS.com                                                                          **VISA**

# THE
# DIGITAL DRIVE

THE FUTURE OF COMMUTING IN CONNECTED CARS AND PAYMENTS

# $212 billion

amount spent by **135 MILLION** commuters on coffee, food, gas, parking and groceries every year

**66%** SPEND UP TO 26 MINUTES COMMUTING EACH WAY

## USING A CONNECTED DEVICE

### 89.6M

PEOPLE USE THE INTERNET WHILE THEY COMMUTE IN A CAR TO AND FROM WORK

**69.1M** OF THE 135 MILLION CAR COMMUTERS USE THE INTERNET TO PURCHASE ITEMS

→ **77.1 PERCENT** OF THOSE USE THE INTERNET

**20.1M** OF THE 135 MILLION CAR COMMUTERS USE THE INTERNET
BUT DO NOT USE IT TO PURCHASE ITEMS

**45.9M** OF THE 135 MILLION CAR COMMUTERS DO NOT USE THE INTERNET
SO THEY DON'T USE IT TO PURCHASE ITEMS

**51.2 PERCENT OR 69.1 MILLION CAR COMMUTERS ENGAGE
IN COMMERCE WHILE DRIVING TO AND FROM WORK**



TODAY

# IN A CONNECTED CAR

**135 MILLION CAR COMMUTERS**

## 84%
OF THE 69.1 MILLION CAR COMMUTERS
(WHO ALREADY ENGAGE IN COMMERCE)
**WOULD SHOP MORE FREQUENTLY**

## 69.5%
OF THE 20.1 MILLION THAT ACCESS
INTERNET, BUT WHO DON'T SHOP ONLINE,
**WOULD ENGAGE IN COMMERCE**
— adding another 14.3 million to the total

## 63%
OF THE 50 MILLION WHO DON'T CONNECT TO THE INTERNET AT ALL
**WOULD ENGAGE IN COMMERCE** — adding another 29 million to the total

**44M** ADDITIONAL CAR COMMUTERS
WHO WOULD ENGAGE IN COMMERCE

83.2 PERCENT OF ALL COMMUTERS (112.3 MILLION)
WOULD ENGAGE IN COMMERCE

**TOMORROW**

# THE SELF-DRIVING FUTURE

IN THE FUTURE

**If cars drove themselves:**

**30%** would shop online
**28%** would play games
**34%** would sleep

52.6% that connect using cars are **VERY** interested in buying one

34.5% are interested in owning an autonomous car

The Digital Drive study was commissioned by and developed in collaboration with Visa. **PYMNTS.com** conducted the analysis resulting in the conclusions shown here. Methodology and results are available at **PYMNTS.com/the-digital-drive**

© 2019 PYMNTS.com All Rights Reserved

. . . . . . . . . . . . .

## About The Report

The new Digital Drive Report, a **PYMNTS.com/Visa** collaboration, asked 2,000 commuters about what connected commerce activities they engage in during their daily commutes to and from work – and what other types of purchasing decisions they would likely make if connectivity was built into their vehicles.

—————————

## Latest Insights:

Our data and analytics team has developed a number of creative methodologies and frameworks that measure and benchmark the innovation that's reshaping the payments and commerce ecosystem. **Check out our April 2019 Unattended Retail Report.**



RELATED ITEMS: AUTONOMOUS VEHICLES, CONNECTED CAR COMMERCE, CONNECTED CARS, DIGITAL DRIVE REPORT, FEATURED NEWS, NEWS, ORDER AHEAD, SELF-DRIVING CARS, SELF-DRIVING VEHICLES, SMART CARS, VISA



f SHARE    TWEET    in SHARE    SHARE    PRINT    EMAIL



ENGLISH ▾      NEWS ▾      REVIEWS ▾      FEATURES ▾      GALLERY ▾      VIDEOS ▾   f  l  ⅴ   EVICES ▾      Q



Top 10 Best Mutual Funds for
Retirement



Top 10 Banks to open Savings
Accounts



C   Get Gizbot extension  s &
unbiased news only on DailyHunt!

**FOR QUICK ALERTS**

SUBSCRIBE NOW

View Sample

**TRENDING ON ONEINDIA**

Mayawati Gives New
Twist To "Ali and
Bajrangbali", Says
Both Ours



Detel POSH Bluetooth
speaker



IPL 2019: MI vs RR:
Live Updates



How to enable dark
mode on the Poco F1



Lexus NX Dangles
Precariously Out Of
Multi-Storey Parking
Garage



How To Find Out If An
Image Has Been
Photoshopped



The Tashkent Files Movie
Agnihotri's Film Lacks
A Powerful Narrative!



What Are Contactless
Cards And How Do
They Work?



Mucocele Mucous
Cyst: Causes,
Symptoms And
Treatment

Get Ready To Drop By
At The Mind-boggling

Home › Wearables › News

# New Vuzix Blade AR smart glasses with Alexa to official at CES 2018

By **Abhinaya Prabhu**  | Published: Saturday, January 6, 2018, 15:45 [IST]

Vuzix, an American company appears to be geared up to announce a new
set of AR (Augmented Reality) based smart glasses in its Blade series of
products. The Vuzix Blade AR smart glasses is believed to be unveiled at the
upcoming CES 2018 tech show.







Shop & get discounts at
Amazon.Buy electronic such as
mobiles, laptop many more



Top 10 Best Mutual Funds for
Retirement



Top 10 Banks to open Savings
Accounts

It is touted that this is the first pair
of smart glasses that will provide a
large virtual screen and a
lightweight build weighing around
85 grams. The Vuzix Blade AR
smart glasses are said to take
advantage of the company's own
waveguide optics as well as Cobra
II display engine that will let you
experience AR in the see-through
viewing mode.

The new Vuzix Blade smart AR glasses is said to provide weather updates, a
video conference tool, event notifications, social and sports feeds,
directions, biometrics and menus. It is claimed that users can adjust the
field of view and brightness of the smart glasses based on AR based on
their requirements so that the wearable device is convenient to use
outdoors or at home.


20000+
clothing
Amazor


Big Dea
Experie
Shop n


Shop fo
discour


20000+
clothing
Amazor


Big Dea
Experie
Shop n


Shop fo
discour

**UPCOMING PHOI**



Samsung (
Rs. 13900
Launc

OPPO Ren-

We use cookies to ensure that we give you the best experience on our website. This includes cookies from third party social media websites and ad networks. Such third party cookies may track your use on Gizbot sites for better rendering. Our partners use cookies to ensure we show you advertising that is relevant to you. If you continue without changing your settings, we'll assume that you are happy to receive all cookies on Gizbot website. However, you can change your cookie settings at any time. Learn more

**How to customize Redmi Note 7 Pro UI**

 

 

Oraimo Tempo 2 First
ImpressionGizbot

MG Motor launches
iSMART 5Gready internet
connected car tech

their favorite games hands-free as it supports such computing and connectivity aspects.

There is a Vuzix Blade AR smart glass companion app for Android and iOS devices that lets users connect the wearable to their smartphones in order to manage notifications and apps. The company claims that there is a growing ecosystem of AR applications, thanks to the developer community using the open Android platform to create such apps. This pair of smart glasses lets users answer phone calls, view text messages, take photos and capture point of view videos as well.

Vuzix smart glasses run the Vuzix Blade OS that offers an intuitive viewing experience and lets users swipe and tap for a seamless navigation experience. The AR smart glasses will also support voice commands as it comes with Alexa voice assistant.

 Catch latest election updates & unbiased news only on DailyHunt!

 20000 styles & wide range of clothing with best deals on Amazon.

 Big Deals Ending This Friday. Experience deals on Big brands. Shop now

To stay updated with latest technology news & gadget reviews, follow GizBot on Twitter, Facebook, YouTube and also subscribe to our notification.

ALLOW NOTIFICATIONS

Be the first one to Comment

Continue
Rs. 37999        Launc

Lenovo K6
Rs. 14400        Launc

Vivo S1
Rs. 23000        Launc

Read More About:   ces 2018   vuzix   alexa   ar   wearables

Story first published: Saturday, January 6, 2018, 15:45 [IST]
Other articles published on Jan 6, 2018

Comments (0)                                                    ♡ Recommend

Write a comment

Be the first to comment

Add Vuukle  Privacy                                            Vuukle

4/14/2019                         New Vuzix Blade AR smart glasses with Alexa to official at CES 2018 - Gizbot News

We use cookies to ensure that we give you the best experience on our website. This includes cookies from third party social media
websites and ad networks. Such third party cookies may track your use on Gizbot sites for better rendering. Our partners use
cookies to ensure we show you advertising that is relevant to you. If you continue without changing your settings, we'll assume that
you are happy to receive all cookies on Gizbot website. However, you can change your cookie settings at any time. Learn more

 20000 styles & wide range of
clothing with best deals on Amazon                                    Change Settings          **Continue**

 Stylish Collection. Free Shipping &
Returns. Premium Brands on
Flipkart

# GIZBOT®

| Gizbot in Other Languages | Explore Gizbot | Other Greynium Sites | Follow Gizbot |
|---|---|---|---|
| বাংলা › | › News | | |
| ગુજરાતી › | › Gear | | |
| हिन्दी › | › Tablet | | **Daily Updates** |
| ಕನ್ನಡ › | › Laptop | | *Enter Your Email Address* |
| മലയാളം › | › Mobile | | |
| தமிழ் › | › Gadgets | | |
| తెలుగు › | › Features | | |
| | › How-To | | |
| | › Gadget Finder | | |

About Us | Terms of Service | Privacy Policy | RSS | Contact Us | Feedback | Sitemap | Cookie Policy

© 2019 Greynium Information Technologies Pvt. Ltd. All Rights Reserved.

# DEALERSCOPE

Date: Thursday, February 01, 2018
Location: PHILADELPHIA, PA
Circulation (DMA): 20,300 (N/A)
Type (Frequency): Magazine (14Y)
Page: 16,17
Section: Main
Keyword: Vuzix

Resources

## CES Coverage

# THE CURIOUS CASE OF $1,000 AR GLASSES

## BY ROB STOTT AND PATRICK MCCARTHY

The point of an emerging tech is that it needs to, at some point, hit the next plateau. The emphasis on when is less of a timeframe and more of a destination. Glancing at the significant trends (read emerging tech) from the past few Consumer Electronics Shows in Las Vegas, a few of the technologies have graduated, and a few are still waiting to grow.

Augmented reality is one of those ready to move to the next step.

The trend has been underscored by the popularity of virtual reality, something that is often grouped alongside AR despite the pretty stark contrasts. For starters, VR is very reliant on powerful computers as it is forming an entire ecosystem around content. AR, on the other hand, can be quickly overlaid and used against surfaces to create three-dimensional content.

Interestingly, the market saw VR hit a 'hurry-up-and-wait' situation as companies scrambled to be trailblazers of a contentless market. It seemed that Oculus, Vive, and a swarm of followers were all looking to revolutionize a deserted land. One on hand it feels very poetic that it makes its strides in Vegas, a mecca of success built in a literal desert, but ultimately it feels like a betrayal for early adopters.

Conversely, AR has had a boon of one-hit-wonders that have proven lasting power in the market. Games and applications like Google's AR stickers, Pokemon Go, and Snapchat have all reinforced that AR has a lot of potential considering how widely available both the hardware and software has become.

And at CES this year, our editors saw that trend continue – only now they have begun to undercut $3,000 competitors and, to some degree, outperform them as well.

### VUZIX BLADE BUILDS ON PROSUMER MARKET

Introduced as a prototype last year, Vuzix has come a long way with their Blade prosumer AR glasses. The company touts the lenses as the first AR smart glasses to feature



"waveguide optics" that allow for hands-free mobile computing and connectivity. Essentially, that means the user doesn't need to be tethered to a smartphone to access some of the functionality of the Blade smart glasses.

The real selling point of these $1,000-ish smart glasses (due out around the second quarter of 2018) is their design. Simply put, they're the closest thing to an actual pair of glasses that we've come across in the past few years of covering this space. They have a very slight bulk to them, around the areas of the support band that house the internal batteries and touchpad. Really, they look like a typical pair of thick-banded Oakleys. And they're super-freaking light—we're talking, like, ounces light. Strapping a pair of these on was super comfortable and very familiar, as far as wearing sunglasses goes. Additionally, the lenses will be able to be swapped out to allow for prescription lenses to be used.

The display, which appears in the right eye frame, isn't too obtrusive and can be moved up or down the lens to get out of the user's direct line of sight. The digital information came through crisp, and resembled a heads-up display that you might find on a car's windshield. The system runs on an Android



platform, but it will be compatible with both Android and iOS devices through a connected app.

Other technology built into the glasses includes Amazon Alexa integration, an 8-megapixel camera that can capture video in 1080p quality, a Quad Core ARM CPU, haptic vibration alerts, microSD expansion, head motion tracking, and a noise-canceling mic, among many other features. Limited battery information was available, but during a demo, we were simply told it would last "several hours." Developer kits are currently out in the wild, so it will be interesting to see what types of apps and use cases they can come up with.

The price tag, for now, might be hard to swallow for the average consumer. But take a quick look at the rest of the AR market and you'll learn that $1,000 actually comes across as quite reasonable in this space. And the Vuzix Blade may be the closest thing to

© 2018 DEALERSCOPE
All Rights Reserved.

Account: 12584AE (5834)
-E393
For reprints or rights, please contact the publisher

# DEALERSCOPE

Date:               Thursday, February 01, 2018
Location:           PHILADELPHIA, PA
Circulation (DMA):  20,300 (N/A)
Type (Frequency):   Magazine (14Y)
Page:               16,17
Section:            Main
Keyword:            Vuzix

a stylish pair of AR glasses that exists on the market right now, so we consider that to be a steal.

## CHINESE MARKET (EXPECTEDLY) BRIDGING THE GAP

On the other side of the pond, the Chinese market is rumbling as well. And that shouldn't come as a surprise, as more significant technology is coming from smaller manufacturers, not just the Huawei, Xiaomi, and South Korea's Samsungs of the Asian market.

In particular, Realmax was showcasing their immersion AR technology prototype, dubbed Realmax Qian, that had a head-scratching 100.8-degree-FOV to complement their otherwise bulletproof software.

Much like the Vuzix, REALMAX runs totally independent of high-end software, is wireless, and will look a little more subtle, come its launch in the third quarter of this year.

Developed in China, REALMAX is also bringing a suite of custom developer tools that allows content creation using their in-house software. While most of the project was unconfirmed and feeling very beta, the price point will end up feeling like a high-end smartphone instead of a high-end gaming rig. And that's important, as the software works pretty well, but it's hard coughing up $3,000 and expecting a technology to sell well.

And for now, there is not much more to be said about these two pairs of glasses, and the many more peppered around the CES show floor. The main takeaway is that AR has become more than a niche corner of the tech market, and the price war will create a lot of value for retailers as consumer adoption increases. ■

© 2018 DEALERSCOPE
All Rights Reserved.

Account: 12584AE (5834)
-E393
For reprints or rights, please contact the publisher

# THE VERGE

# Vuzix Blade AR glasses are the next-gen Google Glass we've all been waiting for

*These $1,000, Alexa-enabled smart glasses feel like the first fully baked AR product since the failure of Google Glass*

By Nick Statt | @nickstatt | Jan 9, 2018, 2:06pm EST

Vuzix, a Rochester, New York-based display provider, has been trying to resurrect the promise of Google Glass for years now, but this year's iteration finally feels ready. The company's new product, called the Vuzix Blade, was unveiled at CES this week in Las Vegas. It's a pair of augmented reality smart glasses that float a screen in the upper right corner of your vision. But unlike previous iterations, in which the technology protruded in ugly and apparent fashion, the Blade is the first device Vuzix has developed that contains nearly every aspect of the display and its power source within the eyewear frames.

The company has partnered with Amazon to bring Alexa integration to the device, making the Blade the first pair of AR glasses to make use of Amazon's voice-based digital assistant. And the glasses are not just a prototype. Vuzix plans to deliver a developer version of the product in the next few months, with a consumer version coming in the second quarter of this year. The price right now is $1,000, but Vuzix hopes to bring it down to less than $500 with future generations.

In a demo on the show floor, I was able to give the Blade a try. I can confidently say that the glasses are the real deal: the Blade provides all the benefits Google Glass provided, but better. The display is larger, clearer, and in full color. It can be moved around your vision by toggling a slider up and down in the settings of the device itself. The glasses themselves are prescription ready and weigh less than three ounces. (As for aspect ratio and resolution, Vuzix says it's still finalizing details.)

The Blade works as a standalone headset and can be connected to the internet via Wi-Fi, but it can also be paired over Bluetooth with an iPhone or Android device to mirror

notifications and display photos and videos. It has a battery life of anywhere from two to 12 hours, the company claims, depending on whether you're using it mostly for notifications or for more intensive applications like accessing the web via Alexa, playing games, or using the front-facing, 8-megapixel camera. To maneuver the device's interface, you can use an internal voice control system that's separate from Alexa, or you can use a series of multi-fingered swipes on the right side of glasses frame.

One critical difference, and what makes it such a noticeable leap over Glass and other failed attempts at AR, is the design. The Blade, while aesthetically the same as a clunky pair of oversized sunglasses, looks and feels closer to a standard non-computerized accessory than anything we've seen before. That doesn't mean you don't look goofy wearing them (you do), or that it's not clear there's a bit of extra junk built into the frames (there is). But beyond the soft glow of bluish white light an outside observer may notice pulsing behind the right side lens, you'd have to get up close and personal to tell a user was wearing a computer over their eyes.

On one hand, that helps the Blade overcome one of the primary pitfalls Google Glass faced five years ago, when it became apparent that any wearer of the device was using a bizarre brand of wearable tech that made them look pretentious and out of touch. On the other hand, the "Glasshole" gibe that became commonplace in the Bay Area for adopters of Google's $1,500 notification machine was mostly about the device's ability to surreptitiously record people. Vuzix avoids some of the aesthetic mistakes of Glass, but it cannot reasonably skirt accusations that wearers of its device are spying on people in plain sight. Google's flashy foray into AR hardware was doomed before it had officially left beta because of a combination of all these factors. So Vuzix will need to stay ahead of the obvious criticisms that come with this type of territory.

## *THE VUZIX BLADE PROVIDES ALL THE BENEFITS OF GOOGLE GLASS, BUT BETTER.*

Beyond design, the other big differentiator for Vuzix is that its product actually works. In my time with a developer unit on the CES show floor, the device never once stuttered, suffered a hiccup, or needed a restart. The experience was smooth, the interface was responsive and easy to use, and the product was immensely comfortable when compared to other bulky AR glasses, many of which are floating around here at CES.

Granted, I couldn't try the Blade's general voice control or its Alexa integration given the
copious amount of noise around us and the shoddy ballroom Wi-Fi. But Vuzix
representatives were confident in saying that in any other setting, the device's voice and
AI assistant features work as advertised. That marriage of voice-based artificial
intelligence, even in a low-key personal assistant form, to a hands-free wearable with a
heads-up display feels closer than ever before.

Now, the Blade isn't quite as sophisticated as you might be hoping. It isn't capable of the
same caliber of AR as Microsoft's HoloLens. It doesn't make use of object recognition,
spatial mapping, and other software tracking features to analyze your surroundings and
blend them with virtual objects. This isn't so much AR as it is a heads-up display.



Photo by Vjeran Pavic / The Verge

The HoloLens is particularly impressive because it's able to take regular everyday
objects like walls, floors, and tables and incorporate them into AR games. This is
because the HoloLens has the appropriate cameras and sensors to let the device
identify its surroundings, measure the depth between a user and objects in a given
environment, and blend all of that together with software for use with advanced AR
applications.

The Vuzix Blade, on the other hand, is more focused right now on bringing standard smartphone functions to a floating screen that's viewable through transparent lenses. That doesn't mean that it's not capable of performing some of the same feats as the HoloLens. Vuzix's Chief Operating Officer Paul Boris says the current Blade design and current components allow for things like gesture control, so you could interact with the virtual screen in front of you and potentially with virtual objects that are placed within that screen. He says the Blade could also do object recognition, like identifying products and overlaying data like price tags. But it's clear these glasses won't be running *Pokémon Go* or the Windows Holographic version of *Minecraft* any time soon.

"Magic Leap, Microsoft HoloLens, Meta, Daqri, etc. — these are not smart glasses the way Vuzix defines smart glasses … actually I don't think any of them call their own devices smart glasses either," Boris said in an email to *The Verge*. "They call their devices 'holographic computers,' 'mixed Reality Headsets,' and 'AR platforms.'"

## VUZIX BLADE IS NOT THE SAME TYPE OF AR AS MICROSOFT HOLOLENS OR MAGIC LEAP

Boris says it's clear those companies' products are geared more toward developing potential successors to desktop and mobile computing, and not just trying to take existing technology and make it more accessible in a different form. "We are not disparaging any of them. Quite the contrary, these companies are investing money and resources that will drive the future of AR and the software platforms to make this a reality. We all need them. It's just not what Vuzix does."

Boris added that "in order to deliver these experiences, these holographic computers are large devices, far from fashionable, too heavy and not practical to wear all day, and many have external cables, processors, and hand gesture devices." In order to avoid making the Blade as cumbersome as a mixed reality headset or the HoloLens, Boris says Vuzix had to focus on a more narrow set of functions that would allow it to miniuratize the technology and make it fit into a standard pair of glasses.

Yet regardless of its limitations compared with the HoloLens, the Blade still feels like a turning point. In a sea of half-finished prototypes and semi-earnest attempts at sci-fi-style "smart" glasses, the Blade stands out as a polished product consumers might actually buy. Even if the AR vision most consumers appear to want won't materialize for another three or five or maybe even 10 years, the attempts from companies like Vuzix show that

we are, in fact, making progress. Google Glass may have set the AR industry back a bit, just as half-baked video game fantasies like the Virtual Boy made VR feel like a played out fad in '90s. But we're slowly and surely making sound steps into the future, and Vuzix has taken a surprise step out in front of the pack.

## VUZIX HAS MOSTLY SERVED ENTERPRISE COMPANIES, BUT THE BLADE IS ALSO DESIGNED FOR CONSUMERS

Of course, at $1,000, the consumer version of the Blade coming out later this year won't be ready for mainstream consumers. You probably won't even see the most cutting-edge early adopters sporting these any time soon, unless you happen to hang out around the San Francisco Bay Area or among optics and AR aficionados. Vuzix has up until now mostly served the enterprise, selling its glasses to employees of big industrial companies to use in the workplace. The Blade is no different in that respect, and it will likely find its home on factory and warehouse floors sooner than city sidewalks.

Still, that the device works this well and feels this comfortable is a good sign for consumer AR hardware. We're sure to see more companies match Vuzix in quality and comfort, including big tech industry players. Rumor has it Apple is working on AR glasses, and it's not far-fetched to think Google could parlay its more measured approach with Glass 2.0 in the workplace into a more refined and focused consumer product. There is of course Magic Leap, the secretive Florida-based startup that's raised nearly $2 billion over the last seven years and only just unveiled its first-gen product last month.

But here at CES, a company most people have never heard of is closer than any of them at shipping something actually usable. I probably won't purchase it, and you and even your most gadget-obsessed friend probably won't either. Not this version, least. But another iteration or two down the line — when the technology is even smaller, more advanced, and more subtle and when the device itself looks imperceptible from a standard pair of shades — Vuzix may have a real hit on its hands.

Authors

Contacts

Home

Our Company

Privacy Policy

Terms of Service

# NEWBURGH PRESS



FINANCE  **JANUARY 10, 2018**

## Hot Performer of the day: Vuzix Corporation (NASDAQ:VUZI)

Vuzix Corporation (NASDAQ:VUZI) currently has a "Buy" signals on Composite indicators by TrendSpotter. While the Short-Term Technical Indicators for the stock on 7-Day Average Directional Indicator shows "Buy" signal. 10 – 8 Day Moving Average Hilo Channel shows "Buy" signal. While 20-Day Moving Average VS Current Price shows "Buy" Signal.

Vuzix Corporation (NASDAQ:VUZI) gained 1.74 Percent and closed its previous trading session at $8.75. The stock traded with the average Volume of 419.83 Million at the end of last session.



■ Microsoft

Simplify how customers
schedule appointments
with Office 365

Starting at
$12.50 user/mo.

Vuzix Corporation (NASDAQ:VUZI) has the Market Capitalization of 179.03 Million. The Stock has its 52-week High of $9.55 and 52-Week Low of $4.10 and it touched its 52-week high on 01/08/18 and 52-Week Low on 09/28/17.

The company reported its last earnings Actual EPS of $-0.28/share. While, the analyst predicted that the company could provide an EPS of $-0.17/share. Hence the difference between Predicted EPS and Actual EPS reported is $-0.11/share which shows an Earnings Surprise of -64.7 Percent.

Sell side analysts plays vital role in buying and selling a stock where 1 analysts rated Vuzix Corporation (NASDAQ:VUZI) as Buy, 0 analysts given Outperform signal, 0 reported Hold, and 0 analysts rated the stock as Sell.

The stock's current distance from 20-Day Simple Moving Average (SMA20) is 35.92% where SMA50 and SMA200 are 43.84% and 46.47% respectively.

The company shows its Return on Assets (ROA) value of -105.7%. The Return on Equity (ROE) value stands at -131.4%. While it's Return on Investment (ROI) value is -97%.

Vuzix Corporation (NASDAQ:VUZI) currently has a Weekly Volatility of 10.66% percent while its Monthly Volatility is at 6.99% percent. While talking about Performance of the Stock, Vuzix Corporation currently has a Weekly performance of 38.89%, monthly performance percentage is 33.59 percent, Quarterly performance is 66.67 percent, 6 months performance shows a percent value of 29.63% and Yearly Performance is 32.58 percent.

**Company Profile:**

## Sponsored Financial Content

dianomi

 

The rise of factor investing – what advisors need to know.
**(Invesco US)**



See How Some Retirees Use Options Trading As A Safe Way To Earn Income
**(TradeWins)**



This Chart Proves Stocks Could Collapse by 70% as Soon as Next Month
**(Banyan Hill)**

Vuzix Corporation designs, manufactures, and sells display devices that are worn like eyeglasses and feature built-in video screens that enable the user to view video and digital content, such as movies, computer data, the Internet or video games. It produces both monocular and binocular Video Eyewear devices. The Company focuses on consumer markets for gaming and mobile video and on rugged mobile displays for defence and industrial applications. Vuzix Corporation is based in Rochester, New York.

NASDAQ:VUZI     VUZI     VUZIX CORPORATION

**TOP PERFORMER OF THE DAY: HESS CORPORATION (NYSE:HES)**

**BROKERS RATINGS ON: CALLON PETROLEUM COMPANY (NYSE:CPE)**

ADVERTISEMENT



RELATED STORIES



**18K Yellow Gold
Six-Prong Petite
Comfort Fit Ring**

Ad Brilliant Earth

## Sponsored Financial Content



BioSig's (Nasdaq: BSGM)
PURE EP System Captures
Clear Cardiac Signals
(BioSig Technologies)



Husband Divorced His Wife After Looking Closer At This Photo





The Cameramen Captured More Than Expected



Do This Immediately if You Have Nail Fungus (Watch)





Sad News For Steve Harvey



Sad News Confirmed For Howie Long





Meghan Markle Says Goodbye To The Royal Family

Copyright © 2019 Newburgh Press – Designed & Developed by ZThemes



# Amazon Alexa is being put into smart glasses because why the hell not

Soon Alexa will be everywhere, watching, listening waiting...

Roland Moore-Colyer

@RolandM_C

09 January 2018

**STUFFING AMAZON'S ALEXA** into a pair of glasses it a bit of a jump form popping the **virtual assistant into a speaker**, but that's what smart glasses maker Vuzix has done.

According to **a variety of reports coming out of CES 2018**, Vuzix is adding Alexa into its Blade smart glasses which have been officially revealed at the gadget show and are apparently due to hit the market in the second quarter of this year for a cool $1,000.

The Vuzix Blade specs look a little like chunky retro-future sunglasses, the kind of things you'd expect the fashionistas of London's borough of Chelsea to attempt to pull off while snaffling Bellini cocktails as an oligarch's swanky digs.

But they contain a decent amount of tech that connects to a wearer's phone and effectively provides a wearable head-up display, a built-in camera, microphone and side-mounted touchpad to make the glasses a 'smart' device.

While the smart glasses can react to voice commands and serve up all manner of information including navigation directions, they can also assist field engineers by providing hands-free instructions for jobs or help identify what may be wrong with a faulty circuit board, for example.

Adding Alexa's machine learning smart capabilities into the mix makes a lot of sense and could really turn the Blade specs into a device that is useful for both work and play, providing you can stomach wearing the nerd goggles out in public; that didn't work out so well for Google Glass.

**Amazon is pushing for Alexa to be integrated into pretty much everything**, from cars to fridges, thanks to providing developers with the tools to easily fit the virtual assistant into their devices.

And with the recent reveal of the Alexa Mobile Accessory Kit, Amazon is clearly aiming to get Alexa into more wearable and portable devices beyond smartphones.

Whether smart glasses can really take off remains to be seen, but at least Amazon in serving up the options to make such devices smarter with a virtual assistant. µ

## YOU MAY LIKE

Promoted Links by Taboola ▷

### If You're Over 40 And Own A Computer, This Game Is A Must-Have!
Vikings: Free Online Game

### Why New York is Offering a Free Solar Program to Homeowners?
Solar Energy

### Mineola, New York Drivers Are Stunned By This New Rule
EverQuote Insurance Quotes

**Little Known Trick To Avoid Gutter Cleaning For Life And Increase Value Of Your Home**

LeafFilter™

**America's #1 Urologist Recommends New Prostate Pill**

ProstaGenix

**2019: #1 Passive Income Stream**

Fast Growing Tech

**Galaxy S10 price, release date and specs: S10+ TV advert leaks hours ahead of launch | TheINQUIRER**

**Galaxy S10 release date, price and specs: S10+ with 12GB RAM, 1TB storage will launch in mid-March | TheINQUIRER**

**FOR QUICK ALERTS**

SUBSCRIBE NOW

View Sample

Home · Wearables · News

# New Vuzix Blade AR smart glasses with Alexa to official at CES 2018

By **Abhinaya Prabhu**   | Published: Saturday, January 6, 2018, 15:45 [IST]

Vuzix, an American company appears to be geared up to announce a new set of AR (Augmented Reality) based smart glasses in its Blade series of products. The Vuzix Blade AR smart glasses is believed to be unveiled at the upcoming CES 2018 tech show.



It is touted that this is the first pair of smart glasses that will provide a large virtual screen and a lightweight build weighing around 85 grams. The Vuzix Blade AR smart glasses are said to take advantage of the company's own waveguide optics as well as Cobra II display engine that will let you experience AR in the see-through viewing mode.

The new Vuzix Blade smart AR glasses is said to provide weather updates, a video conference tool, event notifications, social and sports feeds, directions, biometrics and menus. It is claimed that users can adjust the field of view and brightness of the smart glasses based on AR based on their requirements so that the wearable device is convenient to use outdoors or at home.

**TRENDING ON ONEINDIA**


As Karnataka Readies To Vote, All Parties Have Their Share Of Troubles


Craziest Design Fails That Would Make You Scratch Your Head


Book rail tickets easily by using google pay


IPL 2019: KXIP vs RR — Highlights

Huawei P30 Pro Camera Handson: 50X Digital Zoom and Camera Samples


F
h


C
p
re

**RECOMMENDED**


Honor 20i Smartphone launch How to watch live-stream


BSNL revises Rs. 66 prepaid plan; discontinues two long-term ...

We use cookies to ensure that we give you the best experience on our website. This includes cookies from third party social media websites and ad networks. Such third party cookies may track your use on Gizbot sites for better rendering. Our partners use cookies to ensure we show you advertising that is relevant to you. If you continue without changing your settings, we'll assume that you are happy to receive all cookies on Gizbot website. However, you can change your cookie settings at any time. Learn more


Maruti Suzuki Ciaz Best Selling Sedan For Financial Year 2018-19 — Enjoying Challenges Worlds Ahead


Taapsee & Bhumi Impress In First Posters Of Saand Ki Aankh!


Realme 3 Pro Will Support Fast Charging — Madhav Sheth

Filing Of ITR 1 Form For Salaried Individuals Has Been Simplified




Choking: Symptoms, Causes, Complications And First Aid


Let The Mind-blowing Mirzapur In Uttar Pradesh Intoxicate Your Sense Of Travel!


Los Angeles diver crashes into fire hydrant


Sleeping Soccer Trick Fail

## VIDEOS

Huawei P30 pro unboxing




**Huawei P30 Pro 50X Digital Zoom and People's Reaction**


**Samsung Gear Sport and Gear Fit2 Pro First Impressions**

their favorite games hands-free as it supports such computing and connectivity aspects.

There is a Vuzix Blade AR smart glass companion app for Android and iOS devices that lets users connect the wearable to their smartphones in order to manage notifications and apps. The company claims that there is a growing ecosystem of AR applications, thanks to the developer community using the open Android platform to create such apps. This pair of smart glasses lets users answer phone calls, view text messages, take photos and capture point of view videos as well.

Vuzix smart glasses run the Vuzix Blade OS that offers an intuitive viewing experience and lets users swipe and tap for a seamless navigation experience. The AR smart glasses will also support voice commands as it comes with Alexa voice assistant.

To stay updated with latest technology news & gadget reviews, follow GizBot on Twitter, Facebook, YouTube and also subscribe to our notification.

ALLOW NOTIFICATIONS

Be the first one to Comment

Continue



GIZBO

Vivo Y17 massive leak reveals full specifications and retail box ...



BSNL vs Reliance Jio vs Airtel vs Vodafone: Best Postpaid plans ...

## BEST SELLING MC


Redmi Not
Rs. 13999

Realme 3
Rs. 8999


Redmi Not
Rs. 9999

We use cookies to ensure that we give you the best experience on our website. This includes cookies from third party social media
websites and ad networks. Such third party cookies may track your use on Gizbot sites for better rendering. Our partners use
cookies to ensure we show you advertising that is relevant to you. If you continue without changing your settings, we'll assume that
you are happy to receive all cookies on Gizbot website. However, you can change your cookie settings at any time. Learn more

Read More About ces 2018 vuzix alexa ar wearables

Change Settings

Continue : (



Story first published: Saturday, January 6, 2018, 15:45 [IST]
Other articles published on Jan 6, 2018

Quiz: 1 point

Sagar Island
pilgrimage fr

Comments (0)

Recommend

Hinduism

Write a comment

Islam

Taoism

Be the first to comment

Sikhism

Powered by
Play here 0 points

Add Vuukle 🔒 Privacy

Vuukle

Earn 1000 more points
$10 Amazon gift card.

3,000
companies
switch to Vonage
business phone
service every
month.

Learn why you should
be next.

Vonage®
Business

Se

UPCOMING PHOI

Honor 20i

We use cookies to ensure that we give you the best experience on our website. This includes cookies from third party social media websites and ad networks. Such third party cookies may track your use on Gizbot sites for better rendering. Our partners use cookies to ensure we show you advertising that is relevant to you. If you continue without changing your settings, we'll assume that you are happy to receive all cookies on Gizbot website. However, you can change your cookie settings at any time. Learn more

Change Settings

Continue


Rs. 16999
Launc


Honor 8A
Rs. 14999
Launc


Honor 8S
Rs. 7999
Launc


Samsung
Rs. 13900
Launc

# GIZBOT®

**Gizbot in Other Languages**

বাংলা >
ગુજરાતી >
हिन्दी >
ಕನ್ನಡ >
മലയാളം >
தமிழ் >
తెలుగు >

**Explore Gizbot**

> News
> Gear
> Tablet
> Laptop
> Mobile
> Gadgets
> Features
> How-To

**Other Greynium Sites**

**Follow Gizbot**

f  y  You Tube

**Daily Updates**

Enter Your Email Address

We use cookies to ensure that we give you the best experience on our website. This includes cookies from third party social media websites and ad networks. Such third party cookies may track your use on Gizbot sites for better rendering. Our partners use cookies to ensure we show you advertising that is relevant to you. If you continue without changing your settings, we'll assume that you are happy to receive all cookies on Gizbot website. However, you can change your cookie settings at any time. Learn more

Change Settings        Continue

SOUNDINGS                                                      **January 14, 2018**

# Recapping the Answers to My Pre-CES 2018 Questions



 By **Rob Stott**

0

Before heading out to Las Vegas to attend my third CES, I posed a couple of challenges to four different consumer tech markets. Rather than setting out to find the coolest product in

each of those categories, there were a couple of trends that we'd been noticing (in our CE Retail Confidence Index research) that we wanted to follow up on.

To quickly recap those challenges, we wanted to find out if A) the VR industry was on the way out, B) AR could make a case for being the platform of the future, C) if connected home products could sell themselves better to consumers, and D) if digital imaging was truly experiencing a resurgence. The answers that we received were a mixed bag of good and bad, but let's run through them all.

## VR Still Struggles

Having gone into CES 2018 with lagging confidence in this space as a whole, the VR companies that were on hand this year did little to convince me that the industry was working hard enough to turn itself around.

One of the most telling points I heard about the VR industry at CES: According to one analyst who was privy to the info, CES 2018 saw 50 percent fewer VR companies exhibiting in Las Vegas than just last year. In 2017 people couldn't get enough of the technology, but in the year since, it's turned rather lackluster, consumers have stated loud and clear that they're unwilling to buy into the market while price points remain so high, and the smartphone experience just isn't good enough to carry VR forward.



There was only one company on hand this year that I saw that made a play for the "middle ground" in VR—i.e. those between the full VR rigs and a simple smartphone. ZEISS's VR ONE Connect allowed users to access games from SteamVR (one of the most popular VR gaming platforms) right on their smartphone. You still need a gaming laptop capable of running the applications, but you can connect your smartphone to your gaming PC, and use the two ZEISS VR ONE Connect Bluetooth controllers to play those games on a "mobile VR headset." It was a unique application of the technology, but ZEISS alone isn't going to save this industry.

The positive spin on the reduction in VR exhibitors is that the industry might be right-sizing. We don't need several hundred manufacturers working on a product that can hold a smartphone in front of our faces. I support that theory, but as those companies get out of the headset game, they ought to be focusing on content and use cases to actually make VR worthwhile. That's what this industry craves, and I still didn't find the answer I was looking for at CES this year.

## AR Has So Much Promise

This might be the space in consumer tech that we should be most excited about moving forward. There were a number of different products introduced this year that overplayed technology onto the world that we see—be it through mirrors, glass walls, and, of course, actual glasses.

The price points remain rather high at this point, but if we're already living in a world with $1,000 smartphones, who's to say that $1,000 glasses would be unattainable for the average consumer? That seems to be the mark that most companies are aiming for in the smart glasses space. We saw two smart glasses in particular that stood out. But for me personally, it was the Vuzix Blade that left me feeling like I'd have no problem strapping a pair of these things on my head and walking around in public with them on. Using the company's proprietary display technology, the wearer has access to a wide variety of functions that they'd normally complete on their smartphone, they can receive notifications, and there's a built in 8MP camera that can capture video and photos. The product is an extension of the smartphone, but it has the capability of running some standalone apps, and—like all things introduced at CES—it has voice control functionality with Amazon Alexa built into the device.



As with all products in this space, they'll continue to be innovated upon, but if the starting point for this next wave of smart glasses looks like the Vuzix Blade, I'm sold.

Beyond the visual version of augmented reality, we saw plenty of products that use the aural method of overlaying data to augment the user's normal sense of their surroundings. The prime product in that space, at least that we've had the opportunity to experience, is Bragi with their The Dash Pro hearables. The in-ear computers integrate Alexa, have sensors out the wazoo, and offer an entirely unique in-ear experience that's unlike anything we've ever come into contact with. The Dash Pro also provides proof that augmenting someone's reality doesn't have to come in the form of glasses or a digital overlay on someone's vision. There are plenty of options when it comes to AR, which only further solidifies its potential as the platform of the future.

## Connected Home Comes Together

It wasn't a specific company or product that did the trick for me here. Rather, it was speaking with (and hearing other companies talk about) the Open Connectivity Foundation that convinced me the connected home space is going to have an easier time selling itself to consumers in the near future. OCF, an organization that we profiled not long ago, has long worked to simplify the smart home for consumers by breaking down the walls of connectivity. Through efforts with their certification process and various working groups comprised of member companies, OCF is slowly bridging the interoperability gaps between products and protocols, creating a seamless ecosystem of smart things.



But simplicity alone isn't the only thing preventing consumers from buying into the smart home market. Security and data privacy have been the main hurdles companies have had to overcome. And it's those same concerns that OCF has been working to address, Brian Scriber, the chair of OCF's security working group, told me during a meeting at their booth at CES 2018. All of the work OCF is doing sounds and is important, but it would mean nothing if companies in the space weren't buying into it. That's something OCF has spent the last year-plus working on, and that work has paid off in a major way. At CES 2018, the company announced that more than 400 manufacturers in the connected home space have joined the organization.

Despite the inherent competitiveness of brands in the tech space, there's nothing more important (and, honestly, inspiring to see) than them coming together to address consumers concerns and ensure that the IoT space progresses in an efficient and effective manner.

## Imaging Makes an Imprint

There were no groundbreaking or awe-inspiring announcements out of the digital imaging space at CES, but that doesn't mean we were any less impressed by the space. Prosumer cameras were on display, as you'd expect, at the Canon, Nikon, and Sony booths, along with plenty of mid-tier models. The presence of the cameras were understated as opposed to what you might expect in years past, but they were still there, which tells me these companies believe they still have staying power.

But beyond the traditional products in the digital imaging space, imaging products could be found across the show floors at CES. Despite our lack of confidence in VR as an industry, there were plenty of 360-degree imaging products on display along with cameras intended to help users create VR-ready content.



One set of announcements that was particularly of interest came from Ricoh regarding their Theta V 360-degree camera, which we recently reviewed. Ricoh announced plans to launch a plug-in developer partner program, which will enable developers to create new and unique ways for the consumer to use and interact with their Theta V, effectively turning the camera into a digital imaging hardware/software platform. Some of the potential applications that were talked about include implementing facial recognition to enable auto capture, voice activation, cloud storage, and more. Additionally, the platform could lead to new hardware accessories for the camera that would be developed by third parties.

That type of out-of-the-box thinking is what could help the imaging space evolve past the old point-and-shoots into a viable market moving forward.

0 Comments                                                          **View Comments**

**Categories:**   **360-degree imaging**   **Augmented Reality**   **CES**   **Connected Home**

**Virtual Reality**



**Rob Stott**
Author's page
*Rob is Editorial Director for CT Lab at NAPCO Media.*

# Related Content



**Flagship RICOH THETA Z1 360-Degree Camera Bows**



**CES 2019: JK Imaging Fields Latest Kodak PixPro Models**



**HumanEyes Technologies Opens Preorders for the Vuze XR Dual Camera**



**Views from PhotoPlus Expo/NYVR Expo NYC**



T
A
H
S
C
R
a

# Comments

**0 Comments**    **Dealerscope**        1 **Login** ~

♡ **Recommend**    🐦 Tweet    f Share        **Sort by Best** ~

Start the discussion…

LOG IN WITH      OR SIGN UP WITH DISQUS (?)

Name

Be the first to comment.

ALSO ON **DEALERSCOPE**

### Amazon Updates its Third Party Policy

1 comment • a month ago

Lenny Applegate — It's a hollow victory
Avatar because, Amazon is still hiding the 1 click
to buy ( buy box) if the price is lower

### UNBOXED: Reviewing the Enclave Audio CineHome HD Wireless Home

2 comments • 3 months ago

Phil Davis — anything wireless is
Avatar problematic....cell phones ...wifi et al.

### Late TWICE Editor to Be Honored with Memorial Home Run Derby

1 comment • a month ago

Alan Wolf — Thank you Rob...
Avatar

### Google Stadia Could Alter the Video Game Landscape

1 comment • 25 days ago

fastharrycom — and how are they going
Avatar to get around low latency for most
internet subscribers.

✉ **Subscribe**   Ⓓ **Add Disqus to your site** Add Disqus Add

🔒 **Disqus' Privacy Policy** Privacy Policy Privacy

## Subscribe

**DEALERSCOPE** WEEKEND
Don't miss a thing in the CE industry. Get the
most important news of the week, specially
picked by our Dealerscope editors.

Email Address

Get it now >>

## Trending

 **Another One Bites
the Dust: JCPenney
to Close 27 Stores in
2019**

 **Touring CEDIA's New
Headquarters**

 **Crosley RSD3 Mini
Becomes Official
Turntable of Record
Store Day**

Home

Podcast

Voices

Subscribe

About Us
Advertise
Reprints
List Rental
Privacy Policy
Terms of Use
Customer
Service

Subscribe to
Newsletters
Dealerscope
Today
Today in CE
Dealerscope
Connected
Home

More Resources
Subscribe to
*Dealerscope*
magazine
Feed

Facebook

Twitter

LinkedIn

A DIVISION OF

Copyright © 2019 CT Lab Global Media, LLC. All Rights Reserved.



# Alexa to Power AR Smart Glasses

**Zara Ali** - January 8, 2018 - 08:25 AM



*Alexa is making a debut in AR-powered smart glasses, a development that will be unveiled at the CES 2018 next week.*

**(CCM)** — Keeping up with its growing integration list, Amazon's smart assistant Alexa is now exploring new territories. According to the latest report , Alexa-powered AR smart glasses will be unveiled at the Consumer Electronics Show (CES) in Las Vegas next week. These revolutionary smart glasses are a brainchild of a company named Vuzix. They will allow users to ask Alexa a question and receive the answer virtually in their field of view, with possible questions ranging from stock prices to sports scores. Vuzix CEO Paul Travers says that the pricing of these smart glasses will be $1,000, which is expected to decrease to $500 by next year. In order to benefit from Alexa assistance, users will be required to have an Amazon account. The inclusion of Alexa on a non-Amazon product is not a first, though, as last year the smart assistant debuted on the HTC U11, Huawei Mate 9, and Motorola Z series smartphones. And there will be more to come, in line with Amazon's plans to release the Alexa Mobile Accessory Kit to help developers with Alexa integrations in their products, such as smartwatches and fitness trackers.

*Image: © Vuzix.*

Alexa to Power AR Smart Glasses

4/14/2019                    Vuzix Launching First Alexa-Powered AR Glasses Next Week

# Newburgh Gazette
Serving Newburgh, IL since 1928

April 14, 2019

SCI-TECH

# Vuzix Launching First Alexa-Powered AR Glasses Next Week

Jacquelyn Byrd | 09 January 2018, 10:08 |



The **Vuzix Blade** come with a companion smartphone app to manage applications and notifications from the connected device. The latest development is a lightweight solution of the

AVS Device SDK that the company launched previous year to let OEMs start integrating **Alexa** into their Bluetooth-supported connected devices.

**Amazon** has already said that Bose, Jabra, iHome, Beyerdynamic, Bowers & Wilkins, among others, plan on adding Alexa to various Bluetooth audio devices in the coming months.

The business, or at least so-called prosumer market, might be where we first see the **Vuzix** glasses. With alexa's help, you can have the glasses project directions, menus, weather **reports**, sports scores and other alerts right in front of your eyes. AR is a technology that superimposes digital information such as maps, text messages and **more** onto a person's view of the real world, while VR submerses a user into a completely different digitally created world.

One of the **most** intriguing products to watch with Alexa will be the *Vuzix Blade* AR Smart Glasses that just might give life to a smart-glasses product category that -with **Google Glass** - garnered attention a few years back but has failed to get anywhere with consumers. This is expected to happen sometime in 2019. But it is interesting to see how Alexa would get into this same nascent space. Of course, it's the enterprising young Vuzix who are taking the reigns and spearheading Alexa's incorporation into augmented reality (AR) and mixed reality (MR) devices.

As time goes by, the list will grow even further, which could ultimately position Alexa as the primary voice assistant for **most** consumers around the world. It's not quite as full fledged as the Echo Show - for example, asking Amazon to play video content didn't work - but for **most** of what you'd want to get done on something in the **Brilliant Control's** form factor, anyway.

In August, Microsoft tied-up with Amazon to let Cortana and Alexa work together - rivaling **Google** Assistant and **Siri**.

A pair of Amazon Alexa-enabled digital glasses is debuting at **CES** this week. But both the companies are yet to showcase their developments.

### *Like this*

loading...

  

**Save $50**
FROM THE #1 RATED WEB HOST

Get Started

loading...

Japanese kayaker banned from competition for spiking rival's drink

Patriots to host Titans in divisional round game Saturday night

Now Jamie Dimon says he regrets calling bitcoin a "fraud"

Jacob Eason would make Huskies Pac-12 favorites

Honor 7X to soon have Facial Recognition Feature in Q1 of 2018

Tottenham's Georges-Kevin Nkoudou set for Burnley loan move

EPS for McDonald's Corporation (MCD) Expected At $1.58

Teacher handcuffed at Vermilion Parish school board meeting

Jeff Bezos Is Now Worth More Than Bill Gates Ever Was

Android Oreo Fails To Reach Even 1% Share

Latest

09 January 2018

(INTC) Stake Raised by Crossvault Capital Management LLC

The chip maker reported $1.01 earnings per share for the quarter, topping the Zacks' consensus estimate of $0.80 by $0.21. Gamble Jones Investment Counsel sold 9,388 shares as the company's stock declined 2.96% while stock markets rallied.

09 January 2018

'Metal Gear Survive' gameplay footage trailer released

Whether it's good or bad you'll be able to decide for yourself during the upcoming beta which begins on January 18th. Whatever that turns out to be, it will star Norman Reedus, Mads Mikkelsen and feature input from Guillermo Del Toro.

09 January 2018

Sony Unveils Trio Of Wireless In-Ear Headphones

You lose out on the noise cancellation feature, but if all you want are solid workout earbuds, these might get the job done. Sony says this will be delivered through an update, so don't expect it if you're getting them when they're first released.

**09 January 2018**

### Arizona sheriff pardoned by Trump announces he's running for Senate

The Democratic candidate in a race that represents one of the party's best pick-up opportunities on the 2018 midterm map is Rep. McSally is more closely aligned with Senate Majority Leader Mitch McConnell, who listed her as a top recruit.

**09 January 2018**

### Rick Carlisle Blasts ESPN for LaVar Ball Coverage

The rookie played 30 minutes in the win, tied for the most on the team, so there should be no real controversy over playing time. Though the team has been faltering in year two under Walton, they have dealt with injuries and are still remarkably young.

**09 January 2018**

Pence to visit Egypt, Jordan, Israel in January

Polish PM to announce cabinet reshuffle on Tuesday

Kohl's Corporation (KSS) Stock Soars on Sizzling Holiday Sales

Transcript: Contentious Tapper-Miller Feud Spilled Off-Air

Scottish A&E waits at highest level

Analysts See $1.15 EPS for Seagate Technology plc (STX)

Overwatch League App Now Available for Download on iOS and Android

Destiny 2 Crimson Days event for Valentine's Day to woo Guardians

Sinn Fein suspend MP who posed with bread on Kingsmill massacre anniversary

Iran warns atomic agency if United States reneges on nuclear deal

Britain starts "one of the world's toughest bans" on microbeads

North Korea will send Winter Olympics team south of the border

Boxing fan fined $160k after drunk mate livestreamed Anthony Joshua fight

Target reports strong holiday sales, raises fourth quarter predictions

New NI Secretary of State: who is Karen Bradley?

Vuzix Launching First Alexa-Powered AR Glasses Next Week

© 2019 Newburgh Gazette