# Newburgh Gazette
### Serving Newburgh, IL since 1928

April 14, 2019

SCIENCE

# Vuzix Launches Alexa-Enabled Digital Glasses

**Denise Bradley** | 13 January 2018, O9:O1 |



Furthermore, a year ago in November **Amazon** announced a suite of voice-activated work tools to allow you to bring **Alexa** to *the office*. The company is going to show off its new augmented reality glasses with the Alexa voice assistant at **CES 2018** in Las Vegas next week.

According to **a variety of reports coming out of CES 2018, Vuzix** is adding Alexa into its Blade smart glasses which have been officially revealed at the gadget show and are apparently due to hit the market in the second quarter of this year for a cool $1,000.

The addition of Alexa to different makes of Windows 10-based computers is particularly interesting in that Amazon and Microsoft were already working together **to allow Alexa and Microsoft's Cortana assistant technology work together**, with a specific focus on Windows 10 device. Just the other day, Amazon **said** that it will **soon release the Alexa Mobile Accessory Kit**, which will help developers add the personal assistant to fitness trackers, smartwatches and other devices. In an interview with the outlet, Vuzix CEO Paul Travers said you can issue voice commands to Alexa and have information displayed on your field of view, so long as you have an Amazon account. However, the Cupertino giant is not expected to release its high-tech spectacles until 2020. We've built a way to answer those questions: The GearBrain - a compatibility checker designed for **Amazon Alexa and Google** Assistant, displaying every smart device that works with either of the leading **smart speaker** assistants.



**Toyota** is not the first automaker to pair up with Amazon.

With **Alexa's entry to Windows 10** devices, the digital assistant now poses a greater threat to **Siri** and Google Assistant. Vuzik's Travers expects Amazon to eventually offer its own version of Alexa-enabled AR glasses.

## Like this

loading...

| Advertising Network | Advertise Here |
| Start your Ad (CPM, CPC, CPA, CPD, Affiliate) | Boost your business and start advertising |
| www.adzmarket.net | www.adzmarket.net |

loading...

Hartford teenager accused of stabbing brother to death

PennyMac Financial Services Inc (NYSE:PFSI) Insider Sells 15000 Shares of Stock

Scientific Games Corp (SGMS) Downgraded by Zacks Investment Research

LGI Homes (LGIH) Rating Lowered to Buy at BidaskClub

Cavs blow 22-point lead vs. Pacers, lose third straight

Korea names delegates for inter-Korean talks

'Stranger Things' Star Hops in Senior Photo After Student Gets 25000 Retweets

Research Ratings: Herman Miller, Inc. (MLHR), Bloomin' Brands, Inc. (BLMN)

Rolls Sells 16899 Shares of ON Semiconductor Corp (NASDAQ:ON) Stock

New Toyota-Mazda plant will get $700 million in incentives from Alabama

Latest

13 January 2018
Dark Souls Remastered Runs At Upscaled 4K/60FPS On PS4 Pro and XB1X

For the first time PS 4 Pro , Xbox One X , and PC gamers get to enjoy the original Dark Souls at 60 frames per second. An upcoming remastered version of Dark Souls was recently confirmed during Nintendo's mini-Direct yesterday.

13 January 2018

### Everton vs. Tottenham: a pre-match word from Mauricio Pochettino

Sam Allardyce's side are now winless in five and come off the back of a 2-1 defeat to local rivals Liverpool in the FA Cup . Spurs are looking to make the England global the highest paid player in the club ranks with a deal worth £200,000 a week.

13 January 2018

### Liverpool, Arsenal must spend £90m to land Thomas Lemar

Chelsea and Manchester United have been keeping tabs on Lemar but the Frenchman respects Liverpool's long-held interest in him. Now, both clubs have been handed a big boost after Leonardo Jardim admitted there are some things Monaco can't say no to.

13 January 2018

### Tide Pod Challenge: The Viral Challenge Encouraging Teens To Eat Laundry Detergent

One teenager admitted to CBS that he ate a detergent pod, and dozens videos on YouTube appear to show people taking on the challenge on camera.

13 January 2018

### BidaskClub Lowers Sinclair Broadcast Group (NASDAQ:SBGI) to Buy

Over the last five days, shares have managed 7.17% gains and now is up 19.34% since hitting its 200-day moving average of $2.02. The stock has a market capitalization of $3,970.00, a price-to-earnings ratio of 14.81, a PEG ratio of 1.96 and a beta of 1.93.

Frontier Communications Corp (NASDAQ:FTR) Move as Institutional Investors' Sentiment Falls

Anheuser Busch Inbev (BUD) Given a $128.00 Price Target at Susquehanna Bancshares

Apple Says Some iCloud Users Received China Data Migration Notice in Error

Man stabbed to death outside rail station

DPRK offers talks with S. Korea about art troupe's dispatch

Card surcharges ban - what does it mean for consumers?

Nishikori withdraws from Australian Open

More Canine Flu Confirmed

RBI to issue new INR 10 Note

Africa's best local talents seek to impress in African Nations Championship

4/14/2019                                          Vuzix Launches Alexa-Enabled Digital Glasses

Jeremy Corbyn can 'annihilate' the Conservatives, says Tony Blair

United Rentals Inc (NYSE:URI): Stock Sentiment

Gal Gadot accepts Critics' Choice Awards honor with inspiring speech

Toyota, Lexus to Include Amazon Alexa in Select Models

Nani's Triple Treat for Sankranthi

© 2019 Newburgh Gazette




 BACK

# Vuzix To Launch New Blade AR Smart Glasses At CES 2018

 By Manny Reyes   January 05, 2018, 5:46pm

**SHARE THIS ARTICLE:**





**Vuzix** is set to introduce a new set of augmented reality (AR)-based smart glasses within its Blade family of products at the upcoming Consumer Electronics Show 2018, with the American technology company claiming that the pair of smart glasses is arguably the first such product that offers a large virtual screen and a light weight build, coming in at approximately 85 grams. The Vuzix Blade AR smart glasses take advantage of the



Features of the new Vuzix Blade smart AR glasses include weather updates, event notifications, a video conference tool, sports and social feeds, biometrics, directions and menus. Its field of view and brightness can also be adjusted in accordance with your requirements so that the **wearable** can be used conveniently outside or at home. The smart glass is compatible with both Android and iOS devices and it can show you location-aware imagery wherever you are while the phone is hidden in a remote location. With the new pair of Vuzix Blade, you can also now play your favorite game without using your hands, as it comes with hands-free computing and connectivity features. Further to that, you can view the alerts on your mobile device right through the AR smart glass's companion app, which connects the Vuzix Blade to your smartphone so that you can manage your notifications and apps. Vuzix also claims it has a growing ecosystem of AR applications, courtesy of its developer community that uses the open Android platform to build new apps for the Vuzix Blade. The smart glass also allows you to make various tasks such as answering phone calls, viewing text messages on the wearable itself, taking photos or capturing point of view videos.

It runs on the Vuzix Blade OS, which offers an intuitive viewing experience and lets you make swipes and taps for a seamless navigation. If that sounds a bit cumbersome to you, the AR smart glass also allows for voice controls and supports third-party artificial intelligence (AI) systems. It's worth pointing out that Vuzix unveiled its **M300 smart glasses** last year for enterprise users, though the device's form factor presented a challenge in terms of the wearer's visual appearance and the wearable's portability. Well, the new Vuzix Blade supposedly addresses that challenge with what the company claims an "unprecedented" form factor. More specifically, the smart glass's lightweight form factor lets you service retail customers, for example, if you're in a customer-facing business.



**SHARE THIS ARTICLE:**

f    y    in

**You May Like These**

**MORE LIKE THIS:**

VR NEWS        WEARABLES NEWS

**ABOUT THE AUTHOR**

**Manny Reyes**
*STAFF WRITER*

A big fan of Android since its launch in 2008. Since then, I've never laid my eyes on other platforms.



 Start the discussion...

LOG IN WITH                    OR SIGN UP WITH DISQUS (?)

Name

Be the first to comment.

✉ Subscribe   ⊙ Add Disqus to your siteAdd DisqusAdd   🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

Next Story  >

Samsung's First 2019 Tablets Get U.S. Release Date, Price Tags

**RELATED ARTICLES**



Watch The Samsung Galaxy Fold In Action

- Samsung Galaxy Tab S4 Grabs Its First Slice Of Android 9 Pie

- How To Put Your Android Smartphone On Do Not Disturb Using Google Home

- Winter In April? Don't Ask, Just Grab These GoT Wallpapers By Sunday

- Samsung Galaxy Fold Now Looking For Suitors But Beware: It's Picky

- Samsung Keen To Keep Improving Galaxy S10's Many Cameras

SUBSCRIBE TO OUR NEWSLETTER

SUBSCRIBE →

About

Advertise

Team

Newsletter

Contact

Privacy Policy



Click for Profile

Change Ad Consent



Copyright ©2019 Android Headlines. All rights reserved. Site by Reaction.





Home (https://www.vrfocus.com)  ›  News (https://www.vrfocus.com/category/news/)  ›  Vuzix Making Alexa-Enabled Smart Glasses, to Debut at CES 2018

# Vuzix Making Alexa-Enabled Smart Glasses, to Debut at CES 2018

## You'll soon be able to interact with Alexa in a whole new reality.

By **Dave Aubrey** (https://www.vrfocus.com/author/dave-aubrey/)    Last updated Jan 7, 2018

Amazon (https://www.vrfocus.com/tag/amazon/)     Amazon Alexa (https://www.vrfocus.com/tag/amazon-alexa/)

Augmented Reality (https://www.vrfocus.com/tag/augmented-reality/)     CES 2018 (https://www.vrfocus.com/tag/ces-2018/)

Mixed Reality (https://www.vrfocus.com/tag/mixed-reality/)     Vuzix (https://www.vrfocus.com/tag/vuzix/)     Vuzix Blade (https://www.vrfocus.com/tag/vuzix-blade/)

The very first Alexa-enabled smart glasses are on their way, and making their debut at CES 2018, Las Vegas. Of course, it's the enterprising young Vuzix who are taking the reigns and spearheading Alexa's incorporation into augmented reality (AR) and mixed reality (MR) devices.



News     Features     Previews     Reviews



(https://www.vrfocus.com/)

Q

this site we will assume that you are happy with it.
Accept    Privacy policy (https://www.vrfocus.com/privacy-policy/)

4/14/2019                          Vuzix Making Alexa-Enabled Smart Glasses, to Debut at CES 2018 – VRFocus



Amazon are of course eager to have Alexa integrated with as many smart devices as possible, so smart glasses and head-mounted displays (HMDs) are the next logical step. Amazon allows Alexa integration in third party products, and several tech manufacturers are using Alexa with their speakers and more, but this is the first time we're seeing Alexa breach another reality.

An Amazon spokesman has said that they are; "excited about the potential of the glasses and the ability to bring Alexa to customers in a new way."

It's good news for Vuzix, who's shares went up almost 8% (https://www.barrons.com/articles/vuzix-surges-another-7-after-hours-on-amazon-alexa-support-1515193107) after the news broke.

CES 2018, Las Vegas, will be the place where many new AR and VR products make their debut, with smart glasses being just one example of the kinds of interesting new products that'll be making their way onto the market.

We'll see Vuzix's AR glasses (https://www.vrfocus.com/2018/01/luxexcel-partner-with-vuzix-for-3d-printed-prescription-ar-headset-lenses/)with Alexa support before the summer of 2018, at a price point around $1,000 USD. Sound pricey? It is, but interestingly, Vuzix Chief Executive Officer Paul Travers has said they're looking to get the price down to $500 USD by 2019. Promising, but should probably make early adopters understandably hesitant.

Travers believes Amazon won't be content simply having Alexa integrated into a pair of third party smart glasses, after being asked if Amazon will make their own smart glasses, Travers says; "I think everyone is going to come out with glasses sooner or later" in a report according to Bloomberg, (https://www.bloomberg.com/news/articles/2018-01-05/first-amazon-alexa-enabled-digital-glasses-to-be-shown-at-ces)

It's good to see the smart glasses market continue after Google Glass had a rough test launch. The mixed reception has taught startups and manufacturers what pitfalls to avoid and how to make a smart glasses product that has the potential to be both mainstream and useful for productivity fans.

We can't wait to see more smart glasses and other tech make use of virtual assisstants like Alexa – especially as virtual assistants improve. For all the latest on virtual reality and more, stay on VRFocus (https://www.vrfocus.com/).

◄ Share

f (https://www.facebook.com/sharer.php?u=https%3A%2F%2Fwww.vrfocus.com%2F2018%2F01%2Fvuzix-making-alexa-enabled-smart-

        ▼ (https://twitter.com/share?text=Vuzix+Making+Alexa-Enabled+Smart+Glasses%2C+to+Debut+at+CES+2018

    https://plus.google.com/share?url=https%3A%2F%2Fwww.vrfocus.com%2F2018%2F01%2Fvuzix-making-alexa-enabled-smart-
                                        News      Features     Previews      Reviews
    ◉ (https://reddit.com/submit?url=https%3A%2F%2Fwww.vrfocus.com%2F2018%2F01%2Fvuzix-making-alexa-enabled-smart-glasses-  Q

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.
Accept    Privacy policy (https://www.vrfocus.com/privacy-policy/)

# (https://www.vrfocus.com/)

(https://pinterest.com/pin/create/button/?url=https%3A%2F%2Fwww.vrfocus.com%2F2018%2F01%2Fvuzix-making-alexa-enabled-

(mailto:?subject=Vuzix+Making+Alexa-

 (https://www.vrfocus.com/author/dave-aubrey/)
Dave Aubrey

in  y
(https://tw/tpsov/lin

(Https://Www.Vrfocus.Com/Author/Dave-Aubrey/)

Dave's been writing about videogames and tech for years. He always leaves his tea to go cold.

You might also like                                                    More From Author

(https://www.vrfocus.com/2019/01/ifls-arizona-rattlers-to-provide-ar-experience-for-fans/)
IFL's Arizona Rattlers to Provide AR Experience for Fans (https://www.vrfocus.com/2019/01/ifls-arizona-rattlers-to-provide-ar-experience-for-fans/)

(https://www.vrfocus.com/2019/01/netease-games-reveals-western-themed-fps-stay-silent-sign-up-for-beta-test/)
NetEase Games Reveals Western-Themed FPS Stay Silent, Sign up for Beta Test (https://www.vrfocus.com/2019/01/netease-games-reveals-western-themed-fps-stay-silent-sign-up-for-beta-test/)

(https://www.vrfocus.com/2019/01/antilatency-could-offer-the-unrestricted-vr-freedom-youve-been-looking-for/)
AntiLatency Could Offer the Unrestricted VR Freedom You've Been Looking for (https://www.vrfocus.com/2019/01/antilatency-could-offer-the-unrestricted-vr-freedom-youve-been-looking-for/)

◄ PREV    NEXT ►

Comments

Comments for this thread are now closed.

0 Comments        vrfocus                                          👤 Login

♡ Recommend    Tweet    f Share                                   Sort by Best

This discussion has been closed.

✉ Subscribe   ⊘ Add Disqus to your siteAdd DisqusAdd   🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

Connect with VRFocus

/focus

f    y    ▶

Likes    Followers    Subscribers

Trending (https://www.vrfocus.com/category/trending/)
News    Features    Previews    Reviews

(https://www.vrfocus.com/2018/12/review/)

(https://www.vrfocus.com/)

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.   Accept   Privacy policy (https://www.vrfocus.com/privacy-policy/)

4/14/2019                    Vuzix Making Alexa-Enabled Smart Glasses, to Debut at CES 2018 – VRFocus

(https://www.vrfocus.com/youtube.com/channel/UC5IBL9piLzESlzzShLIFVnA)

VRFocus Newsletter

Subscribe to the VRFocus
Newsletter for the latest industry
updates.

SUBSCRIBE

Review:
Borderlands
2 VR
(https://www.vrfocus.com/2018/12/review-
borderlands-
2-vr/)

(https://www.vrfocus.com/2018/10/two-
Two
Years
On:
PlayStation
VR
(https://www.vrfocus.com/2018/10/two-
years-
on-
playstation-
vr/)

(https://www.vrfocus.com/2018/09/preview-
Preview:
Dead &
Buried
Arena –
Oculus
Take a
Shot at...

News   Features   Previews   Reviews

(https://www.vrfocus.com/2018/09/preview-

VR/focus

(https://www.vrfocus.com/)

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.
Accept   Privacy policy (https://www.vrfocus.com/privacy-policy/)

buried-
arena-
oculus-
take-a-
shot-at-
warehouse-
scale-
vr/)

◧

(https://www.vrfocus.com/2018/09/hands-

Hands-
On with
Oculus
Quest –
The Way
VR Was
Meant
To Be
(https://www.vrfocus.com/2018/09/hands-
on-with-
oculus-
quest-
the-way-
vr-was-
meant-
to-be/)



/focus                      News    Features    Previews    Reviews

(https://www.vrfocus.com/)      (https://www.vrfocus.com/2018/09/review-

# (https://www.vrfocus.com/)

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.
Accept    Privacy policy (https://www.vrfocus.com/privacy-policy/)

4/14/2019                                      Vuzix Making Alexa-Enabled Smart Glasses, to Debut at CES 2018 – VRFocus

## Review: Creed: Rise to Glory

(https://www.vrfocus.com/2018/09/review-creed-glory/)

Contact Us (https://www.vrfocus.com/contact-us/) | Cookie Policy (https://www.vrfocus.com/cookie-policy/)
Privacy Policy (https://www.vrfocus.com/privacy-policy/) | Competition Terms (https://www.vrfocus.com/competition-terms/)

© 2018 VRFocus - All Rights Reserved.

f   (https://www.facebook.com/VRFocus)  (https://twitter.com/VRFocus)  ▶ ()  ⊙ (https://instagram.com/VRFocus)

G+ (https://plus.google.com/VRFocus)  in (https://www.linkedin.com/company/vrfocus/)

(https://www.vrfocus.com/2018/09/vr-

## VR vs. No Cause For A Llama

(https://www.vrfocus.com/2018/09/vr-vs-no-cause-for-a-llama/)

(https://www.vrfocus.com/2018/09/review-

## Review: Blind

(https://www.vrfocus.com/2018/09/review-blind/)

 /focus

News      Features      Previews      Reviews

⌄         ⌄          ⌄         ⌄                        Q

(https://www.vrfocus.com/)

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.
Accept       Privacy Policy (https://www.vrfocus.com/privacy-policy/)

Developer
Profile:
Make
Real
(https://www.vrfocus.com/2018/09/developer-
profile-
make-
real/)

◄ PREV    NEXT ►   1
of 3

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Accept        Privacy policy (https://www.vrfocus.com/privacy-policy/)



HOME          NEWS

by **Shane McGlaun** — Saturday, January 06, 2018

# Vuzix To Launch Amazon Alexa Powered AR Smart Glasses At CES 2018

A few days back we got our first indication that Amazon Alexa would be heading to smartwatches and headphones later this year. If you thought hat was cool, the first ever Amazon Alexa smart glasses have been announced and they will debut at CES 2018. These Augmented Reality smart glasses will be built by Vuzix Corp. and are called Vuzix Blade.



The AR glasses will be tied to the Alexa voice assistant and will be able to display information the user asks Alexa for in the wearer's field of view, according to Vuzix CEO Paul Travers. Amazon has also confirmed that the Blade smart glasses will be the first to launch with Alexa tech inside. An Amazon spokeswoman said Amazon is "excited about the potential of the glasses and the ability to bring Alexa to customers in a new way."



Vuzix plans to launch the AR Alexa-powered smart glasses by the end of Q2 2018. The cost will be about $1,000, according to Travers. The executive admits that is a "high price point" but he said, "the ultimate goal is to have it under $500, and we'll be able to do that." That under $500 goal is attainable by 2019, according to Travers.

These Alexa-powered glasses will be able to offer some very cool functionality for Amazon customers who enable Alexa capability. They will be able to do things like ask Alexa to pull up a map or display sports scores on the glasses, for instance. Travers does expect that while his company is first to market. Amazon will eventually launch its own glasses as well. He said, "I think everyone is going to come out with glasses sooner or later."

There are plenty of other companies looking to launch smart glasses. Apple is looking to design its own AR glasses and has a goal of having the tech ready by 2020. Oculus plans to launch the Oculus Go VR headset as well this year, for $200, that needs no PC or smartphone.

---

**Tags:** Amazon, Vuzix, smart-glasses, alexa, ces2018  **Via:** Bloomberg

blog comments powered by Disqus

SITE                    CATEGORIES              COMPANY              MORE

| Home | PC Components | About | Forums |
|------|---------------|-------|--------|
| Reviews | Systems | Advertise | Shop |
| News | Mobile | News Tips | |
| Blogs | IT/Enterprise | Contact | |
| Full Site | Leisure | HotTech Vision And | |
| STAY CONNECTED | Videos | Analysis | |

STAY CONNECTED

Twitter

Facebook

YouTube

Feedburner

This site is intended for informational and entertainment purposes only. The contents are the views and
opinion of the author and/or his
associates. All products and trademarks are the property of their respective owners. Reproduction in
whole or in part, in any form or medium, without express written permission of HotHardware.com, LLC.
is prohibited. All content and graphical elements are
Copyright © 1999 - 2019 David Altavilla and Hot Hardware, Inc. All rights reserved. **Privacy and Terms**

# Vuzix debuts Amazon Alexa-powered AR smart glasses to help you get work done

Recommended Content:
White Papers: CrowdStrike Falcon Complete: How to Achieve Instant
Cybersecurity Maturity for Organizations of All Sizes

Download Now

By **Alison DeNisco Rayome**  in **Mobility** 🔊 on January 9, 2018, 8:08 AM PST

The glasses will allow enterprise users to access information from their smart phones
seamlessly, using voice commands for the digital assistant.



Building a slide deck, pitch, or presentation? Here are the big takeaways:

- *At CES 2018, Vuzix announced the Vuzix Blade AR smart glasses, which provide a
  wearable smart display that pairs with Android or iOS phones to offer the wearer hands-
  free mobile computing and connectivity.*

- *The glasses will be available for purchase in Q2.*

CES 2018 has seen Alexa integrations into devices across many brands
(https://www.techrepublic.com/article/hp-asus-acer-bringing-amazon-alexa-integration-to-laptops-and-desktops/), but
perhaps none more intriguing than augmented reality (AR) smart glasses from Vuzix. The
Vuzix Blade AR smart glasses, unveiled at the show, provide a wearable smart display that
pairs with Android or iOS phones to offer the wearer hands-free mobile computing and
connectivity.

The smart glasses could represent the next step in enterprise adoption of AR tools. They
follow Microsoft and Samsung's Windows Mixed Reality headset, the Samsung HMD Odyssey
(https://www.techrepublic.com/article/samsung-hmd-odyssey-a-500-windows-mixed-reality-headset-that-could-make-
waves-in-business/)—a premium AR headset that could be a strong option for businesses looking
to explore the technology. And the Facebook-owned Oculus recently launched an Oculus for
Business (https://www.techrepublic.com/article/oculus-for-business-ups-its-game-for-vr-in-the-enterprise-with-
licensing-and-support-improvements/) bundle and a less expensive Oculus Go headset for enterprise
use.

A key differentiator for the Vuzix Blade glasses is their form
factor: Compact and sleek, the glasses look essentially like
regular sunglasses. The glasses may be more appealing to
enterprise users due to this form factor, as well as their ability to
pair with a smartphone or connect directly to a Wi-Fi network,
allowing for custom secure industrial applications.

**SEE: CES 2018: The Big Trends for Business**
**(http://www.zdnet.com/topic/ces-2018-the-big-trends-for-business/)**
**(ZDNet/TechRepublic special feature)**

"It's like having your computer or smartphone screen
information right in front of you, wherever you go," according to
a press release (https://www.prnewswire.com/news-releases/vuzix-blade-
augmented-reality-smart-glasses-to-be-officially-unveiled-at-ces-2018-
300578117.html).

That means that, with Alexa's help, a user could access
directions, restaurant menus, weather, events, stocks, video

**More about Mobility**

Samsung Galaxy Fold: A
cheat sheet
(https://www.techrepublic.com/article
galaxy-fold-a-cheat-sheet/)

Photos: The best business
laptops of 2019
(https://www.techrepublic.com/pictur
the-best-business-laptops-of-2019/)

Photos: The top 10
alternatives to the Apple
Watch
(https://www.techrepublic.com/pictur
top-10-alternatives-to-the-apple-
watch/)

Photos: The best
smartphones for tech
experts in 2019
(https://www.techrepublic.com/pictur
the-best-smartphones-for-tech-
experts-in-2019/)

conferences, and social media feeds directly from the glasses, as well as all alerts from their phone.

The glasses feature Vuzix's proprietary waveguide optics and Cobra II display engine, and weigh less than 3 oz. They are also prescription ready, and include adjustable FOV location and brightness.

**SEE: Survey: Has smart office tech made you more productive, or created more hassles?** (https://cbs.az1.qualtrics.com/jfe/form/SV_5u6Bn0IzX2skidn)**(TechRepublic/Tech Pro Research)**

Vuzix developers can also tap the Vuzix Blade's open Android platform to build AR apps for the glasses, and sell them on the Vuzix App Store.

"The official unveiling of the Vuzix Blade AR Smart Glasses from its production ready tooling is a pivotal moment for Vuzix and for the AR industry as a whole, as it introduces the first truly wearable pair of light weight AR smart glasses for consumers and enterprise," Paul Travers, president and CEO of Vuzix, said in the release.

The Vuzix Blade glasses will cost about $1,000, Travers told Bloomberg (https://www.bloomberg.com/news/articles/2018-01-05/first-amazon-alexa-enabled-digital-glasses-to-be-shown-at-ces), and will ship in Q2.



**Next Big Thing Newsletter**
Be in the know about smart cities, AI, Internet of Things, VR, autonomous driving, drones, robotics, and more of the coolest tech innovations. Delivered Wednesdays and Fridays

 **Sign up today ()**

## Also see

- Executive's guide to the business value of VR and AR (free ebook) (https://www.techrepublic.com/resource-library/whitepapers/executive-s-guide-to-the-business-value-of-vr-and-ar-free-ebook/) (TechRepublic)
- Why augmented reality headsets could soon find a home in the operating theatre (http://www.zdnet.com/article/why-augmented-reality-headsets-could-soon-find-a-home-in-the-operating-theatre/) (ZDNet)
- Virtual and augmented reality policy (http://www.techproresearch.com/downloads/virtual-and-augmented-reality-policy/) (Tech Pro Research)
- VR, AR headset shipments will increase tenfold by 2021: IDC (http://www.zdnet.com/article/vr-ar-headset-shipments-will-increase-tenfold-by-2021-idc/) (ZDNet)

- Apple may release AR headset in 2020: Can it compete?

  (https://www.techrepublic.com/article/apple-may-release-ar-headset-2020-can-it-compete/) (TechRepublic)



Image: CNET

RECOMMENDED FOR YOU

Top Supply Chain Management Software for 2018

Downloads provided by Select Hub

CONTINUE

EDITOR'S PICKS

Inside the Raspberry Pi: The story of the $35 computer that changed the world

How self-driving tractors, AI, and precision agriculture will save us from the impending food crisis

Smart farming: How IoT, robotics, and AI are tackling one of the biggest problems of the century

Agriculture 4.0: How digital farming is revolutionizing the future of food

The Brexit dilemma: Will London's start-ups stay or go?

Can Russian hackers be stopped? Here's why it might take 20 years

### By Alison DeNisco Rayome

Alison DeNisco Rayome is a Senior Editor for TechRepublic. She covers CXO, cybersecurity, and the convergence of tech and the workplace.

| MOBILITY | CES | SECURITY | HARDWARE | SOFTWARE | APPLE | ANDROID | MOBILITY ON ZDNET ⤴ |

SHOW COMMENTS

**EDITOR'S PICKS**

Inside the Raspberry Pi: The story of the $35
computer that changed the world

How self-driving tractors, AI, and precision
agriculture will save us from the impending food
crisis

Smart farming: How IoT, robotics, and AI are
tackling one of the biggest problems of the century

Agriculture 4.0: How digital farming is
revolutionizing the future of food

Recommended Content

eBooks: Comparing Services For The Big Three Cloud Providers

Download Now

# Vuzix and Amazon Partner To Bring Augmented Reality Glasses with Alexa Support

By Shannon Azares [1], Christian Post Contributor



Promotional picture for Vuzix Blade Smart Glasses. | Vuzix official website

Recent reports have revealed that a company called Vuzix will be releasing the first augmented reality glasses with Amazon's Alexa voice assistant integrated into its technology. Further reports also reveal that Vizux's augmented reality glasses might be offered cheaper by next year.

According to Bloomberg [12], the augmented reality glasses from Vuzix was manufactured by a company with a mere 75 employees. It will be shown off during this year's Consumer Electronics Show (CES ), and it is expected to put special emphasis on the Alexa integration that it has achieved in its research and manufacturing. It is also expected to have a wide range of capabilities, including displaying weather information to the field of view of the user. Amazon has confirmed the new gadgets and placed special emphasis on how this will be the first smart glasses with Alexa. Following the news, Vuzix's shares increased by 8.5 percent to $7.

Further reports [13] reveal that as fans expected, this device will not be cheap. The Vuzix Blade Augmented Reality Smart Glasses, as the company calls it, will set interested consumers back a hefty $1,000. Vuzix's chief executive officer Paul Travers recognized the disadvantages of such a high price point but did say that the company was expecting to shave the figure by as much as 50 percent by next year. Of course, this would entail booming sales, among other factors, but Travers maintains optimism when asked about the future of the smart glasses with Alexa integration.

The augmented reality glasses with Alexa from Vuzix is expected to be unveiled for a quick experience during the CES 2018. As such, the specs and other information of the new gadget are expected to be released in the coming days. In the meantime, Vuzix has published a quick guide and overview of what to expect from the Blade Smart Glasses on their website [14].

# Links on the page

1. https://www.christianpost.com/by/shannon-azares

2. http://www.facebook.com/sharer.php?u=https://www.christianpost.com/news/vuzix-and-amazon-partner-to-bring-augmented-reality-glasses-with-alexa-support-212949/

3. https://twitter.com/intent/tweet/?url=https://www.christianpost.com/news/vuzix-and-amazon-partner-to-bring-augmented-reality-glasses-with-alexa-support-212949/&text=Vuzix and Amazon Partner To Bring Augmented Reality Glasses with Alexa Support

4. https://www.christianpost.com/

5. //whatsapp://send?text=https://www.christianpost.com/news/vuzix-and-amazon-partner-to-bring-augmented-reality-glasses-with-alexa-support-212949/

6. whatsapp://send?text=https://www.christianpost.com/news/vuzix-and-amazon-partner-to-bring-augmented-reality-glasses-with-alexa-support-212949/

7. https://plus.google.com/share?url=https://www.christianpost.com/news/vuzix-and-amazon-partner-to-bring-augmented-reality-glasses-with-alexa-support-212949/&text=Vuzix and Amazon Partner To Bring Augmented Reality Glasses with Alexa Support

8. http://reddit.com/submit?url=https://www.christianpost.com/news/vuzix-and-amazon-partner-to-bring-augmented-reality-glasses-with-alexa-support-212949/&title=Vuzix and Amazon Partner To Bring Augmented Reality Glasses with Alexa Support

9. http://digg.com/submit?url=https://www.christianpost.com/news/vuzix-and-amazon-partner-to-bring-augmented-reality-glasses-with-alexa-support-212949/&title=Vuzix and Amazon Partner To Bring Augmented Reality Glasses with Alexa Support

10. http://www.stumbleupon.com/submit?url=https://www.christianpost.com/news/vuzix-and-amazon-partner-to-bring-augmented-reality-glasses-with-alexa-support-212949/&title=Vuzix and Amazon Partner To Bring Augmented Reality Glasses with Alexa Support

11. https://www.linkedin.com/shareArticle?mini=true&url=https://www.christianpost.com/news/vuzix-and-amazon-partner-to-bring-augmented-reality-glasses-with-alexa-support-212949/&title=Vuzix and Amazon Partner To Bring Augmented Reality Glasses with Alexa Support&summary=Recent reports have revealed that a company called Vuzix will be releasing the first augmented reality glasses with Amazon's Alexa voice assistant integrated in its technology. Further reports also reveal that Vizux's augmented reality glasses might be offered cheaper by next year.&source=The%20Christian%20Post

12. https://www.bloomberg.com/news/articles/2018-01-05/first-amazon-alexa-enabled-digital-glasses-to-be-shown-at-ces

13. http://www.techradar.com/news/vuzix-is-bringing-alexa-enabled-ar-glasses-to-ces-2018

14. https://www.vuzix.com/Products/Blade-Enterprise



## Vuzix to Debut 'Blade' Smartglasses at CES Next Week

By Scott Hayden - Jan 5, 2018



**208** SHARES

Vuzix today announced they'll be unveiling their latest smartglasses at this year's CES in Las Vegas. Called Vuzix Blade, the smartglasses are more of a heads-up display akin to Google Glass than a positionally-tracked AR headset like Microsoft Hololens or the upcoming Magic Leap One, although the Blade's styling certainly comes closer to 'normal' than many we've seen before.

The Vuzix Blade connects to either iOS or Android devices, letting you answer phone calls, view notifications, and capture video or images with the 8MP front-facing camera. Weighing in at 3 oz and using proprietary waveguide optics, the company says they've fit in a "sizable virtual screen and brilliant pallet of colors via a thin completely see-through lens, in a fashionable form factor."



*image courtesy Vuzix*

While "fashionable" is pretty subjective, you'd probably get away with wearing them on the subway/tube/metro without getting too many sideways glances—one of the main factors behind the outlash against Google Glass users that had its part in driving Glass into the enterprise sector and out of the reach of consumers. The Blade's design certainly isn't any worse than wearing a backwards Kangol hat.

The Blade comes in two developer kit versions; a 'prosumer' version and an enterprise-focused version, although both offer the same hardware specs and are both priced at about $2000. The company, which is asking for a $500 deposit to reserve either unit, is staying mum on launch dates, and hasn't published hard specs yet regarding field of view (FOV) or battery life, etc.



*image courtesy Vuzix*

The glasses run their own Vuzix Blade OS which allows users to navigate data via simple swipes and taps, or simply use voice controls and external AI systems thanks to an integrated mic.

"What differentiates the Vuzix Blade from all existing or proposed AR smart glasses and mixed reality head mounted computers, is that it's built for today's user," Paul Travers, President and CEO of Vuzix. "With a fashionable form factor, a brilliant display, and a broad range of features that allow the user to experience AR at work or play, the Vuzix Blade is the first pair of smart glasses that people would actually enjoy wearing."

We'll have feet on the ground at next week's CES in Las Vegas, starting January 9th until the 13th. We hope to brings you more information on Blade and all AR/VR hardware and software descending on Sin City.

*This article may contain affiliate links. If you click an affiliate link and buy a product we may receive a small commission which helps support the publication. See here for more information.*