# EXHIBIT M

January 4, 2018



# Vuzix to Display its Award Winning Augmented Reality Technology at CES 2018

ROCHESTER, N.Y., Jan. 4, 2018 /PRNewswire/ -- Vuzix® Corporation -- Vuzix® Corporation (VUZI), ("Vuzix" or, the "Company"), a leading supplier of Smart Glasses and Augmented Reality (AR) technologies for the consumer and enterprise markets, is pleased to announce that the Company will showcase its next-generation wearable technology smart glasses and augmented reality products at CES 2018, including the Vuzix Blade™, which was awarded four International CES Innovation 2018 awards.






SMART GLASSES

The Company's products will be displayed at the Las Vegas Convention Center (LVCC), Central Hall Booth #17147, from January 9 to 12, 2018. The Vuzix Blade™ leverages the Company's intellectual property patent portfolio, which consists of over 100 patents and patents pending and its leadership position in the area of optics, head mounted displays and smart glasses, which has allowed Vuzix to bring to market the world's smallest and most sleek pair of AR smart glasses ever developed.

- Vuzix will demonstrate cutting edge user capabilities that will highlight the overall versatility and utility of the award winning Vuzix Blade Smart Glasses that was designed for both enterprise and prosumer users. Vuzix Blade represents the first pair of smart glasses that allow individuals to leave their phone in their pocket while presenting location aware content connected through the user's phone. Retail and enterprise workers can use the Vuzix Blade to scan barcodes, receive their work instructions, take pictures and use 2-way video streaming to leverage the power "see-what-I-see."

- Vuzix will demonstrate its VUZIX Basics™ Video solution on the M300 Smart Glasses, a remote support and telepresence software as a service (SaaS) subscription offering that is available now for purchase on the Vuzix M300 Smart Glasses.

- Texas Instruments (TI) will demonstrate the Vuzix Blade and the Vuzix waveguide and cobra developer kits at the TI booth at CES for select third party developers. The Vuzix Blade features TI's DLP Pico display technology alongside Vuzix' unique waveguide optics technology and custom Cobra II display engines.

- Powershelf will have on display its "Powershelf Stock to Sight and Pick-to-Sight, powered by Vuzix" AR glasses at Booth #10948 at CES.

"We are excited to unveil Vuzix Blade at CES to existing and new partners, as well as members of the media and investors," said Paul Travers, President and Chief Executive Officer of Vuzix. "Vuzix Blade are the most compact and sleek AR-enabled smart glasses available today. The Blade enables a broad range of information display and computing in a pair of glasses that people would actually enjoy wearing.  Either at work or at leisure, the Blade is the perfect smartphone companion, providing hands-free access to all the critical alerts the phone generates.  More importantly, it is the only AR-enabled pair of smart glasses that work right out of the box, without the need for programming - just connect to your device, customize your setting and go."

In addition, the Company will have several partners exhibiting their Vuzix smart glasses solutions. Vuzix will also be attending the Pepcom CES 2018 Digital Experience press event on the evening of January 8, 2018, at the Mirage Hotel in Las Vegas.

To schedule a meeting with Vuzix representatives during CES 2018, please contact our PR representative Jiten Dadlani at jitendadlani@maxborgesagency.com or Matt Margolis at matt_margolis@vuzix.com.

To learn more about CES, please click here. To learn more about Pepcom, please click this link.

**About Vuzix Corporation**

Vuzix is a leading supplier of Smart-Glasses and Augmented Reality (AR) technologies and products for the consumer and enterprise markets. The Company's products include personal display and wearable computing devices that offer users a portable high-quality viewing experience, provide solutions for mobility, wearable displays and virtual and augmented reality. Vuzix holds 59 patents and 42 additional patents pending and numerous IP licenses in the Video Eyewear field. The Company has won Consumer Electronics Show (or CES) awards for innovation for the years 2005 to 2018 and several wireless technology innovation awards among others. Founded in 1997, Vuzix is a public company (NASDAQ: VUZI) with offices in Rochester, NY, Oxford, UK and Tokyo, Japan.

**Forward-Looking Statements Disclaimer**

Certain statements contained in this news release are "forward-looking statements" within the meaning of the Securities Litigation Reform Act of 1995 and applicable Canadian securities laws. Forward looking statements contained in this release relate to new products and technology demonstrations at CES, the advancements of Vuzix products, and among other things the Company's leadership in the Smart Glasses and AR display industry. They are generally identified by words such as "believes," "may," "expects," "anticipates," "should" and similar expressions. Readers should not place undue reliance on such forward-looking statements, which are based upon the Company's beliefs and assumptions as of the date of this release. The Company's actual results could differ materially due to risk factors and other items described in more detail in the "Risk Factors" section of the Company's Annual Reports and MD&A filed with the United States Securities and Exchange Commission and applicable Canadian securities regulators (copies of which may be obtained at www.sedar.com or www.sec.gov). Subsequent events and developments may cause these forward-looking statements to change. The Company specifically disclaims any obligation or intention to update or revise these forward-looking statements as a result of changed events or circumstances that occur after the date of this release, except as required by applicable law.

**Media and Investor Relations Contact:**

Matt Margolis, Director of Corporate Communications and Investor Relations, Vuzix Corporation matt_margolis@vuzix.com Tel: (585) 359-5952

Andrew Haag, Managing Partner, IRTH Communications
vuzi@irthcommunications.com Tel: (866) 976-4784

Vuzix Corporation, 25 Hendrix Road, Suite A, West Henrietta, NY 14586 USA, Investor Information – IR@vuzix.com www.vuzix.com

**For further sales, and product information, please visit:**

North America:
http://www.vuzix.com/contact/

Europe/UK:
https://www.vuzix.eu/contact/

Asia:
http://www.vuzix.jp/contact.html



View original content with multimedia:http://www.prnewswire.com/news-releases/vuzix-to-display-its-award-winning-augmented-reality-technology-at-ces-2018-300577871.html

SOURCE Vuzix Corporation

Technology

# First Amazon Alexa-Enabled Digital Glasses to Debut at CES

By Mark Gurman
January 5, 2018, 1:55 PM EST
*Updated on January 5, 2018, 2:16 PM EST*

▶ Vuzix, rather than Amazon, making augmented-reality device

▶ Amazon pushing its digital assistant to others' products



First Amazon Alexa-Enabled Glasses Will Be Shown at CES

The first augmented-reality glasses with Amazon's Alexa voice assistant will be shown next week at CES in Las Vegas -- manufactured by a 75-employee company rather than the e-commerce giant's growing devices division.

Vuzix Corp. will show off a pair of smart glasses that can talk to Amazon.com Inc.'s voice-activated digital assistant and display information to the wearer's field of view, Vuzix Chief Executive Officer Paul Travers said in an interview. Vuzix's Alexa integration is part of an

Amazon program that allows third-party hardware manufacturers to put the digital assistant into their products. In October, Sonos Inc. unveiled a smart speaker with Alexa's system for controlling music playback. The strategy is designed to put Amazon's service, which generates revenue for the company, in as many places as possible to sell more products.

Amazon confirmed that Rochester, New York-based Vuzix's device will be the first smart glasses with Alexa. The company is "excited about the potential of the glasses and the ability to bring Alexa to customers in a new way," a company spokeswoman said. Vuzix's shares gained 8.5 percent to $7 at 2:04 p.m. in New York after jumping as much as 16 percent on the news.



Vuzix Blade glasses  *Source: Vuzix Corp.*

Voice assistants and augmented-reality products will be highlighted at next week's CES consumer electronics show. Executives from Amazon's Alexa and Google's Assistant will be seeking new partners and other big technology companies, including Apple Inc. and Facebook Inc.'s Oculus division, will be at the show behind the scenes as they ramp up their virtual-reality and augmented-reality products. AR is a technology that superimposes digital information such

as maps, text messages and more onto a person's view of the real world, while VR submerses a user into a completely different digitally created world.

Vuzix will release its AR glasses by the second quarter at a cost of about $1,000, Travers said. While it's a "high price point," he said, "the ultimate goal is to have it under $500, and we'll be able to do that" by 2019. Wearers, who must be Amazon customers or become Amazon customers to enable Alexa's capabilities, could for example ask the digital assistant to pull up a map or display sports scores on the glasses.



Workers assemble Vuzix Blade glasses.  *Photographer: Vuzix Corp.*

Amazon hasn't said whether it will release its own branded smart glasses with Alexa, but Travers expects it to happen. "I think everyone is going to come out with glasses sooner or later," he said.

Apple is aiming to have the technology ready for its own augmented reality glasses by 2019 so that it can release a device by 2020, Bloomberg News reported last year. Oculus said it would release a $200 standalone VR headset called the Oculus Go this year that doesn't require connectivity to a PC or smartphone. Google was an early player in the AR glasses world,

launching the Google Glass prototype before pulling back and focusing on adding AR features to its Pixel smartphone and releasing an enterprise-oriented headset.

Amazon's first Alexa device launch was the Echo voice speaker in 2014, but the company has since released speakers with screens, tablets, and TV set-top boxes.

**For more on virtual assistants, check out the** *Decrypted* **podcast:**

*(Updates with shares in the third paragraph.)*

### In this article

AMZN
**AMAZON.COM INC**
1,838.44 USD ▼ -4.62 -0.25%

VUZI
**VUZIX CORP**
2.69 USD ▼ -0.10 -3.58%

SONO
**SONOS INC**
11.91 USD ▼ -0.03 -0.21%

GOOGL
**ALPHABET INC-A**
1,224.29 USD ▲ +1.56 +0.13%

AAPL
**APPLE INC**
198.93 USD ▲ +0.06 +0.03%

Terms of Service
Trademarks  Privacy Policy
©2019 Bloomberg L.P. All Rights Reserved
Careers  Made in NYC  Advertise  Ad Choices     Contact Us  Help