# EXHIBIT O

# Biography

Richard Pearson focuses on special situations investing in the US and in China. Mr. Pearson was previously a Director in Equity Capital Markets, Investment Banking for a top tier global investment bank and was based out of New York, Hong Kong and London. During that time he successfully raised over $30 billion for publicly listed companies in the US, Europe and Asia via equity, convertible bond and derivative transactions. His industry focus was on healthcare / biotech, technology and industrial companies.

Mr. Pearson has had over 100 articles published in various venues, discussing due diligence issues in publicly traded equities.

Mr. Pearson graduated Magna cum Laude with a degree in Finance from the University of Southern California, and also attended Peking University in Beijing. He has formally studied Mandarin for over 8 years and has over 20 years of on the ground experience in China.

He currently divides his time between the US and China depending on the requirements of various due diligence projects.