# EXHIBIT P

Sign in Join now



# Rick Pearson

Independent Investment Management Professional

Chaoyang District, Beijing, China

Investment Management

Deutsche Bank

Peking University

500+ connections

View Rick Pearson's full profile. It's free!

Your colleagues, classmates, and 500 million other professionals are on LinkedIn.

Sign in

## Summary

I don't use linked-in very often, so please feel free to email me at: rick.pearson@pearsoninvestment.com

## Rick Pearson's Activity

See all activity



Rick Pearson liked this

**Breaking the ice on the first day of class will help**



Rick Pearson liked this

**"The limits of my language are the limits of my world"**

Sign in Join now

help you find out about your students' interests, level of English,...



is regarded by many as a general problem, the impact can be crucial...



Rick Pearson liked this

**Pearson and the Utah State Board of Education are proud to...**

SALT LAKE CITY, UTAH - The Utah State Board of Education and Pearson announced the launch of the...



Rick Pearson liked this

**"We know we already have the best people working in our...**

People First One of Rick Badgley's first jobs in high school was working hourly shifts at...

See more

## Experience



**Director**

Deutsche Bank

1997 – 2005 • 8 years

Convertible bond and derivative structuring and origination. New York, London, Hong Kong.




**Analyst - International Private Equity**

Trust Company of the West

September 1996 – April 1997 • 8 months

**ASIMCO**

4 months

**Analyst - Private Equtiy**

June 1995 – September 1995 • 4 months

Asimco is based in Beijing, China and manages direct investment in China automotive component manufacturers.

Sign in Join now

June 1995 – August 1995 • 3 months

Asimco is based in Beijing, China and manages direct investment in China automotive component manufacturers.

## Education



**Peking University**

Intensive Chinese Language Program - Advanced

2009 – 2009

Image for University of Southern California

**University of Southern California**

International Finance, Finance, Mandarin

1994 – 1997

## Skills & Endorsements

Join LinkedIn to see Rick's skills, endorsements, and full profile

## View Rick Pearson's full profile to...

- See who you know in common
- Get introduced
- Contact **Rick Pearson** directly

**Sign in**

People also viewed

**Pascal PPJ Piepers 钱涞野💰**

**Brand Manager**

Business Innovator & Incubator | Technologist | Technology Advisor & Investor | Sloan Fellow | Educator | Columnist | Co-Author of Handbook on China and Globalization

Search for other people you know

First name Last name

Find a different Rick Pearson

**Rick Pearson**
Divisional Vice President at Public Storage
Dallas/Fort Worth Area



**Rick Pearson**
Chief Executive Officer at Network Distributors
San Francisco Bay Area



**Rick Pearson**
Global Finance Executive | Board Director | Executive Advisor
Washington D.C. Metro Area



**Rick Pearson**
Greater Los Angeles Area



**Rick Pearson**
Project Manager Love Every Day!!!
Greater Minneapolis-St. Paul Area

More professionals named Rick Pearson

Sign in Join now




## Rick's public profile badge

Include this LinkedIn profile on other websites



**Rick Pearson**

Independent Investment Management Professional



Peking University

View profile

LinkedIn

## View profile badges

© 2019

About

User Agreement

Privacy Policy

Cookie Policy

Copyright Policy

Brand Policy

Guest Controls

Community Guidelines

Language


NYSCEF DOC. NO. 16
Secure | https://www.linkedin.com/in/rick-pearson-649942a/
RECEIVED NYSCEF: 11/30/2018
in
Search
Home
My Network
Jobs
Messaging
Notifications
Me
Work
Free Upgrade to Premium
112 New NY Clients - 112 new legal clients seeking a New York attorney. View their cases today. Ad
Rick Pearson • 3rd
Independent Investment Management Professional
Chaoyang District, Beijing, China
Connect
Deutsche Bank
Peking University
See contact info
500+ connections
I don't use linked-in very often, so please feel free to email me at: rick.pearson@pearsoninvestment.com
Get the LinkedIn app and see more profiles like Rick's anytime, anywhere
tiger3208@aol.com
Send me a link
Or send me an SMS instead
Rick Pearson
Experience
Promoted
112 New NY Clients
112 new legal clients seeking a New York attorney. View their cases today.
Learn more
Top MBA for Professionals
Earn a top-tier MBA online from UNC in 18 months. GMAT waivers available.
Learn more
Promoted
112 New NY Clients
112 new legal clients seeking a New York attorney. View their cases today.
Learn more
Top MBA for Professionals
Earn a top-tier MBA online from UNC in 18 months. GMAT waivers available.
Learn more