# EXHIBIT Q

**FOX BUSINESS**

# 10 business techs for entrepreneurs at CES 2019

By **Gene Marks** | Published January 07, 2019 | Opinion | FOXBusiness

The name of the giant technology show in Las Vegas this week is **CES** (the CONSUMER Electronics Show), so by definition the technologies being demonstrated by the thousand vendors and tested by the 180,000 people **expected to attend** will be consumer focused. that doesn't mean that some of these technologies won't impact my business - and yours the near future.

Here are ten such **technologies** that I'm going to check out, because any one of them may me run my business better and more profitably in the coming years.

## Verizon's 5G Network

2019 will be the year of 5G and **Verizon** - as well as competitors like AT&T - which will be **showcasing their capabilities** in advance of their coming rollouts to many parts of the country. Yes, it will be more expensive, but the higher cost should result in faster applicatio less latency, better videos and an infrastructure that will better support newer techs comir down the road (like virtual and augmented reality, Internet of Things-based sensors and devices and voice-enabled applications). All of that will mean more productivity in my business.

## Qualcomm's Snapdragon Chips

Back in the day it was pretty much chips made by Intel that drove laptops and PCs. Today landscape has changed and the leader in chip-making for new devices like phones and tal is, in my opinion, Qualcomm.



Sponsored By **Wealth Watch**
**Born After 1943? You Could Collect An Extra $890.07 From The SSA**
Born After 1943? You Could Collect An Extra $890.07 From The SSA

A lot of this has been accomplished by their Snapdragon chip line. Now the company is invading Intel's turf by introducing a new line of chips designed specifically for PCs and lar called the Snapdragon 8cx Compute Platform that, **according to Raymond Wong at Mashable**, is "significant because Qualcomm's designed it from scratch just for PCs — specifically, thin-and-light laptops and 2-in-1s that are meant to be always-on and always-connected."

Like 5G, anything that helps my clients - most of whom continue to rely on laptops and PC work faster and gain more productivity is a win for my business.

**CLICK HERE TO GET THE FOX BUSINESS APP**

## Vuzix Blade's Smart Glasses

They're baaaack! After Google mostly withdrew from its Google Glass efforts a few years ag companies like Vuzix have stepped in to fill the gap. At $999, these glasses still have limited capability. But the future looks bright with expected Alexa integration and capabilities for a business with workers on the road or in remote locations (or doing dangerous stuff that requires two hands) to send back transmissions real time for assistance, advice and input others.

In his review, **CNET's Scott Stein** admits that the glasses make him look like "a cyberpunk or maybe an art gallery owner" but also predicts that the glasses could be used to assist th hard of hearing and will be part of a future "in which assistive smart glasses could be as ea use as wearing a device that pairs like a smartwatch."

## LG's CLOi SuitBot

Some tech firms are building products to help employers offer their factory workers -- and workers doing heavy lifting or operating heavy tools -- greater strength and mobility.

LG's CLOi SuitBot is one of those products. According to a **company press release**, the sui supports the user's waist and augments their own muscle power to reduce the risk of injur and fatigue when performing physically demanding tasks -- such as lifting and lowering he loads. I say put a strip on it and make your employees pretend they're Robert Downey Jr., whatever super-hero character that will take their minds off the boring stuff they're doing f you.

## Ainstein's Building Automation Technologies

Welcome to the world of Internet of Things. The radar-based technology company Ainstei be demonstrating a bunch of upgraded applications on its already-popular IoT-based plat that show off how sensors can be placed around your offices (or commercial buildings) th communicate with Alexa and sense movements and temperatures with corresponding act The company **points to** the dramatic financial savings that can be realized by using their sensors to reduce energy costs, improve safety, enhance security and better manage share spaces and meeting rooms.

## Samsung's Foldable Phones

It hasn't been confirmed that Samsung will be demonstrating these new devices but rest assured: they're coming sometime soon. I'm more excited, not by the foldable phones of t but **what the capabilities** of these devices will be in the years to come. As a business trave

I'd love to get rid of my laptop and fold out the phone I'm carrying in my pocket to a big er size to work on at my destination. With improved battery life and increased storage, I pred that the foldable phones of the future will challenge the very existence of tablets, laptops a PCs.

## Segway's Loomo Office Delivery Robot

It's an ominous sign for the employee break room. Segway's **new Loomo Office Delivery Robot** will be able to transport replaceable containers with packages, mail, coffee and foo around entire buildings. There's also a "dynamic obstacle avoidance" system and the robo be able to navigate slopes of up to 8 degrees. Want a cup of tea? Just order one and Loom bring it to you.

Employees may miss catching up on Game of Thrones at the water cooler. But employers me will love how this little device can reduce potential downtime.

## Honda's Autonomous Work Vehicle

My business is service oriented, so no employees of mine were hurt during the writing of tl article. But many companies - big and small - perform services on farms, construction site: other non-office environments. Honda, like many others at CES, will be showing off its late autonomous vehicle which uses GPS technology and sensors, but with a twist: they're ask for your help. The company, according to **this report on Trucks.com**, is looking for "new partners to collaborate with on new tasks for the vehicle and to further develop its techno and sensors for better off-road autonomy." Maybe your business can negotiate a good dea piece of equipment that can improve services and safety.

## Miso Robotic's Flippy

For my restaurant and retail clients struggling with finding and paying people competitivel here's a suggestion: replace them with robots. Yeah, it's a touchy subject. But obviously th good people at **Miso Robotics** don't care. They just want to provide products – like their

hamburger-flipping robot called Flippy - to interested business owners who are looking to costs without sacrificing services. Unfortunately, you won't be able see Flippy in action at but David Zito, the CEO and co-founder of the company ,is joining a panel of other compa who are promoting the use of robotics to work in restaurants for a discussion **later in the** aptly called "Robots Cook Up Faster Food."

## WISER Systems' IoT Asset Tracker

A business is all about its assets, be it vehicles, equipment or inventory. Today's IoT technologies are quickly enabling many companies to more efficiently track these assets, condition and usage. Want an example? Then check out **the live demonstrations** that wil going on at WISER System's booth as they show off their new real-time 3D asset tracking capabilities and a mobile user interface that the company says "will provide instantaneou: asset visibility and movement history on a facility map or interior floor plan."

It's all proof that the Consumer Electronics Show isn't all about consumers, right?

*@genemarks.*

**URL**

https://www.foxbusiness.com/technology/10-business-techs-for-entrepreneurs-at-ces-2019

Quotes delayed at least 15 minutes. Real-time quotes provided by **BATS BZX Real-Time Price**. Market Data provided by Interactiv (**Terms & Conditions**). Powered and Implemented by **Interactive Data Managed Solutions**. Company fundamental data provid **Morningstar**. Earnings estimates data provided by Zacks. Mutual fund and ETF data provided by **Lipper**. Economic data provid Econoday. Dow Jones & Company Terms & Conditions.

This material may not be published, broadcast, rewritten, or redistributed. ©2019 FOX News Network, LLC. All rights reserved.

**Updated Privacy Policy**