# EXHIBIT R

♡ 2      ⟲ 2      3      ✉

**Joe Retail** @AvoidTheBag · 12 Apr 2018
CETX withdrew their lawsuit because they apparently filed against the wrong person, it seems Vuzix has done the same.....looks like a PR exercise to me.

♡ 1      ⟲      ✉

**Andrew terzis** @Agterzis · 12 Apr 2018
you know alot about @MoxReports & who mr pearson really is so why hide ? Why not be honest enough to have your day in court ? Is truth of days sun to punishing oh ya i forgot short & distort benefits by making false baseless claims not seeing truth. Imo $vuzi will be vindicated

♡ 1      ⟲      ✉

**Joe Retail** @AvoidTheBag · 12 Apr 2018
Never met the man, here`s the history behind the CETX lawsuit that went nowhere: pacermonitor.com/public/case/20... Notice Vuzix has seemed to file the exact same script. I just focus on all the money that Vuzix keeps losing, that`s not a distortion its verifiable fact, read the filings

♡ 1      ⟲      ✉

**Andrew terzis**
@Agterzis                                   Following

Replying to @AvoidTheBag @IvanaBoastsky @MoxReports

Only thing verifiable is abundance of posts made by anonymous people in paid programmable fashion in a clear and evident effort to paint a negative image of co but yes sales and profits will speak volumes so I await them regardless of when „

9:46 AM - 12 Apr 2018

**2** Likes      MOX

♡      ⟲      2      ✉

vuzix    Tweet your reply