```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
VUZIX CORPORATION,

                    Plaintiff,

        - against -

RICARDO ANTONIO PEARSON a/k/a
RICHARD PEARSON

                    Defendant.
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/19

**O R D E R**

19 Civ. 689 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

We are in receipt of defendant's letter of November 12, 2019, requesting a clarification of our decision of November 8, 2019 with respect to plaintiff's denomination of defendant as Ricardo Antonio Pearson a/k/a Richard Pearson.  Our decision of November 8, 2019 was in no way intended to even comment on the nomenclature. Rather, as we must on a motion to dismiss, we recited the allegations in the Amended Complaint.  We do note, however, that our decision of April 24, 2019, denying plaintiff's motion to remand proceeded on a determination that Richard Pearson had established that he was a citizen of California for diversity purposes.

Dated:   New York, New York
         November 19, 2019

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE